## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS

**MARK CHEATWOOD and**
**CARYL CHEATWOOD**                                                    **PLAINTIFFS**

**v.**                          **CASE NO. 2:19-CV-02088-PKH**

**FORT SMITH HMA, LLC,**
**COMMUNITY HEALTH SYSTEMS;**
**BAPTIST HEALTH FKA SPARKS**
**REGIONAL MEDICAL CENTER;**
**Dr. DANIEL MWANZA;**
**DR. MICHELLE HORAN;**
**UNKNOWN MEDICAL DOCTORS 1 THROUGH 10; and**
**UNKNOWN HOSPITAL STAFF 1 THROUGH 10**           **DEFENDANTS**

## EXPERT REPORT OF CHRISTOPHER ANDERSHOCK, M.D.

Comes Defendant, Michelle Horan, M.D., by and through her attorneys, Wright, Lindsey & Jennings, LLP and for her Expert Report for Christopher Andershock, M.D., states as follows:

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Dr. Horan hereby discloses the following testifying expert, along with his written report as required by the Court's Second Amended Final Scheduling Order of April 9, 2020 and amended by the Court's Order of June 12, 2020.

### Christopher Andershock, M.D.

My name is Christopher Andershock, M.D.   I have been retained by the attorneys for Michelle Horan, M.D. in the above-described action to respond to the certain claims and assertions of Mark and Caryl Cheatwood. I have been asked to provide my opinions as an expert in emergency medicine based on my education, training, and experience.  All of my opinions are held to a reasonable degree of medical certainty or probability.

## I.    INTRODUCTION

I have been a Diplomate of the American Board of Emergency Medicine and a Fellow of the American College of Emergency Physicians since 1998.  I am licensed to practice medicine in Arkansas and Tennessee.  I was on the Board of Directors of the Tennessee American College of Emergency Physicians (ACEP), the Medical was the Director for St. Francis Hospital-Memphis and am attending Physician in the

```
EXHIBIT A
```

Department of Emergency Medicine for multiple facilities. My curriculum vitae, attached as Exhibit A, further describes my education, training, and experience in greater detail.

I am being compensated for my time at the following rates:

- Case Review and Testimony $350.00/hr
- Deposition $1500.00/Minimum
- Trial Testimony $3000.00/Minimum
- Travel Time $350.00/hr plus expenses

I have testified in prior court proceedings. A list of the cases in which I have given deposition or trial testimony is attached as Exhibit B.

My opinions in this matter are based on my education, training, and experience in emergency medicine and care and treatment of catastrophic, open fractures in the emergency department. I have reviewed the following documents and materials in order to formulate my opinions in this case:

- Sparks Regional Medical Center Medical Records
- Arkansas Trauma Communication Center Records
- Sparks Regional Medical Center Pager records
- Deposition of Mark Cheatwood
- Deposition and Exhibits of Caryl Cheatwood
- Deposition and Exhibits of Dr. Daniel Mwanza
- Deposition and Exhibits of Dr. Michelle Horan

## II.   DISCUSSION AND OPINIONS

I am familiar with Sparks Regional Medical Center due to my nearly 22+ years of practice in Tennessee and Arkansas. The facilities, resources, and capabilities of the emergency department at Sparks Regional Medical Center are substantially similar to the medical facilities I practice.

Mr. Cheatwood presented to the emergency department of Sparks Regional Medical Center on July 10, 2017. The emergency department records indicate that Mr. Cheatwood experienced a 30-foot fall from a crane into a ditch consisting of wastewater. He presented to the emergency department and was assessed by the emergency room physician, Dr. Horan, at 8:38 a.m. He was assessed with a closed burst fracture of lumbar vertebra, open bimalleolar fracture of the left ankle, fracture and dislocation of right ankle, closed Colles' fracture of left radius (forearm) and closed fracture of body of sternum. CT scans of the abdomen, chest, cervical and lumbar spine and X-rays of the ankles and left forearm were ordered and obtained. Dr. Horan promptly consulted Dr. John Harp, orthopedic surgeon, Dr. Arthur Johnson, neurosurgeon, and Dr. Daniel Mwanza, general surgeon. Dr. Horan ordered STAT infusion of Ancef started at 8:38 a.m. and Hydromorphone (Dilaudid) injection

also administered at 8:38 a.m. Dr. Horan ordered a wet dressing to be applied to the open wound. Ordering and administering Ancef was standard of care for an open fracture of the lower extremity. Likewise, promptly consulting an orthopedic surgeon, such as Dr. Harp, was within the standard of care for such a traumatic injury. I have read the depositions of Caryl and Mark Cheatwood and understand their complaint against Dr. Horan to be a failure to clean the open wounds before being transferred to UAMS. To this, Dr. Horan acted within the standard of care by covering the exposed bone with dressing and not washing or cleaning out the open wound. Rather, to do so would be ineffective, extremely painful, beyond the scope of the emergency department and frankly, make the injury worse. The emergency room is not a sterile environment, and it would not be within the standard of care to clean out or wash the open wound in that setting.

Instead, it was within the standard of care for Dr. Horan to have consulted and relied upon the orthopedic surgeon to perform the necessary procedures, including the irrigation and debridement that was scheduled for 12:30 p.m. The I&D procedure is to be done in a sterile setting and under general anesthesia.

Additionally, once Mr. Cheatwood was admitted for surgery, Dr. Horan was no longer responsible for managing his care. Mr. Cheatwood was admitted as an inpatient per admission order timed 11:28 a.m. As such, Mr. Cheatwood's transfer to UAMS was a hospital-to-hospital transfer and Dr. Horan had no duty to participate or provide any assistance in the transfer. Despite not having the obligation to do so, she nonetheless recognized the seriousness and urgency of his condition and went above the standard of care by agreeing to facilitate, at the request of another physician, the transfer by calling the Arkansas Trauma Communications Center ("Trauma Com") in an effort to expedite the transfer process for Mr. Cheatwood.

In sum, I believe that no act or omission of Dr. Horan was below the standard of care or proximately caused injury, specifically the below knee amputation. I hold all of my opinions to a reasonable degree of medical certainty or probability.

## III.   CONCLUSION

My investigation in this matter continues. I may review additional materials as they become available, and I may supplement or amend my opinions based on my research or any new information or documents. I also reserve the right to supplement or amend this report in response to any analysis of my report or opinions offered by or on behalf of Plaintiff.

Christopher Andershock, M.D.

# Christopher J. Andershock, M.D

## EXPERIENCE / PROFESSIONAL APPOINTMENTS

10/11/16-Present   Corporate Medical Director, BlueCross/Blue Shield
Long Term Service and Support Division
Choices, ECF Choices and Medicaid Populations-3.5 Star award
Medicare Advantage Dual Special Needs Plan – 4 Star award
Perform case management, utilization management, program oversight, appeals, participate in quality improvement initiatives, NCQA, HEDIS and CAPHS

9/2015-Present   TRAVEL TEAM PHYSICIAN, TEAM HEALTH, NASHVILLE, TN
Southern Tennessee Regional Health System-Lawrenceburg, TN, Southern Tennessee Regional Health System-Sewanee, TN, Marshall Medical Center, Lewisburg, TN, Lincoln Regional Medical Center, Fayetteville, TN

5/2013-10/2015   TRAVEL TEAM PHYSICIAN, APOLLO MD
St. Francis-Memphis, TN, St. Francis-Bartlett, Aiken Regional Medical Center, Aiken, SC and CHS-Marion in Mullins, SC

1/2013-6/2013   ASST MEDICAL DIRECTOR, REGIONAL MEDICAL CENTER, ORANGEBURG, SC
Performed clinical and administrative duties, served on credentials committee

2009-2013   MEDICAL DIRECTOR, ST. FRANCIS HOSPITAL, MEMPHIS, TN
Led a group of emergency physicians, duties included: scheduling, quality review, risk management, peer to peer conversations, hiring and termination of providers, complaint resolution and liaison with hospital administration. Served on several committees, including medical executive, peer review, hospital flow, quality, pneumonia, stroke and sepsis.  Physician leader for JCAHO accreditation of both chest pain center and stroke center, trained Family Practice residents during EM rotations, twice awarded outstanding clinical instructor recognition.

2007-Present   ATTENDING PHYSICIAN, DEPARTMENT OF EMERGENCY MEDICINE
Independent Contractor, Multiple Facilities, Tennessee, Arkansas

2005-2011   TENNESSEE COLLEGE OF EMERGENCY PHYSICIANS (ACEP) BOARD OF DIRECTORS
Voting member of board, responsible for statewide governance of the ACEP chapter.  Participated in planning and execution of state and regional CME conferences, served as delegate in National Council meetings

2005-2007   REGIONAL MEDICAL DIRECTOR, MIDWEST REGION
The Schumacher Group

# Christopher J. Andershock, M.D

Responsible for the leadership and financial performance of regional office providing staffing for over 20 emergency departments.  Duties include peer to peer counseling, hiring and training of site medical directors, oversight of scheduling, credentialing and recruiting personnel, planning and execution of annual medical director CME conference, annual budget development, manage corporate and site administration relationship for all client facilities, involved with corporate strategic planning and new business acquisition.

2002-2006      MEDICAL DIRECTOR, DIVISION OF EMERGENCY MEDICINE
Baptist Memorial Hospital, Memphis, Tennessee
Responsible for oversight of adult and pediatric provider group in 60,000 volume ED.  Involved in extensive quality improvement, patient satisfaction and hospital flow initiatives, presented results at Institute for Healthcare Improvement national conference.  Served on numerous hospital committees, including STEMI, interventional cardiology, emergency services, quality improvement and CMS core measures, developed virtual chest pain center in emergency department.  Trained IM, Med/Peds and Family Practice residents, earned Fenwick Chappell Award as outstanding clinical instructor.  Served as group contact for ED collaboration with workman's compensation and home health care initiatives.

2000-2003      MEDICAL DIRECTOR, EMERGENCY MEDICAL SERVICES PROGRAM
Calhoun Community College, Decatur, Alabama
Oversight of faculty and curriculum in paramedic training program, performed instructor assessments and taught students.

1999-2003      CLINICAL ASSISTANT PROFESSOR
Department of Emergency Medicine
University of Alabama – Huntsville, Huntsville, Alabama

1986-2003      MAJOR, MEDICAL OFFICER
United States Army Reserve, Columbia, Missouri
Served as combat field medic and medical officer.  Deployed to Kosovo as ED medical director of Camp Bondsteel combat surgical hospital.

1997-2002      ATTENDING PHYSICIAN, DEPARTMENT OF EMERGENCY MEDICINE
Huntsville Hospital, Huntsville, Alabama
100,000 volume ED and regional trauma center, served as vice chairman of emergency physician group.

1998-2002      FLIGHT PHYSICIAN
MedJet International, Birmingham, Alabama
Performed patient transfers from Europe, Central America and South America to US facilities

1998-2002      MEDICAL DIRECTOR

# Christopher J. Andershock, M.D

Madison County Volunteer Fire Dept, Madison County, Alabama
Developed and implemented EMS first responder protocols.  Performed regular teaching and inservice education

## EDUCATION
1994-1997     Residency
House Officer, Emergency Medicine
University of Michigan, Ann Arbor, Michigan

## MEDICAL SCHOOL
1989-1994     University of Missouri, Columbia, Missouri
*Cum Laude recognition
Earned Excellence in Emergency Medicine award from the Society of Academic Emergency Medicine

1991-1992     Pathology Fellowship
Department of Pathology
University of Missouri-Columbia Medical School
Functioned at first year pathology resident during fellowship, duties included research, autopsies, medical examiner cases, surgical pathology, frozen sections, clinical oversight of hematology, blood bank and microbiology labs

1985-1989     Undergraduate
University of Missouri, Columbia, Missouri
Bachelor of Arts in Biology

## LICENSURE
2013-Present     State of Alabama, Medical License #21038
2007-Present     State of Arkansas, Medical License #E-5141
2002-Present     State of Tennessee, Medical License #36690
2008-2013     State of Mississippi, Medical License #20167
1997-2002     State of Alabama, Medical License #21038
1996-2000     State of Michigan, Medical License #4301064276

## CERTIFICATION
11/2015-Present   Advanced Trauma Life Support
2001-2006     Advanced Cardiac Life Support Instructor
1995-2002     Advanced Trauma Life Support
1990-1994     Basic Cardiac Life Support Instructor

## PROFESSIONAL MEMBERSHIP
1998-Present     American Board of Emergency Medicine, Diplomate
1998-2013     American College of Emergency Physicians, Fellow
2004     American Medical Association
2002-2013     Tennessee College of Emergency Physicians
2002-2005     Institute for Health Care Improvement

## Christopher J. Andershock, M.D

PUBLICATIONS

1999            Medical First Responder Protocols, Madison County, AL

1996            The Acutely Injured Patient, co-author with W. Barsan of chapter in The
                Michigan Manual for Clinical Diagnosis. 1996, published by Little, Brown and
                Company, Boston.

1993            Distribution of CA19-9 in Adenocarcinomas and Transitional Cell
                Carcinomas: An Immunohistochemical Study of 527 Cases.  American Journal
                of Clinical Pathology 1993; 99(6):726-728.

CLINICAL TRIALS
                A Randomized, Double –blind, Placebo-controlled, Dose-ranging Pilot Study
                Evaluating the Efficacy and Safety of YM087 in Patients with Decompensated
                Chronic Heart Failure  Protocol 087-CL071

                A Randomized, Double-Blind, Placebo-Controlled, Multi-Center Study of the
                Effects of ONO-2506 Intravenous Infusion on the Amelioration of
                Neurological Damage and Improvement of Stroke Assessment Scale Scores in
                Patients with Acute Ischemic Stroke

COMMITTEES / WORKGROUPS
2009-2012       Medical Executive Committee, Peer Review Committee, Pneumonia
                Quality Improvement Physician Champion, Sepsis Quality Improvement,
                Stroke Center of Excellence Development Team, Chest Pain Center of
                Excellence Accreditation Team, Outpatient Diagnostic Utilization Review
                Project Team

2008, 2010      ACEP National Council Delegate for Tennessee Chapter

2005            National Cardiology Workgroup – Sanofi-Aventis

2002            Regional Program Consultant: Acute Coronary Syndrome, Venous
                Thromboembolism, Congestive Heart Failure

2002-2013       Speaker Panels: Scios, Johnson & Johnson, Sanofi-Aventis, Millennium

2002            Regional Presentation- Impact Team
                Institute for Healthcare Improvement

2002-2005       Baptist Memorial Hospital - Medical Staff Leadership Council, STEMI
                Process Improvement, Performance Improvement Committee, Impact:
                Improving Patient Flow in the Acute Care Setting, Cardiac Services
                Working Group, Sepsis Quality Team

## Christopher J. Andershock, M.D

| | |
|---|---|
| 1997-2002 | Huntsville Hospital - Chairman, Clinical Department Review Committee, Medical Quality Management Committee, Urgent Care Development Committee, Emergency Physician Group Business Committee |
| 2000-2002 | Huntsville Emergency Medical Services Quality Assurance Committee |

**VOLUNTEER ACTIVITIES**

| | |
|---|---|
| 1994-Present | Medical Missions Guaymas, Mexico; Ghana, Africa; Honduras, Central America |
| 1999-2001 | American Heart Association Board Member, State Lobbyist, Director of mass CPR training events |
| 1998-2002 | Medical Director Huntsville Fire and Rescue, Huntsville, Alabama |

**SKILLS AND INTERESTS**

Continuing Medical Education Programs – Planning and Development
Emergency Cardiac Care Models and Efficacy
Clinical Research
Medical Records Quality Assurance / Quality Improvement
Risk Management Analyses and Strategies
Workforce Development Training and Support
Emergency Department Policies and Procedures Development
Resident Education – Program Development and Clinical Instruction
Prehospital Care – First Responder Protocol Implementation and Clinical
Delivery Systems Analysis

**REFERENCES**   Available upon request

Deposition and Trial Log

**2020**

Beeler v Riseden deposition

London/Amburn

Jason Long

**2019**

Medley v Murphey deposition

Malkmus Law Firm

Brian Malkmus

**2017**

Pemberton v. Fortich trial

Hall, Booth, Smith, PC

Carson King, James Looper

**2016**

Jordan Franklin-Mansuo v  Embry, Clemmons et al deposition

Rainey, Kizer, Reviere, Bell, PC

John Alexander, Marty Phillips

**2015**

Sengdetka v Kellen deposition

Waddell, Cole and Jones

Paul Waddell

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

MARK CHEATWOOD and

CARYL CHEATWOOD

PLAINTIFFS

v.                                     CASE NO. 2:19-CV-02088-PKH

FORT SMITH HMA, LLC,
COMMUNITY HEALTH SYSTEMS;
BAPTIST HEALTH FKA SPARKS
REGIONAL MEDICAL CENTER;
Dr. DANIEL MWANZA;
DR. MICHELLE HORAN;
UNKNOWN MEDICAL DOCTORS 1 THROUGH 10; and

UNKNOWN HOSPITAL STAFF 1 THROUGH 10                    DEFENDANTS

## EXPERT REPORT OF JONATHON PALMER, M.D.

Comes Defendant, Michelle Horan, M.D., by and through her attorneys, Wright, Lindsey & Jennings, LLP and for her Expert Report for Jonathon Palmer, M.D., states as follows:

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Dr. Horan hereby discloses the following testifying expert, along with his written report as required by the Court's Second Amended Final Scheduling Order of April 9, 2020:

### Jonathon Palmer, M.D.

My name is Jonathon Palmer, M.D. I have been retained by the attorneys for Michelle Horan, M.D. in the above-described action to respond to the certain claims and assertions of Mark and Caryl Cheatwood. I have been asked to provide my opinions as an expert in emergency medicine based on my education, training, and experience. All of my opinions are held to a reasonable degree of medical certainty or probability.

## I.    INTRODUCTION

I have nineteen (19) years experience in emergency medicine and have been a Diplomate of the American Board of Emergency Medicine since 2005. I am licensed to practice medicine in Arkansas. I have served on the Arkansas Trauma Medical Advisory Board and in 2016 was appointed by the Governor of Arkansas to the Governors Trauma Advisory Council. I am currently an attending physician at Baptist Health Medical Center—Little Rock and currently serve on the Emergency Department Controls Committee and am Co-director of Emergency Ultrasound. My experience with trauma related injuries, specifically those prompting emergency medical care have made me well versed in the Emergency Medical Treatment and Labor Act ("EMTALA"). My curriculum vitae, attached as Exhibit A, further describes my education, training, and experience in greater detail.

I am being compensated for my time at the following rates:

- Basic hourly rate                $350.00/hr (Minimum 2 hours)
- Deposition                        $500.00/hr (Minimum 2 hours)
- Full narrative report         $500.00
- Trial/Arbitration Testimony   $3500 per day (Minimum one day)

EXHIBIT B

I have testified in prior court proceedings. A list of the cases in which I have given deposition or trial testimony is attached as Exhibit B.

My opinions in this matter are based on my education, training, and experience in emergency medicine and care and treatment of catastrophic, open fractures. I have reviewed the following documents and materials in order to formulate my opinions in this case:
- Sparks Regional Medical Center Medical Records
- Arkansas Trauma Communication Center Records
- Sparks Regional Medical Center Pager records
- Deposition of Mark Cheatwood
- Deposition and Exhibits of Caryl Cheatwood
- Deposition and Exhibits of Dr. Daniel Mwanza
- Deposition and Exhibits of Dr. Michelle Horan

## II.    DISCUSSION AND OPINIONS

Mr. Cheatwood presented to the emergency department of Sparks Regional Medical Center on July 10, 2017. I am familiar with Sparks Regional Medical Center due to my nearly 20 years of practice in the State of Arkansas. The facilities, resources, and capabilities of the emergency department at Sparks Regional Medical Center are substantially similar to those available at Baptist Health Medical Center—Little Rock.

The emergency department records indicate that Mr. Cheatwood experienced a 30-foot fall from a crane into a ditch consisting of wastewater. He presented to the emergency department and was assessed by Dr. Horan at 8:38 a.m. He was assessed with a closed burst fracture of lumbar vertebra, open bimalleolar fracture of the left ankle, fracture and dislocation of right ankle, closed Colles' fracture of left radius (forearm) and closed fracture of body of sternum. CT scans of the abdomen, chest, cervical and lumbar spine and X-rays of the ankles and left forearm were ordered and obtained. Dr. Horan promptly consulted Dr. John Harp, orthopedic surgeon, Dr. Arthur Johnson, neurosurgeon, and Dr. Daniel Mwanza, general surgeon. Dr. Horan ordered STAT infusion of Cefazolin (Ancef, antibiotic) started at 8:38 a.m. and Hydromorphone (Dilaudid) injection also administered at 8:38 a.m. Ordering and administering Ancef was standard of care for an open fracture of the lower extremity. Likewise, promptly consulting an orthopedic surgeon, such as Dr. Harp, was within the standard of care for such a traumatic injury.

Dr. Horan's physician-patient relationship with Mr. Cheatwood ended at 11:28 a.m. when she transferred care of Mr. Cheatwood. Following transfer of care, Mr. Cheatwood was admitted by Dr. Mwanza to the medical/surgical unit at 11:28 a.m. with the intention that he would undergo orthopedic surgery that was scheduled to begin at 12:30 p.m. to be performed by Dr. Harp. Because Mr. Cheatwood was admitted to the hospital, EMTALA no longer was applicable. Due to my education, training, and experience in emergency medicine and trauma care including my participation on the Trauma Advisory Committee, I am well trained and equipped to offer opinions on issues pertaining to EMTALA, hospital admissions, and transfers.

At the time Dr. Horan made the call to Arkansas Trauma Communications Center ("Trauma Com"), Mr. Cheatwood was no longer her patient having already been admitted to the hospital and assigned to another physician's care. Therefore, Dr. Horan had no legal duty to participate in or provide any aid in the transfer of a patient who was no longer under her care. After his admitting physicians, however, made the decision to transfer Mr. Cheatwood, the request was made of Dr. Horan to help arrange for his transfer; it being common knowledge that emergency departments more frequently arrange transfers than surgical departments. Dr. Horan agreed to offer her assistance with these arrangements, despite not having any obligation to do so. Dr. Horan appropriately called Trauma Com and as per the protocol and practice within the Arkansas trauma system, because Mr. Cheatwood had already been admitted to the hospital, he was transferred to UAMS.

Any delay in transfer was due to the neurosurgeon's instructions to cancel the orthopedic procedure, a surgery that Mr. Cheatwood had already been admitted to the hospital for and was being prepped. It is absolutely within the standard of care for Dr. Horan to have consulted and relied upon the orthopedic surgeon to perform the necessary procedures, including irrigation and debridement. Once Mr. Cheatwood was admitted for surgery, Dr. Horan was no longer responsible for managing his care. Further, Dr. Horan was within the standard of care to reserve cleaning the open fracture, with that being a procedure that needed to be done under general

anesthesia by the orthopedic surgeon.

In sum, I believe that no act or omission of Dr. Horan was below the standard of care or proximately caused injury, specifically the below knee amputation.  I hold all of my opinions to a reasonable degree of medical certainty or probability.

III.     **CONCLUSION**

My investigation in this matter continues. I may review additional materials as they become available, and I may supplement or amend my opinions based on my research or any new information or documents. I also reserve the right to supplement or amend this report in response to any analysis of my report or opinions offered by or on behalf of Plaintiff.

Jonathon Palmer, M.D.

1

# Jonathon David Palmer, M.D., FACEP, FAAEM

**Contact information**:
Work phone 501-202-2300
Fax 501-202-1449
Home phone 501-551-1222
Email: palmerj33@mac.com

**Date of Birth and citizenship:**   7/08/1974, United States Citizen
**Place of Birth:**   Enid, OK

**Education**:
| | |
|---|---|
| 8/1992-5/1994 | Wallace State Community College, Hanceville, AL (biology and music; transferred prior to degree) |
| 8/1994-5/1995 | Arkansas State University, Jonesboro, AR (biology; transferred prior to degree) |
| 8/1995-5/1997 | Birmingham Southern College, Birmingham, AL (B.S., Biology, *cum laude*) |
| 8/1997-5/2001 | University of Arkansas for Medical Sciences, Little Rock, AR (M.D.) |

**Post-Graduate Training**:
7/2001-6/2004   Resident Physician, Emergency Medicine, UAMS, Little Rock, AR

**Current Position:**
3/2013 – present   Attending Physician
Baptist Health Medical Center – Little Rock
9601 Interstate 630
Little Rock, AR  72205-7299

**Academic Appointments**:
8/2006-6/2013   Assistant Professor
Department of Emergency Medicine
University of Arkansas for Medical Sciences

7/2004-8/2006   Assistant Clinical Professor
Division of Emergency Medicine, Department of Surgery
Duke University Medical Center, Durham, NC

**Certification**:
Diplomate of the American Board of Emergency Medicine (2005-present)

**M.D. Licensure**:
Arkansas State Medical Board – active
North Carolina State Medical Board - inactive

**Awards and Honors**:

2013   Gold Sash Award – UAMS. Awarded by senior medical students.
2013   Red Sash Award  - UAMS. Awarded by senior medical students.

| | |
|---|---|
| 2012 | Innovation in Medical Education Award (**National award**) – The Academy of Clerkship Directors in Emergency Medicine |
| | Awarded at Society of Academic Emergency Medicine's annual conference. |
| 2012 | Red Sash Award  - UAMS. Awarded by senior medical students. |
| 2012 | Nominated for Assistant Residency Director of the Year - Emergency Medicine Residents Association |
| 2011 | Robert A. Fisher Excellence in Teaching Award. UAMS Department of Emergency Medicine |
| 2011 | Red Sash Award  - UAMS. Awarded by senior medical students |
| 2011 | Emergency Medicine Residents Association Certificate of Appreciation – nominated by UAMS medical students for recognition with EMRA |
| 2011 | The Circle of Excellence Deans List UAMS Jul-Sep 2011. For patient satisfaction greater than 90th percentile |
| 2011 | Fellow, American Academy of Emergency Medicine |
| 2010 | The Circle of Excellence Deans List UAMS Oct-Dec 2010. For patient satisfaction greater than 90th percentile |
| 2007 | Robert A. Fisher Excellence in Teaching Award. UAMS Department of Emergency Medicine |
| 2007 | Fellow; American College of Emergency Physicians |

**Memberships in Professional Societies**:

Fellow, American Academy of Emergency Medicine
Fellow, American College of Emergency Physicians
American College of Emergency Physicians, Arkansas Chapter
Arkansas Medical Society

**Professional Activities**:

*Current Appointments*

| | |
|---|---|
| 2013 to present | Arkansas American College of Emergency Physicians |
| | Board of Directors |
| 2016 to present | Arkansas American College of Emergency Physicians |
| | Secretary-Treasurer |
| 2016 to present | Baptist Health Little Rock |
| | Emergency Department Controls Committee |
| 2016 to present | Baptist Health Little Rock |
| | Co-director of Emergency Ultrasound |
| 2016 to present | Governors Trauma Advisory Council |
| | Appointed by the Governor of Arkansas |

National Committees

| | |
|---|---|
| 2012 | **Clerkship Directors in Emergency Medicine** |
| | Nominating Committee |
| 2012-2013 | **Society of Academic Emergency Medicine** |
| | Social Media Committee |
| | Resident and Student Advisory Committee |
| | Membership Committee |
| | Development Committee |

2

*Regional Committees*

| | |
|---|---|
| 2016 to present | **Governors Trauma Advisory Council**<br>Appointed by the Governor of Arkansas |
| 2013- present | **Arkansas chapter, American College of Emergency Physicians**<br>Board of Directors |
| 2012- 2013 | **Arkansas Trauma Medical Advisory Board**<br>*Chairman* – Clinical Practice Medical Guidelines committee on pre-hospital fluid resuscitation in trauma |
| 2012 –2013 | **Arkansas chapter, American College of Emergency Physicians**<br>Research subcommittee<br>Education subcommittee<br>Grant application and review subcommittee |

*University and Hospital Committees*

| | |
|---|---|
| 2015- present | Sepsis committee, Baptist Medical Center Little Rock |
| 2013 | Co-chair, Emergency Preparedness Committee, UAMS |
| 2012 | Congestive Heart Failure Bundled payment committee, UAMS |
| 2011 | UAMS Pathology Chair Search Committee |
| 2011 | UAMS EDIS RFP committee (7 member committee charged with evaluating request for proposals regarding potential emergency department information systems) |
| 2011-2013 | UAMS Sepsis Mortality Improvement Committee |
| 2011-2013 | Patient Care Issues Committee, UAMS |
| 2010-2012 | Appeals Board, UAMS College of Medicine |
| 2009 | UAMS Pandemic H1N1 Influenza Task force (Co-leader of subcommittee dealing with surge) |
| 2009-2012 | Integrated Clinical Information System Committee, UAMS |
| 2009-2012 | Clinical Documentation Steering Committee, UAMS |
| 2008-2013 | Emergency Preparedness Committee, UAMS |
| 2007 | STEMI PI Team, UAMS, Chartered by the Quality and Performance Improvement Committee |
| 2005-2006 | Pharmacy and Therapeutics Committee, Duke University |

*Quality Assurance Activities*

| | |
|---|---|
| 2015 | Led and developed a treatment approach for Submassive and Massive Pulmonary embolism. Collaborative effort with Interventional Radiology, Pulmonology, and Internal Medicine at Baptist Medical Center. |

**Educational Activities**

*Invited Lectures, Regional*

1. 2013ACEP Southeastern Chapters Educational Conference. **Trauma Update.** Destin, FL June 3.
2. 2013 ACEP Southeastern Chapters Educational Conference. **Sepsis Update.** Destin, FL June 4.

3

**3.** 2013 ACEP Southeastern Chapters Educational Conference. **Heat Related Illness.** Destin, FL June 5.
**4.** 2012 ACEP Southeastern Chapters Educational Conference. **Sepsis, Bugs Gone Wild**. Destin, FL. June 13.
**5.** 2012 ACEP Southeastern Chapters Educational Conference.  **Pulmonary Embolism, It Will Take Your Breath Away**. Destin, FL. June 14.

*Invited Lectures and Presentations, State/Local/University*

1. Trauma Update UAMS, 2012. **Mass Casualty Triage**. Nov 16, 2012 .
2. Center for Rural Health's Tuesday noon lecture series. **Sepsis, Back to Basics**. Aug 21, 2012.
3. Arkansas Trauma Education and Research Foundation. **FAST exams** (Focused Assessment with Sonography in Trauma). 4 hour workshop involving didactics and hands on training with ultrasound.
   a. Little Rock, AR April 14 , 2012
   b. Hot Springs, AR July 11, 2102.
   c. Fort Smith, AR Nov 8, 2012.
   d. Jonesboro, AR Dec 12, 2012.
   e. Little Rock, AR Feb 9, 2012.
   f. Batesville, AR Apr 3, 2013.
4. Center for Rural Health's Tuesday Noon lecture series**. Pulmonary Embolism, Back to Basics.** May 29, 2012
5. Arkansas Trauma Conference – **Breakout Simulation session**. Attendees observed a simulated trauma scenario and then discussed simulation in education.  April 2012. Director of breakout session
6. UAMS Simulation Center Grand Opening. I ran a simulated code scenario with a team that I recruited from the Emergency Department during the grand opening of the Simulation Center. Little Rock, AR. March 31, 2011
7. ED's PLACE (*Emergency Department Provider Learning and Collaborative Education*) video-conference grand rounds presentation broadcast to Arkansas Emergency Departments.
   **Pulmonary Embolism**, **Back to Basics** UAMS, Little Rock, AR. Apr 5, 2012.
   **Pulmonary Embolism**, **Evidence Based Medicine Review** UAMS, Little Rock, AR. Jan 7, 2010.
   **Sepsis**, UAMS Little Rock, AR. March 4, 2010.
8. Pediatric Emergency Medicine Fellowship Disaster Curriculum Conference. **Radiation Emergencies**. Arkansas Children's Hospital, Little Rock, AR. May 3, 2011.
9. UAMS Multi-Specialty Panel Discussion, presented by the Women in Medicine group. Panel discussed various careers and the pros and cons of each specialty for medical students. Little Rock, AR. March 25, 2008 and March 29, 2011.
10. UAMS Pre-matriculation program. Lecture given to pre-matriculation medical students on Emergency Medicine as a career. Little Rock, AR. July 17, 2009 and Aug 9, 2010.
11. UAMS Consortium Advisory Council Meeting. **Arkansas Trauma System and the American College of Emergency Medicine Report Card on Emergency Care**. Little Rock, AR. Feb 12, 2009.
12. UAMS Nurse Practitioner Program UAMS. **Anaphylaxis and Allergic Emergencies**. Little Rock, AR. Dec 4, 2008.
13. UAMS Nurse Practitioner Program UAMS. **Anaphylaxis and Allergic Emergencies**. Little Rock, AR. Dec 6, 2007. Lecture broadcasted to Texarkana and Fayetteville.
14. North Carolina Academy of Physician Assistants Winter Conference. **The Red Eye: Ophthalmologic Emergencies**. Sheraton Imperial Hotel and Convention Center, Durham, NC.  Feb 26, 2007.
15. Physician Assistant Program, Duke University: The Red Eye: **Ophthalmologic Emergencies**. Duke University, Durham, NC. Oct 2005.

*Other activities, Regional/National*:

Feb 2012          Southeastern Regional Society of Academic Emergency Medicine Annual Meeting
                  Jacksonville, FL

|  | Invited Judge for *Stud Wars* – a live competition between medical student teams in simulated patient scenarios |
|---|---|
| May 2010 | Mass casualty event drill. Helped to plan and implement a mass casualty drill with the Arkansas National Guard and Pulaski County Haz Mat. Scenario of C-130 crash with over 60 passengers. Care was provided to 50 "patients" that were air and ground transported to UAMS and triaged through our system as a full scale mass casualty/Code Green event. UAMS Oct 2, 2010. |
| 2010-2013 | EDs PLACE (Emergency Department Provider Learning and Collaborative Education) I served as the standing moderator for monthly interactive telemedicine conference that is presented at UAMS and is broadcast to all Arkansas Emergency Departments. First Thursday of each month. Little Rock, AR. Jan 2010 to 2013. |
| 2009,2011 | Medical control for Arkansas Nuclear One Drill. This drill is held every 2 years with ANO to test system readiness. April 14, 2009 and April 8, 2011 |
| 2007-2008 | American College of Emergency Physician's Teaching Fellowship Consisted of two separate 1 week sessions in Dallas, Texas that focused on teaching skills, faculty development, feedback and academic advancement. As part of the curriculum, I developed a toxicology teaching module aimed at senior medical students and junior residents. It was used through the Web CT/Blackboard module until 2012, when it was deleted with upgrades to the site. |

*Medical Students, University of Arkansas for Medical Sciences*:

| 2006-2013 | Course director, Senior Medical Student Clerkship Director |
|---|---|
| 2006-2013 | Faculty advisor for the UAMS Emergency Medicine Interest Group |
| 2006-2013 | Medical student faculty advisor. I serve as a 4th year faculty advisor for 8-12 medical students per year |
| 2007-2013 | Summer Preceptorship in Emergency Medicine Provide oversight for the medical student summer preceptorship in the Department of EM. |
| 2007-2013 | Medical student preceptor for Introduction to Clinical Medicine.  2 students per year |
| 2011 | UAMS Capstone Course. Participated in event that started senior medical students in the Emergency Department and had them follow a mock patient through the system. May 4, 2011. |
| 2011 | UAMS Senior Week Simulation Course. Ran senior students through a CPR/resuscitation scenario in the simulation center and then debriefed them on their performance. April 27, 2011. |
| 2008-11 | UAMS Physiology Simulation Course. Developed simulation exercises with the Department of Physiology for the 1st year medical students and ran the simulation scenarios. |

|  |  |
|---|---|
| Respiratory Distress – COPD, Dec 4, 2008 | Massive Pulmonary Embolism, Dec 3, 2010 |
| Massive Pulmonary Embolism, Dec 11, 2011 | Hypovolemic Shock, Nov 30, 2009 |
| Massive Pulmonary Embolism, Dec 6, 2012 |  |

*Residents and Fellows, University of Arkansas for Medical Sciences*

| Sep 2006 to 2013 | Assistant Residency Director, Dept. of Emergency Medicine, UAMS |
|---|---|

*Interdepartmental Teaching Conferences, University of Arkansas for Medical Sciences*:

**2012-2013**
*Approach to Shock,* 1 hour presentation, Aug 16, 2012

*Web 2.0, Social Media in Medicine*, 1 hour presentation,  July 19, 2012

*Emergency Ophthalmology,* 1 hour presentation, Jan 31, 2013

**2011-2012**
*Trauma Ambush Simulation* ED's PLACE, 1 hour, Mar 15, 2012
Sites logged in to view remotely included: Arkansas Children's Hospital, Ozark Community
Hospital , AHEC Fayetteville, Community Medical Center of Izard County, Five Rivers Medical Center,
Cross Ridge Community Hospital, Desha County Hospital, Chicot Memorial, AHEC El Dorado, AHEC
Texarkana, Howard Memorial Hospital

*Toxic Shock Syndrome* 1 hour presentation, Nov 11, 2011

*Sepsis* 1 hour presentation, Nov 11, 2011

*Emergency Preparedness* (with Ron Crane, Jr.) Oct 20, 2011

*Trauma Ambush Simulation*  ED's PLACE, 1 hour, Oct 20, 2011
Sites logged in to view remotely included: Piggott, Dewitt, Little River, Heber Springs, White County,
Conway, SVI, UAMS, Howard Memorial, Texarkana, and Magnolia
Total of 9 RN's and 3 MD's requested Trauma CME from this activity

*How to write a case report,* 1 hour presentation, July 14, 2011

**2010-2011**
*Mock Oral Board presenter,* 4 hours, May 12, 2011

*Approach to Shock,* 1 hour presentation, Dec 16, 2010

*GI Bleeding,* 1 hour presentation, Aug 5, 2010

*How to write a case report,* 1 hour presentation, July 8, 2010

*Invasive and Non-invasive airway management,* 1 hour presentation, July 8, 2010

**2009-2010**
*Mock Oral Board presenter,* 4 hours, May 6, 2010

*Septic Shock*, 1 hour presentation, Mar 4, 2010

*Penetrating and Blunt Neck Trauma,* 1 hour presentation , Jan 21, 2010

*Pulmonary Embolism* –1 hour presentation , Jan 7 2010

*Respiratory Distress,* 1 hour presentation, Aug 20, 2009

*Local and Regional Anesthesia,* 1 hour presentation, Aug 20, 2009

*Cadaver Lab,* 4 hour procedure lab, July 16, 2009

**2008-2009**
*Mock Oral Board presenter,* 4 hours, May 7, 2009

*Penetrating and Blunt Neck Trauma,* 1 hour presentation, Jan 22, 2008

*Pulmonary Embolism* – EBM review, 1 hour presentation , Sep 11, 2008

*Pericarditis and Endocarditis,* 1 hour presentation, Sep 11, 2008

**2007-2008**
*Mock Oral Board presenter,* 4 hours, May 7, 2008

*Transfusion and Trauma,* 1 hour presentation, May7, 2008

*Penetrating and Blunt Neck Trauma,* 1 hour presentation, Feb 14, 2008

Reading Conference – Conducted a one hour discussion on the selected topic of the day, Nov 24, 2007

Emergency Medicine Eponyms/Board review, 3 hours, Oct 4, 2007

*The Red Eye: Ophthalmologic Emergencies,* 1 hour presentation, Sep 20, 2007

**2006-2007**
*Pulmonary Embolism,* 1 hour presentation, Jan 10, 2007

***Interdepartmental Teaching Conferences, Duke University School of Medicine***

**2006-2007**
*Acidosis/Methanol poisoning,* 1 hour presentation, Dec 21. 2006

*The Red Eye: Ophthalmologic Emergencies*, 1 hour presentation, Dec 14, 2006

*Cardiac Glycosides: Digoxin Toxicity*, 1 hour presentation, Oct 2006

**2005-2006**
*Neurology Board Review*, 2 hour presentation, May 2006

**2004-2005**
*Cardiac Glycosides: Digoxin Toxicity*, 1 hour presentation

**Prior Grant**:

PRoCESS Trial – Site PI, Protocolized Care for Early Septic Shock (Award no. 5 P50 GMO76659-05).
**Grant Year 2011-2012**.

**Editorial Appointments**

2012 – 2013        Reviewer - European Journal of Emergency Medicine

7

**Publications**:

**Peer Reviewed:**

Brenner B, **Palmer J,** Bean A. Morbidity and Mortality Rounds: An Interesting Case of a Patient with Lethargy. *Israeli Journal of Emer Med.* 2005; 5(4): 9-12.

Steele J, **Palmer J**. Gatroenteritis in a 20year-old After Ingesting Mushrooms of the species Chlorophyllum Molybdites. The Journal of the Arkansas Medical Society. 2010; 106(12): 280-282.

**Published Abstracts:**

**Palmer Jonathon** Trauma Ambush – Statewide Trauma Education via Video Teleconference Simulation. *Academic Emergency Medicine,* 2012;19 no.4 supplement 1, s398.

**Book Chapters:**

1. **Palmer JD**, Arguello D. Cutaneous Disorders. *Last Minute Emergency Medicine*. McGraw Hill 2007.

2. Chest Pain *Clinical Emergency Medicine*. McGraw Hill.  2014

**Presentations:**

**Oral Presentations:**

Feb  2012          Trauma Ambush: Simulation via Telemedicine
                   Southeastern Regional Society of Academic Emergency Medicine Annual Meeting
                   Jacksonville, FL
                   Educational Innovations – *moderated oral forum*

May 2012           Trauma Ambush: Simulation via Telemedicine
                   Society of Academic Emergency Medicine Annual Meeting
                   Chicago, IL
                   Innovations in Emergency Education (IEME) – *moderated oral forum*

**Poster Presentations:**

Feb 2013           Hip pain after wrestling. Anterior Hip Dislocation.
                   Dr. Stacy Hooks, Dr. Jonathon Palmer
                   American Academy of Emergency Medicine
                   Las Vegas, NV.

Feb 2013           A Novel Approach to Combating ED Overcrowding: A Descriptive Analysis
                   S Pereira, T Neal, T Holmes, J Palmer
                   American Academy of Emergency Medicine Las Vegas, NV.

June 2012          Delayed presentation of a left ventricular injury after a stab wound to the chest
                   Dr Stephanie Pereira, Dr Jonathon Palmer, Dr Ashley Bean
                   International Conference on Emergency Medicine
                   Dublin, Ireland.

Feb 2012          LisFranc Fracture – Identification with weight bearing x-ray
                  American Academy of Emergency Medicine Scientific Assembly Photo Competition
                  San Diego, CA

June 2011         Myxedema Coma as a Cause of Multi-System Organ Dysfunction
                  International Federation of Emergency Medicine Symposium (co-author)
                  San Miguel de Allende, Mexico

**Other Scholarly Activity:**

1. Center for Rural Health's Tuesday Noon lecture series**. Pulmonary Embolism, Back to Basics.** May 29, 2012. (pending peer review and online publication at this time – 9-20-12)
2. Center for Rural Health's Tuesday noon lecture series. **Sepsis, Back to Basics**. Aug 21, 2012. (pending peer review and online publication at this time – 9-20-12)
3. Toxicology teaching module. Published on Web CT/Blackboard – developed for junior residents and medical students aimed at teaching basic toxicology in the emergency department. March 2008. It was used through the Web CT/Blackboard module until 2012, when it was deleted with upgrades to the site.

**Community Service:**
1. Medical Reserve Corp Volunteer – Arkansas Department of Health 2008 – present
2. River City Ministries Free Clinic  - Little Rock, AR 2010
3. Access Your Inner Warrior Chairman – 2014. Raised funds for Access, a community school in Little Rock, AR
4. Access Your Inner Warrior Team member – 2013, 2015
5. Medical Mission trip to Lima, Peru - October 2017

9

List of Depositions given in the past 5 years

6-24-19 Deposition. Paul McNeill Defense Atty

WARRNSHA COONEY NOW JACKSON,
ADMINISTRATRIX OF THE ESTATE
OF FRANCES LURLENE STEWART, DECEASED
VS. NO. 23cv-15-1259
CONWAY REGIONAL MEDICAL CENTER, INC.; JASON SKINNER, M.D.;
AND JOHN AND JANE DOES A-Z

2-12-19 Deposition. James Estes Defense Atty

Sanders v Pritchard.  Baxter County.

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS

**MARK CHEATWOOD and**
**CARYL CHEATWOOD**                                    **PLAINTIFFS**

**v.**                          **CASE NO. 2:19-CV-02088-PKH**

**FORT SMITH HMA, LLC,**
**COMMUNITY HEALTH SYSTEMS;**
**BAPTIST HEALTH FKA SPARKS**
**REGIONAL MEDICAL CENTER;**
**Dr. DANIEL MWANZA;**
**DR. MICHELLE HORAN;**
**UNKNOWN MEDICAL DOCTORS 1 THROUGH 10; and**
**UNKNOWN HOSPITAL STAFF 1 THROUGH 10**          **DEFENDANTS**

## EXPERT REPORT OF ROY W. SANDERS, M.D.

Comes Defendant, Michelle Horan, M.D., by and through her attorneys, Wright, Lindsey & Jennings, LLP and for her Expert Report of Roy W. Sanders, M.D., states as follows:

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Dr. Horan hereby discloses the following testifying expert, along with his written report as required by the Court's Second Amended Final Scheduling Order of April 9, 2020:

### Roy W. Sanders, M.D.

My name is Roy W. Sanders, M.D.  I have been retained by the attorneys for Michelle Horan, M.D. in the above-described action to respond to the certain claims and assertions of Mark and Caryl Cheatwood. I have been asked to provide my opinions as an expert in orthopedic trauma based on my education, training, and experience.  All of my opinions are held to a reasonable degree of medical certainty or probability.

## I.    INTRODUCTION

I am Fellowship trained in Musculoskeletal Trauma from the Department of Orthopedics at Vanderbilt University Medical Center.  My residency training was with the Hospital for Joint Diseases Orthopaedic Institute, New York, NY and the Maryland Institute for Emergency Medical Services, Baltimore, MD.  I have served

EXHIBIT C

as the Director, Orthopedic Trauma Service and the Chief, Department of Orthopedics with The Tampa General Hospital, Tampa, FL for 29 years.   My curriculum vitae is attached as Exhibit A, and further describes my education, training, and experience in greater detail.

I am being compensated for my time at the following rates:

- Medical Record/Radiographic Review: $1000/hr, minimum two (2) hours.  $250/15 minutes thereafter ($2500 retainer)
- Phone Conference: $1000/hr, (1) hour minimum
- Face to Face Conference w/ Attorney:  $1500/hr, (1) hour minimum
- Deposition Fee: $1500/hr, two (2) hour minimum. Full charge will be retained if cancelled less than seven (7) business days in advance.
- Video Deposition: $2500/hr two (2) hour minimum. Full charge will be retained if cancelled less than seven (7) business days in advance.
- Court Appearance: $15,000 flat fee, includes atty-expert prep time day before. A check for the full amount will be required 72 hours before trial date is finalized. A $6,000 retainer is non-refundable if trial is cancelled less than three (3) weeks in advance.
- Independent Medical Examination (per body part): $2000 in advance of examination. If patient no shows, $500 will be retained. If attorney(s) wishes to be in room, an additional $1000/attorney will be charged.

I have testified in prior court proceedings.  A list of the cases in which I have given deposition or trial testimony is attached as Exhibit B.

My opinions in this matter are based on my education, training, and experience in emergency medicine and care and treatment of catastrophic, open fractures to the lower extremities.   I have reviewed the following documents and materials in order to formulate my opinions in this case:

- Sparks Regional Medical Center Medical Records
- Arkansas Trauma Communication Center Records
- Sparks Regional Medical Center Pager records
- Deposition of Mark Cheatwood
- Deposition and Exhibits of Caryl Cheatwood
- Deposition and Exhibits of Dr. Daniel Mwanza
- Deposition and Exhibits of Dr. Michelle Horan

## II.   DISCUSSION AND OPINIONS

Mr. Cheatwood presented to the emergency department of Sparks Regional Medical Center on July 10, 2017. I am familiar with the facilities, resources, and capabilities of the emergency department at Sparks Regional Medical Center, and

with my experience as an orthopedic trauma surgeon, am familiar with the standard of care of an emergency department physician at a facility such as Sparks or similar facilities.

The emergency department records indicate that Mr. Cheatwood suffered a traumatic fall from a crane into a ditch consisting of wastewater resulting in poly-trauma injuries, including an open fracture of the left ankle. He presented to the emergency department and was assessed by Dr. Horan at 8:38 a.m. He was assessed with a closed burst fracture of lumbar vertebra, open bimalleolar fracture of the left ankle, fracture and dislocation of right ankle, closed Colles' fracture of left radius (forearm) and closed fracture of body of sternum. CT scans of the abdomen, chest, cervical and lumbar spine and X-rays of the ankles and left forearm were ordered and obtained. Dr. Horan promptly consulted Dr. John Harp, orthopedic surgeon, Dr. Arthur Johnson, neurosurgeon, and Dr. Daniel Mwanza, general surgeon. Dr. Horan ordered STAT infusion of Cefazolin (Ancef, antibiotic) started at 8:38 a.m. and Hydromorphone (Dilaudid) injection also administered at 8:38 a.m. Ordering and administering Ancef was standard of care for an open fracture of the lower extremity. Promptly consulting an orthopedic surgeon, such as Dr. Harp, was within the standard of care for such a traumatic injury. Dr. Horan likewise covered the open wound (bone) with wet dressing, which is the standard of care for an open fracture in the emergency room. Dr. Horan met the standard of care by starting an antibiotic, administering a pain medication, applying a wet dressing to the wound and ordering the orthopedic consult. In fact, Mr. Cheatwood was timely admitted to the hospital with surgery on the left ankle scheduled by Dr. Harp for 12:30 p.m.

It is understood a complaint against Dr. Horan is that she did not clean the wound before Mr. Cheatwood was admitted to the hospital for surgery or eventual transfer to a tertiary clinic. However, Dr. Horan acted within the standard of care by not cleaning the wound in the emergency room, reserving this for the I&D procedure scheduled by the orthopedic surgeon, Dr. Harp. The emergency department is not a sterile environment, and to engage in efforts to clean an open wound of this nature in the emergency department could contaminate the wound further and inoculate the deep tissues with superficial contaminants. The cleaning procedure, by irrigation and debridement (I&D), is the procedure to be performed by the orthopedic surgeon under general anesthesia in the sterile confines of the operating room. Mr. Cheatwood was admitted to the hospital by the attending and scheduled for an I&D by the orthopedic surgeon, Dr. Harp. The medical records reflect that while being prepped for surgery, the neurosurgeon Dr. Arthur Johnson, cancelled the surgery due to an apparent inability to approach the lumbar fracture anteriorly. From the records, this prompted the transfer of Mr. Cheatwood to a tertiary facility.

Mr. Cheatwood was transferred to UAMS, a trauma facility for lumbar fracture surgery. While surgery for the lumbar fracture was not done at UAMS, multiple

irrigation and debridement procedures were performed of the left ankle.  Eventually, Mr. Cheatwood underwent a below knee amputation of the left leg on July 26, 2017. Based on my education, training, and experience as an orthopedic trauma surgeon, Dr. Horan cared for and treated Mr. Cheatwood in the emergency room as I would have wanted in anticipation for the I&D and external fixation surgery.  It is my opinion within a reasonable degree of medical probability that Mr. Cheatwood's injuries, including the below knee amputation, were not proximately caused by any act, omission, or any medical care provided by Dr. Horan, including the emergency medicine treatment she provided which included administering antibiotics and pain medication, dressing to the open wound, and ordering a prompt orthopedic consult.

In sum, I believe that no act or omission of Dr. Horan was below the standard of care or proximately caused any of Mr. Cheatwood's injuries, specifically the below knee amputation.  I hold all of my opinions to a reasonable degree of medical certainty or probability.

## III.    CONCLUSION

My investigation in this matter continues. I may review additional materials as they become available, and I may supplement or amend my opinions based on my research or any new information or documents. I also reserve the right to supplement or amend this report in response to any analysis of my report or opinions offered by or on behalf of Plaintiff.

Roy W. Sanders, M.D.

**ROY SANDERS, M.D.**
**CURRICULUM VITAE**
**(December, 2019)**

## PERSONAL DATA

NAME                             ROY W. SANDERS, M.D.

BUSINESS ADDRESS                 FLORIDA ORTHOPAEDIC INSTITUTE
                                    13020 N TELECOM PARKWAY
                                    TEMPLE TERRACE, FL 33637

BUSINESS TELEPHONE                  (813) 978-9700

BUSINESS FAX:                       (813) 558-6138

## _Roy Sanders, M.D. Curriculum Vitae page 2_

## EDUCATIONAL BACKGROUND

| | |
|---|---|
| UNIVERSITY | _City University of New York Queens College_,<br>B.A., June 1975, Flushing, New York |
| MEDICAL SCHOOL | _New York University School of Medicine_,<br>M.D., June 1980, New York City, New York |
| INTERNSHIP | _Beth Israel Medical Center_,<br>July 1, 1980 - June 30, 1981<br>New York City, New York |

## SPECIAL TRAINING

| | |
|---|---|
| RESIDENCY | _Hospital for Joint Diseases Orthopaedic Institute_,<br>1981-85, New York, New York |
| | _Maryland Institute for Emergency Medical Services_,<br>July 1, 1983 - December 31, 1983,<br>Baltimore, Maryland |

FELLOWSHIPS

1.   _Musculoskeletal Trauma_

   DEPARTMENT OF ORTHOPAEDICS
   VANDERBILT UNIVERSITY MEDICAL CENTER
   WITH MARC SWIONTKOWSKI, M.D.
   NASHVILLE, TENNESSEE
   JULY 1, 1985 - DECEMBER 31, 1985

2.   _AO/ASIF Jack McDaniels Memorial Fellowship_

   A.   KLINIKUM RECHTS DER ISAR
      WITH PROFESSOR DR. BERNDT
      CLAUDI - MUNICH, GERMANY
      SEPTEMBER 1, 1986 - OCTOBER 15, 1986

**_Roy Sanders, M.D. Curriculum Vitae page 3_**

                        B.       KANTONSSPITAL CHUR
                                     WITH PROFESSOR DR. T. RUEDI
                                     CHUR, SWITZERLAND
                                     OCTOBER 16, 1986 - NOVEMBER 30, 1986

            3.       _AO Foot Fellowship_

                                     HARBORVIEW MEDICAL CENTER
                                     WITH DR. SIGVARD HANSEN
                                     SEATTLE, WASHINGTON
                                     AUGUST 20, 1988 - SEPTEMBER 20, 1988

## MILITARY SERVICE

      NONE

_**Roy Sanders, M.D. Curriculum Vitae page 4**_

**ACADEMIC, HOSPITAL, and BUSINESS APPOINTMENTS**

     **A.**    **ACADEMIC APPOINTMENTS**

_CHAIRMAN_
Department of Orthopaedic Surgery
University of South Florida
March 11, 2015 – Present

_INSTRUCTOR_
DEPARTMENT OF ORTHOPAEDICS
VANDERBILT UNIVERSITY, NASHVILLE, TENNESSEE
JULY, 1985 - MARCH, 1987

_ASSISTANT PROFESSOR_
DEPARTMENT OF ORTHOPAEDICS
VANDERBILT UNIVERSITY, NASHVILLE, TENNESSEE
APRIL, 1987 - OCTOBER, 1987

_ASSISTANT PROFESSOR_
DEPARTMENT OF ORTHOPAEDICS
UNIVERSITY OF SOUTH FLORIDA, TAMPA, FLORIDA
OCTOBER, 1987 - AUGUST, 1989

_CLINICAL ASSISTANT PROFESSOR OF ORTHOPAEDICS_
UNIVERSITY OF SOUTH FLORIDA, TAMPA, FLORIDA
AUGUST 1, 1989 - JULY 30, 1992

_CLINICAL ASSOCIATE PROFESSOR OF ORTHOPAEDICS_
UNIVERSITY OF SOUTH FLORIDA, TAMPA, FLORIDA
AUGUST 1, 1992 - OCTOBER 31, 1996

_CLINICAL PROFESSOR OF ORTHOPAEDICS_
UNIVERSITY OF SOUTH FLORIDA, TAMPA, FLORIDA
NOVEMBER 1, 1996 – AUGUST 4, 2005

_CLINICAL ASSOCIATE PROFESSOR_
DEPARTMENT OF OSTEOPATHIC SURGICAL SPECIALTIES
MICHIGAN STATE UNIVERSITY, COLLEGE OF OSTEOPATHIC MEDICINE
EAST LANSING, MICHIGAN

*Roy Sanders, M.D. Curriculum Vitae page 5*

JULY 1, 1999 – JUNE 30, 2000

### B. HOSPITAL POSITIONS

*CHIEF, DEPARTMENT OF ORTHOPAEDICS*
NASHVILLE GENERAL HOSPITAL, NASHVILLE, TENNESSEE
JANUARY, 1986 - OCTOBER, 1987

*FULL-TIME ACADEMIC FACULTY*
VANDERBILT UNIVERSITY MEDICAL CENTER, NASHVILLE, TENNESSEE
JULY, 1985-OCTOBER, 1987

*ASSOCIATE DIRECTOR, ORTHOPEDIC TRAUMA SERVICE*
THE TAMPA GENERAL HOSPITAL, TAMPA, FLORIDA
OCTOBER, 1988 - JUNE 1991

*SECRETARY/TREASURER, DEPARTMENT OF ORTHOPEDICS*
THE TAMPA GENERAL HOSPITAL, TAMPA, FLORIDA
SEPTEMBER, 1989 - SEPTEMBER 1991

*DIRECTOR, ORTHOPEDIC TRAUMA SERVICE*
THE TAMPA GENERAL HOSPITAL, TAMPA, FLORIDA
JULY 1991 - PRESENT

*DIRECTOR, FELLOWSHIP IN ORTHOPEDIC TRAUMA*
THE TAMPA GENERAL HOSPITAL, TAMPA, FLORIDA
JULY 1991 - PRESENT

*CHIEF, DEPARTMENT OF ORTHOPAEDICS*
THE TAMPA GENERAL HOSPITAL, TAMPA, FLORIDA
OCTOBER 1991 – PRESENT

### C. COMPANY POSITIONS

*VICE-PRESIDENT*
FLORIDA ORTHOPAEDIC INSTITUTE, TAMPA, FLORIDA
JANUARY 1992 - DECEMBER 1994

_**Roy Sanders, M.D. Curriculum Vitae page 6**_

PRESIDENT AND CHAIRMAN OF THE BOARD
FLORIDA ORTHOPAEDIC INSTITUTE, TAMPA, FLORIDA
JANUARY 1995 - PRESENT

BOARD OF DIRECTORS
FLORIDA INSTITUTE OF SURGICAL SUBSPECIALTIES, TAMPA, FLORIDA
JANUARY 1993 - PRESENT

BOARD OF DIRECTORS
WEST FLORIDA SPECIALTY NETWORK, TAMPA, FLORIDA
OCTOBER 1996 - 1999

**D.    EDITORIAL POSITIONS**

1.    EDITORIAL BOARD
JOURNAL OF ORTHOPAEDIC TRAUMA
JANUARY 1989 - DECEMBER 1995

2.    **EDITOR-IN-CHIEF**
JOURNAL OF ORTHOPAEDIC TRAUMA
WOLTERS KLUWER/LIPPINCOTT WILLIAMS & WILKINS
JANUARY 1996 - PRESENT

**E.    OTHER POSITIONS**

**EXECUTIVE DIRECTOR**
FLORIDA ORTHOPAEDIC SOCIETY, TAMPA, FLORIDA
JUNE 1994 – AUGUST, 1999

**PRESIDENT-ELECT**
ORTHOPAEDIC TRAUMA ASSOCIATION
OCTOBER, 2003 – MARCH, 2004

**PRESIDENT**
ORTHOPAEDIC TRAUMA ASSOCIATION
MARCH, 2004 – FEBRUARY, 2005

_**Roy Sanders, M.D. Curriculum Vitae page 7**_

## SCHOLARLY HONORS AND AWARDS

PHI BETA KAPPA 1975

AO/ASIF INTERNATIONAL JACK MCDANIELS MEMORIAL AWARD, 1986

EASTERN ORTHOPEDIC ASSOCIATION BEST PAPER AWARD, 1989

EASTERN ORTHOPEDIC ASSOCIATION BEST PAPER AWARD, 1990

FLORIDA ORTHOPEDIC SOCIETY BEST RESIDENT PAPER, 1990

FLORIDA ORTHOPEDIC SOCIETY BEST OVERALL PAPER, 1991

**ORTHOPEDIC TRAUMA ASSOCIATION**
EDWARD BOVILL AWARD FOR BEST SCIENTIFIC PAPER, 1992

**ORTHOPEDIC TRAUMA ASSOCIATION**
EDWARD BOVILL AWARD FOR BEST SCIENTIFIC PAPER, 1993

**AMERICAN BRITISH CANADIAN FELLOWSHIP**
AMERICAN ORTHOPAEDIC ASSOCIATION 1993 TOUR (ALTERNATE)

**AMERICAN ORTHOPAEDIC FOOT AND ANKLE ASSOCIATION**
ROGER MANN AWARD FOR BEST SCIENTIFIC PAPER, 1998

**AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS AND
ORTHOPAEDIC RESEARCH AND EDUCATION FOUNDATION**
KAPPA DELTA AWARD FOR OUTSTANDING CLINICAL RESEARCH related to THE
MUSCULOSKELETAL SYSTEM (LEAP STUDY, 2003)

**FLORIDA ORTHOPAEDIC INSTITUTE**
ELECTED BY PEERS FOR INCLUSION IN BEST DOCTORS IN AMERICA
(1992 – 2006)

*Roy Sanders, M.D. Curriculum Vitae page 8*

## SCHOLARLY SOCIETY MEMBERSHIPS

      A.     NASHVILLE ORTHOPAEDIC SOCIETY, NOVEMBER, 1985

      B.     TENNESSEE MEDICAL ASSOCIATION, JUNE, 1986

      C.     NASHVILLE ACADEMY OF MEDICINE, JULY, 1986

      D.     SOUTHERN MEDICAL SOCIETY, OCTOBER, 1986

      E.     SOUTHERN ORTHOPAEDIC SOCIETY, OCTOBER, 1986

      F.     VANDERBILT ORTHOPAEDIC SOCIETY, FEBRUARY, 1987

      G.     ORTHOPAEDIC TRAUMA ASSOCIATION, FEBRUARY, 1988

      H.     ORTHOPAEDIC RESEARCH SOCIETY, FEBRUARY, 1988

      I.     FLORIDA ORTHOPAEDIC SOCIETY, FEBRUARY, 1988

      J.     AMERICAN COLLEGE OF SURGEONS COMMITTEE ON TRAUMA, MAY, 1988

      K.     INTERNATIONAL SOCIETY OF ORTHOPAEDIC SURGEONS AND TRAUMATOLOGY (S.I.C.O.T.), NOVEMBER, 1989

      L.     AMERICAN ORTHOPAEDIC FOOT AND ANKLE SOCIETY (A.O.F.A.S.), JUNE, 1990.

      M.     AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS, MARCH 1991

      N.     ACADEMIC ORTHOPAEDIC SOCIETY, NOVEMBER, 1991

      O.     AMERICAN ORTHOPAEDIC ASSOCIATION, JULY, 1994

_**Roy Sanders, M.D. Curriculum Vitae page 9**_

## LICENSURE AND CERTIFICATION

    **A.**    **LICENSURE**

| | | |
|---|---|---|
| NEW YORK | 1981 - #147986 | (INACTIVE) |
| NORTH CAROLINA | 1984 - #28336 | (INACTIVE) |
| TENNESSEE | 1985 - #16380 | (INACTIVE) |
| CALIFORNIA | 1986 - #G57406 | (INACTIVE) |
| FLORIDA | 1987 - #52022 | (**ACTIVE**) |

    **B.**    **Board Certification**

NATIONAL BOARD OF MEDICAL EXAMINERS
JULY 1, 1981 - # 209609

AMERICAN BOARD OF ORTHOPEDIC SURGERY
AUGUST 1, 1989 - NO NUMBER

RECERTIFIED, SEPTEMBER, 1994
(VALID UNTIL JULY, 2009)

RECERTIFIED, JANUARY, 2010
(VALID UNTIL DECEMBER, 2019)

RECERTIFIED, JANUARY, 2020
(VALID UNTIL DECEMBER, 2029)

## COMMITTEE ASSIGNMENTS

**Local:**

EXECUTIVE COMMITTEE, NASHVILLE GENERAL HOSPITAL
NOVEMBER, 1985 - OCTOBER, 1987

OPERATING ROOM COMMITTEE, NASHVILLE GENERAL HOSPITAL
NOVEMBER, 1985 - OCTOBER, 1987

MEDICAL RECORDS COMMITTEE, NASHVILLE GENERAL HOSPITAL
NOVEMBER, 1985 - OCTOBER, 1987

## Roy Sanders, M.D. Curriculum Vitae page 10

EDUCATION COMMITTEE, TAMPA ORTHOPAEDIC RESIDENCY PROGRAM
JULY, 1991 - JUNE, 1995

EXECUTIVE COMMITTEE, TAMPA GENERAL HOSPITAL
OCTOBER 1991 - PRESENT

SURGICAL SUITE COMMITTEE, TAMPA GENERAL HOSPITAL
OCTOBER 1991 - PRESENT

MEDISGROUP COMMITTEE, TAMPA GENERAL HOSPITAL
SEPTEMBER, 1993 - PRESENT

SEARCH COMMITTEE FOR O.R. DIRECTOR, TAMPA GENERAL HOSPITAL
SEPTEMBER - DECEMBER, 1994

**Regional:**

*CHAIRMAN, COMMITTEE ON TRAUMA*
FLORIDA ORTHOPAEDIC SOCIETY
JUNE 1992 - 1994

*EXECUTIVE COMMITTEE*
FLORIDA ORTHOPAEDIC SOCIETY
JUNE 1992 – AUGUST, 1999

**National:**

*AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS*
1.    **Chairman,** Committee on Trauma

*ORTHOPEDIC TRAUMA ASSOCIATION*
1.    **MEMBER,** COMMITTEE ON CODING AND CLASSIFICATION
2.    **CHAIRMAN,** COMMITTEE ON FELLOWSHIPS (1994)
3.    **LOCAL HOST,** ANNUAL MEETING, TAMPA (1995)
4.    PROGRAM COMMITTEE, ANNUAL MEETING (1995)

*AMERICAN ORTHOPAEDIC FOOT AND ANKLE SOCIETY*
**1.    CHAIRMAN,** COMMITTEE ON TRAUMA

**_Roy Sanders, M.D. Curriculum Vitae page 11_**

AMERICAN BOARD OF ORTHOPAEDIC SURGEONS
1.   **Oral Board Examiner, 1994, 1995, 1996, 1997, 1998, 2002, 2003, 2009, 2010, 2016**

**International:**
AO INTERNATIONAL FOUNDATION
1.   MEMBER, BOARD OF TRUSTEES

_Roy Sanders, M.D. Curriculum Vitae page 12_

**BIBLIOGRAPHY**

**Publications in a Refereed Journal**

1.   Swiontkowski M.F., Collins, J.C., Schlehr F.J., Pou, A., **Sanders, R**.: CORRELATION OF LASER DOPPLER FLOWMETRY WITH MICROSPHERE ESTIMATES FOR BONE BLOOD FLOW. Microcirculation-An Update: 1987; Vol. 1, 341-343.

2.   Swiontkowski, M.F., Schlehr, F.J., Collins, J.C., Pou, A., **Sanders, R**.: THE USE OF LASER DOPPLER FLOWMETRY TO EVALUATE MENISCAL PERFUSION. Microcirculation-An Update: 1987; Vol. 2, 521-523.

3.   **Sanders, R**.: THE DYNAMIC CONDYLAR SCREW IN THE TREATMENT OF FEMORAL FRACTURES. Mediguide to Orthop. 1988; Vol. 8, no.4: 1-6.

4.   Swiontkowski, M.F., Schlehr, M., **Sanders, R**., Limbird, T.A., Pou, A., Collins, J.C.: DIRECT REAL TIME MEASUREMENT OF MENISCAL BLOOD FLOW- AN EXPERIMENTAL INVESTIGATION IN SHEEP. Amer. J. Sports Med., 1988; 16(5):425-433.

5.   Swiontkowski, M.F., Schlehr, F., Collins, J.C., **Sanders, R**., Pou, AL.: COMPARISON OF TWO LASER DOPPLER FLOWMETRY SYSTEMS FOR BONE BLOOD FLOW ANALYSIS. Calc. Tiss. Int. 1988; 43:103-107.

6.   Holbrook, J., Swiontkowski, M., **Sanders, R**.: TREATMENT OF OPEN FRACTURES OF THE TIBIAL SHAFT: ENDER NAILING VERSUS EXTERNAL FIXATION. A RANDOMIZED, PROSPECTIVE COMPARISON. J. Bone Joint Surg, 1989; Vol: 71-A(8):1231-1238.

7.   **Sanders, R**., Regazzoni, P., Ruedi, T.: THE TREATMENT OF SUPRACONDYLAR AND INTRACONDYLAR FRACTURES OF THE FEMUR USING A SUPRACONDYLAR PLATE AND LAG SCREW. J. Ortho. Trauma. 1989; Vol 3, No. 3:214-222.

8.   **Sanders, R**., Regazzoni, P.: THE TREATMENT OF SUBTROCHANTERIC FEMUR FRACTURES USING THE DYNAMIC CONDYLAR SCREW. J. Orthop. Trauma 1989; Vol. 3, No. 3:206-213.

_**Roy Sanders, M.D. Curriculum Vitae page 13**_

9.    **Sanders, R.**, DiPasquale, T.: THE TREATMENT OF ACUTE PELVIC FRACTURES USING ANTERIOR EXTERNAL FIXATION. Tech. Orthop. 1989; Vol. 4 No. 4:60-64.

10.   **Sanders, R.**, DiPasquale, T: A NEW TECHNIQUE FOR BONE GRAFTING. J. Orthop. Trauma. 1989; Vol. 3, No. 4:287-290.

11.   **Sanders, R.**, Fortin, P. Ross, E., Helfet, D: THE EFFICACY OF SURGICAL CLOTH GLOVES IN THE PREVENTION OF LATEX GLOVE PUNCTURES. J. Bone Joint Surg., 1990; Vol. 72A, No. 6:914-917.

12.   Swiontkowski M.F., Schlehr, F.J., Collins, J.C., Pou, A., **Sanders, R.**: CORRELATION OF LASER DOPPLER FLOWMETRY WITH MICROSPHERE ESTIMATES FOR BONE BLOOD FLOW, BONE CIRCULATION AND BONE NECROSIS. Fourth International Symposium on Bone Circulation, Springer-Verlag, 1990; 121-12

13.   **Sanders, R.**: TRAUMA TO THE FOOT AND ANKLE. Current Opinion in Ortho 1990; Vol. 2, No. 1:11-15.

14.   Helfet, D., Howey, T., **Sanders, R.**, Johansen, K.: LIMB SALVAGE VERSUS AMPUTATION: PRELIMINARY RESULTS OF THE MANGLED EXTREMITY SEVERITY SCORE. Clin Orthop Rel Res 1990; No. 256:80-86.

15.   **Sanders, R.**, Helfet, D.: THE CHOICE BETWEEN LIMB SALVAGE AND AMPUTATION. Fl. Ortho. Soc. Bull. 1991; Vol. 21, No. 2:35-40.

16.   **Sanders, R.**: TRAUMA TO THE FOOT AND ANKLE. Current Opinion in Ortho, 1991; Vol 3, No 2:26-27.

17.   **Sanders, R.**, Swiontkowski, M., Helfet, D., Rosen, H.: DOUBLE PLATING OF THE DISTAL FEMUR. J. Bone Joint Surg., 1991; Vol. 73A, No. 3:341-346.

18.   Koval, K., **Sanders, R.**, Borelli, J., Helfet, D., DiPasquale, T.: INDIRECT REDUCTION AND PERCUTANEOUS FIXATION OF DISPLACED TIBIAL PLATEAU FRACTURES. J.Ortho. Trauma, 1992; Vol. 6, No.3:340-346.

_**Roy Sanders, M.D. Curriculum Vitae page 14**_

19. **Sanders, R.**, Pappas, J., Mast, J., Helfet, D.: THE SALVAGE OF OPEN GRADE IIIB ANKLE AND TALUS FRACTURES. J. Ortho. Trauma, 1992; Vol 6, No. 2. 201-208.

20. Martinez, C., DiPasquale, T., Helfet, D., Graham, A., **Sanders, R.**, Ray, L.: EVALUATION OF ACETABULAR FRACTURES WITH TWO-AND THREE-DIMENSIONAL CT1. RadioGraphics, 1992; Vol. 12, No. 2:227-242.

21. **Sanders, R.**: THE TREATMENT OF INTRA-ARTICULAR FRACTURES OF THE CALCANEUS: PRESENT STATE OF THE ART. J. Ortho. Trauma, 1992; Vol. 6, No. 2: 252-265.

22. Helfet, D.L., Borelli, J. Jr., DiPasquale, T. and **Sanders, R.**: STABILIZATION OF ACETABULAR FRACTURES IN ELDERLY PATIENTS. J. Bone Joint Surg., 1992; Vol. 74A, No. 5: 753-765.

23. Perry, C., Bruekman, H., Pankovich, A., **Sanders, R.**: THE TREATMENT OF FRACTURES USING FLEXIBLE NAILS. Instructional Course Lectures, 1992; Vol. 42.

24. Koval, K., **Sanders, R.**: CONVENTIONAL AND CT EVALUATION OF CALCANEAL FRACTURES. Clin. Ortho. Rel. Res. 1992; #290: 41-46.

25. Koval, K., **Sanders, R.,** Zuckerman, J., Helfet, D., Kummer, F., and DiPasquale, T.: MODIFIED TENSION BAND WIRING OF DISPLACED SURGICAL NECK FRACTURES OF THE HUMERUS. J. Shoulder Elbow Surg. 1993; (2)2:85-92.

26. **Sanders, R.**, Koval, K., Schmelling, G., DiPasquale, T., and Ross, E.: RADIATION TO THE ORTHOPAEDIC SURGEON. J.Bone Joint Surg, 1993; Vol. 75A, No. 3.

27. **Sanders, R.**, Fortin, P., Walling, A., DiPasquale, T.: RESULTS OF OPERATIVE TREATMENT OF CALCANEAL FRACTURES USING A CT SCAN CLASSIFICATION. Clin. Orthop. Rel. Res., 1993; #290.

28. **Sanders, R**., Koval, K., Frankel, M., Helfet, D.L., and DiPasquale, T.: RETROGRADE REAMED FEMORAL NAILING. J. Ortho. Trauma, 1993; Vol. 7, No. 4: 293-302.

## *Roy Sanders, M.D. Curriculum Vitae page 15*

29. **Sanders, R**., Swiontkowski, M., Nunley, J., Spiegel, P.: FRACTURES WITH SOFT TISSUE DISRUPTIONS. J.Bone Joint Surg., 1993; Vol. 75A, No. 5.

30. **Sanders, R**., Swiontkowski, M., Nunley, J., Spiegel, P.: THE MANAGEMENT OF OPEN FRACTURES. Instructional Course Lectures, 1993; Vol. 43.

31. Helfet, D., Koval, K.,Pappas J., **Sanders, R.**, Mast, J.: THE DISTAL TIBIAL INTRA-ARTICULAR PILON FRACTURE. Clin. Orthop. Rel. Res., 1993; Vol 297.

32. Perry, CR., Brueckmann, FR., Pankovich, AM., **Sanders, RW.,** Waddell, JP.: FLEXIBLE INTRAMEDULLARY NAILING OF LONG BONE FRACTURES. Instructional Course Lectures, 1993; Vol. 42.

33. Howey, T., Helfet, D., DiPasquale, T., **Sanders, R**., Zinar, B., Pompan, D., Brooker, A. THE TREATMENT OF OPEN AND/OR UNSTABLE TIBIAL FRACTURES WITH AND UNREAMED DOUBLE-LOCKED TIBIAL NAIL. Orthop. Rev., 1994; Vol. 23, #2.

34. **Sanders, R.,** Jersinovich, I., Anglen, J., DiPasquale, T., Herscovici, D. THE TREATMENT OF OPEN TIBIAL SHAFT FRACTURES USING AN INTERLOCKED INTRAMEDULLARY NAIL WITHOUT REAMING. J. Orthop. Trauma. 1994; Vol. 8(6): 504-510.

35. Toolan, B.C., Koval, K.J., Kummer, F.J., **Sanders, R**., Zuckerman, J.: VERTICAL SHEAR FRACTURES OF THE MEDIAL MALLEOLUS: A BIOMECHANICAL STUDY OF FIVE INTERNAL FIXATION TECHNIQUES. Foot and Ankle Int., 1994; Vol. 15, No. 9: 483-489.

36. **Sanders, R.,** Anglen, J., and Mark, B.: OBLIQUE OSTEOTOMY FOR THE TREATMENT OF TIBIAL MALUNIONS J. Bone Joint Surg.1995; 77A, No.2.

37. Helfet, D., Koval, K.J., Hissa, E.A., Patterson, S., DiPasquale, T., **Sanders, R.**: INTRAOPERATIVE SOMATOSENSORY EVOKED POTENTIAL MONITORING DURING ACUTE PELVIC FRACTURE SURGERY. J Orthop. Trauma, 1995; 9(1), 28-34.

38. **Sanders, R.,** Gregory, P.: THE OPERATIVE TREATMENT OF INTRA-ARTICULAR FRACTURES OF THE CALCANEUS. Orthop. Clin. N. Amer.

*Roy Sanders, M.D. Curriculum Vitae page 16*

1995; Vol. 26 (2): 203-214.

39.   **Sanders, R.,** and Gregory, P.: THE TREATMENT OF DISTAL FEMUR FRACTURES USING THE DYNAMIC CONDYLAR SCREW. Tech. Orthop., 1995.

40.   Gregory, P. and **Sanders, R.**: THE TREATMENT OF CLOSED, UNSTABLE TIBIAL SHAFT FRACTURES WITH AN UNREAMED INTERLOCKING INTRAMEDULLARY NAIL: PRELIMINARY RESULTS. Clin. Orthop. Rel. Res., 1995; Vol. 315: 48-55.

41.   Gregory, P. and **Sanders, R.**: THE TREATMENT OF FLOATING KNEE INJURIES USING RETROGRADE FEMORAL AND ANTEGRADE TIBIAL NAILS. Clin. Orthop. Rel. Res., 1995; Vol. 318.

42.   Herscovici, D. Jr., **Sanders, R.,** DiPasquale, T., and Gregory, P.: INJURIES OF THE SHOULDER GIRDLE Clin. Orthop. Rel. Res., 1995; Vol. 318: 54-60.

43.   Koval, K., Zuckerman, J., and **Sanders, R.**: THE TREATMENT OF POLYTRAUMA IN THE ELDERLY. Clin. Orthop. Rel. Res., 1995; Vol. 318, September.

44.   Gregory, P., **Sanders, R.**: THE MANAGEMENT OF SEVERE FRACTURES OF THE LOWER EXTREMITIES. Clin. Orthop. 1995; (318): 95-105.

45.   Gregory, P., DiCiccio, J., Karpik., K. DiPasquale, T., Herscovici, D., **Sanders, R.**: IPSILATERAL FRACTURES OF THE FEMUR AND TIBIA: TREATMENT WITH RETROGRADE FEMORAL NAILING AND UNREAMED TIBIAL NAILING. J Orthop Trauma 1996; 10(5):309-316

46.   Stephens HM, **Sanders R.**: CALCANEAL MALUNIONS: RESULTS OF A PROGNOSTIC COMPUTED TOMOGRAPHY CLASSIFICATION SYSTEM. Foot Ankle Int 1996; 17(7):395-401.

47.   Gregory P, DiPasquale T, Herscovici D, **Sanders R.**: IPSILATERAL FRACTURES OF THE TALUS AND CALCANEUS Foot Ankle Int 1996; Nov 17(11):701-705.

_**Roy Sanders, M.D. Curriculum Vitae page 17**_

48.   Gregory, P. and **Sanders, R.**: FOOT AND ANKLE TRAUMA: Orthopaedic
      Knowledge Update: Trauma, 1996.

49.   Gregory, P., and **Sanders, R.**: COMPRESSION PLATING VERSUS
      INTRAMEDULLARY FIXATION OF HUMERAL SHAFT FRACTURES.
      J.Am.Acad.Orthop.Surg.1997; 5(4):215-223.

50.   Ring, D., Jupiter, J., Mast. J., **Sanders, R.**: TRANSOLECRANON FRACTURE
      DISLOCATIONS OF THE ELBOW. J. of Orthop. Trauma, 1997; Nov;
      11(8):545-550.

51.   Herscovici, D., DiPasquale, T., **Sanders, R.**: COMPARISON OF CLOTH
      GLOVES USED IN ORTHOPAEDIC SURGERY. A CLINICAL AND
      EXPERIMENTAL EVALUATION. J. of Orthop. Trauma, 1998 Feb;
      12(2):106-110.

52.   Frankle, M., Cordey, J., **Sanders, R.W.,** Koval, K., Perren, S.M.: A
      BIOMECHANICAL COMPARISON OF THE ANTEGRADE
      INSERTED UNIVERSAL FEMORAL NAILO WITH THE
      RETROGRADE INSERTED UNIVERSAL TIBIAL NAIL FOR USE
      IN FEMORAL SHAFT FRACTURES. Injury 1999; 30 Suppl 1:A40-43.

53.   Sirkin, M., **Sanders, R.,** DiPasquale, T., Herscovici, D.: A STAGED
      PROTOCOL FOR SOFT TISSUE MANAGEMENT IN THE
      TREATMENT OF COMPLEX PILON FRACTURES. J. Orthop. Trauma,
      1999; 13:78-84

54.   Frankle, MA., Koval, KJ., **Sanders, RW.,** Zuckerman, JD.: RADIAL HEAD
      FRACTURES ASSOCIATED WITH ELBOW DISLOCATIONS TREATED
      BY IMMEDIATE STABILIZATION AND EARLY MOTION. J. Shoulder
      Elbow Surg 1999; Jul – Aug; 8(4): 355-360.

55.   Herscovici, D., **Sanders, R.**:  FRACTURES OF THE TARSAL
      NAVICULAR.  Foot and Ankle Clinics 1999 September; 4(3): 587-601.

56.   Herscovici, D., Ricci, W., McAndrews, P., DiPasquale, T., **Sanders, R.**: THE
      TREATMENT OF FEMORAL SHAFT FRACTURE USING UNREAMED
      INTERLOCKED NAILS. J Orthop. Trauma. 2000 Jan; 14(1): 10-14.

57.   **Sanders, R.**: DISPLACED INTRA-ARTICULAR FRACTURES OF THE

*Roy Sanders, M.D. Curriculum Vitae page 18*

CALCANEUS. J Bone Joint Surg AM. 2000 Feb; Vol. 82(2): 225-250.

58.     Flemister, AS. Jr., Infante, AF., **Sanders, RW.,** Walling, AK.: SUBTALAR ARTHRODESIS FOR COMPLICATIONS OF INTRA-ARTICULAR CALCANEAL FRACTURES. Foot & Ankle Int. 2000, May; 21(5): 392-399.

59.     Collinge, C., **Sanders, R.,** DiPasquale, T.: TREATMENT OF COMPLEX TIBIAL PERIARTICULAR FRACTURES USING PERCUTANEOUS TECHNIQUES. Corr. 2000 June; No. 375: 69 – 77.

60.     Herscovici, D., Saunders, D., Johnson, M., **Sanders, R.,** DiPasquale, T.: PERCUTANEOUS FIXATION OF PROXIMAL HUMERAL FRACTURES. CORR 2000 June; No. 375: 97 – 104.

61.     Herscovici, D., **Sanders, R.**: THE EFFECTS, RISKS, AND  GUIDELINES FOR RADIATION USE IN ORTHOPAEDIC SURGERY. CORR 2000 June; No. 375: 126 – 132.

62.     Herscovici, D., **Sanders, R**., Infante, A., DiPasquale, T.:  BOHLER INCISION: AN EXTENSILE ANTEROLATERAL APPROACH TO THE FOOT AND ANKLE.  J Orthop. Trauma. 2000 August; 14(6): 429-432.

63.     Collinge, C., **Sanders, R.**:  PERCUTANEOUS PLATING IN THE LOWER EXTREMITY.  J Am. Acad. Of Orthop Surg. 2000 August, 8(4): 211-216.

64.     Gould, John S., Alvine, Frank G., Mann, Roger A., **Sanders, Roy**, Walling, Arthur K.:  TOTAL ANKLE REPLACEMENT: A SURGICAL DISCUSSION. PART 1 - REPLACEMENT SYSTEMS, INDICATIONS, AND CONTRAINDICATIONS.  Am. J of Orthop. 2000 August, 29(8): 604-609.

65.      Herscovici, D., Pistel, W., **Sanders, R.**: EVALUATION AND TREATMENT OF HIGH SUBTROCHANTERIC FEMUR FRACTURES.  Am. J of Orthop. 2000 September, 29(9S): 27-33.

66.     Gould, J.S., Alvine, F.G., Mann, R.A., **Sanders, R.**, Walling, A.K.: TOTAL ANKLE REPLACEMENT: A SURGICAL DISCUSSION.  PART II – THE

*Roy Sanders, M.D. Curriculum Vitae page 19*

CLINICAL AND SURGICAL EXPERIENCE.  Am. J of Orthop. 2000 September, 29(9): 675-682.

67. MacKenzie, Ellen J., Bosse, Michael J., Kellam, James F., Burgess, Andrew R., Webb, Lawrence X., Swiontkowski, Marc., **Sanders, R.,** Jones, Alan., McAndrew, Mark., Patterson, Brendan., McCarthy, Melissa.: CHARACTERIZATION OF PATIENTS WITH HIGH ENERGY LOWER EXTREMITY TRAUMA. Journal of Orthop Trauma. 2000 September/October, 14(7): 455-466.

68. Pollak, Andrew N., McCarthy, Melissa, L., Burgess, Andrew R., MacKenzie, Ellen J., Bosse, Michael J., Kellam, James F., Webb, Lawrence X., Swiontkowski, Marc F., **Sanders, Roy,** Jones, Alan L., McAndrew, Mark P., Patterson, Brendan.  SHORT-TERM WOUND COMPLICATIONS AFTER APPLICATION OF FLAPS FOR COVERAGE OF TRAUMATIC SOFT-TISSUE DEFECTS ABOUT THE TIBIA.  J Bone Joint Surg AM. 2000 December, 82(12): 1681-1691.

69. Bosse, Michael J., MacKenzie, Ellen J., Kellam, James F., Burgess, Andrew R., Webb, Lawrence X., Swiontkowski, Marc F., **Sanders, Roy W.,** Jones, Alan L.vt., McAndrew, Mark P., Patterson, Brendan, M., McCarthy, Melissa L., Cyril, Juliana K.:  A PROSPECTIVE EVALUATION OF THE CLINICAL UTILITY OF THE LOWER-EXTREMITY INJURY-SEVERITY SCORES. J Bone Joint Surg AM. 2001 January, 83(1)  3-14.

70. Sirkin, Michael., **Sanders, Roy.**   THE TREATMENT OF PILON FRACTURES.  The Orthopedic Clinics of North America – Foot and Ankle Trauma.  2001 January, 32(1): 91-102.

71. Ricci, William M., Bellabarba, Carlo, Lewis, Robert, Evanoff, Bradley, Herscovici, Dolfi, DiPasquale, Thomas, **Sanders, Roy.**: ANGULAR MALALIGNMENT AFTER INTRAMEDULLARY NAILING OF FEMORAL SHAFT FRACTURES.  J Orthop. Trauma. 2001 February, 15(2) 90-95.

72. Archdeacon, Michael T., Herscovici, Dolfi, Jr., **Sanders, Roy W.:** WOUND CARE: DEBRIDEMENT, COVERAGE, AND ANTIOBIOTIC UTILIZATION. Techniques in Orthopaedics, 2001, 16(4) 398-40

73. Su, ET., DeWal, H., **Sanders, R.,** Kummer, FJ., Mujtaba, M.,

*Roy Sanders, M.D. Curriculum Vitae page 20*

Koval, KJ.  EFFECT OF PIRIFORMIS VERSUS TROCHANTERIC STARTING POINT ON FIXATION STABILITY OF SHORT INTRAMEDULLARY RECONSTRUCTION NAILS.  Bull Hosp JT Dis, 2001-2002, 60(2), 67-71

74.    Sagi, H.C., DiPasquale, T., **Sanders, Roy**, Herscovici, Dolfi.:  COMPRESSED-AIR POWER TOOLS IN ORTHOPAEDIC SURGERY: EXHAUST AIR IS A POTENTIAL SOURCE OF CONTAMINATION.  J Orthop. Trauma. 2002 November/December, 16(10) 696-700.

75.    Ricci, William M., Bellabarba, Carlo, Evanoff, Bradley, Herscovici, Dolfi, DiPasquale, Thomas, **Sanders, Roy**.:  RETROGRADE VERSUS ANTEGRADE NAILING OF FEMORAL SHAFT FRACTURES.  J Orthop. Trauma. 2001 March/April, 15(3) 161-169.

76.    Ricci, William M., O'Boyle, Michael, Borrelli, Joseph, Bellabarba, Carlo, **Sanders, Roy.:**  FRACTURES OF THE PROXIMAL THIRD OF THE TIBIAL SHAFT TREATED WITH INTRAMEDULLARY NAILS AND BLOCKING SCREWS.  J Orthop. Trauma. 2001 May, 15(4) 264-270.

77.    **Sanders, Roy,** Haidukewych, George J., Milne, Ted, Dennis, Jay, Latta, Loren L.:  MINIMAL VERSUS MAXIMAL PLATE FIXATION TECHNIQUES OF THE ULNA: THE BIOMECHANICAL EFFECT OF NUMBER OF SCREWS AND PLATE LENGTH.  J Orthop. Trauma. 2002 March, 16(3) 166-171.

78.    Haidukewych, George John, Scaduto, Julia, Herscovici, Jr, Dolfi, **Sanders, Roy W.,** Dipasquale, Thomas:  IATROGENIC NERVE INJURY IN ACETABULAR FRACTURE SURGERY: A COMPARISON OF MONITORED AND UNMONITORED PROCEDURES.  J. Orthop. Trauma. 2002 March, 16(5) 297-301.

79.    Ricci, William M., Bellabarba, Carlo, **Sanders, Roy**.: TRANSCALCANEAL TALONNAVICULAR DISLOCATION. J Bone Joint Surgery AM. 2002 April, 84(4) 557-561.

80.    Steinlauf, Steven D., Heier, Keith, Walling, Arthur, **Sanders, Roy.:** ANATOMIC COMPRESSION ARTHRODESIS TECHNIQUE (ACAT) OF

*Roy Sanders, M.D. Curriculum Vitae page 21*

THE ANKLE: RESULTS OF TREATMENT.  Techniques in Foot & Ankle Surgery. 2002 September, 1(1) 24-33.

81.   Clare, Michael P., **Sanders, Roy W.**  *Preoperative Considerations in Ankle Replacement Surgery.*  Foot and Ankle Clinics, Vol. 7, #4, 2002 pp 709-720.

82.   Bosse, Michael J., MacKenzie, Ellen J., Kellam, James F., Burgess, Andrew R., Webb, Lawrence X., Swiontkowski, Marc F., **Sanders, Roy W.,** Jones, Alan L., McAndrew, Mark P., Patterson, Brendan M., McCarthy, Melissa L., Travison, Thomas G., Castillo, Renan C.  AN ANALYSIS OF OUTCOMES 0F RECONSTRUCTION OR AMPUTATION AFTER LEG-THREATENING INJURIES. The New England Journal of Medicine. 2002 December, 347(24) 1924-1931.

83.   McCarthy, Melissa L., MacKenzie, Ellen J., Edwin, David, Bosse, Michael J., Castillo, Renan C., Starr, Adam, Kellam, james F., Burgess, Andrew R., Wenn, Lawrence X., Swiontkowski, Marc F., **Sanders, Roy W.,** Jones, Alan L., McAndrew, Mark P., Patterson, Brendan M.  PSYCHOLOGICAL DISTRESS ASSOCIATED WITH SEVERE LOWER-LIMB INJURY.  JBJB, AM, September, 2003; 85: 1689-1697

84.   Herscovici, Dolfi Jr., **Sanders, Roy W.,** Scaduto, Julia M., Infante, Anthony, DiPasquale, Thomas.  VACUUM-ASSISTED WOUND CLOSURE (VAC THERAPY) FOR THE MANAGEMENT OF PATIENTS WITH HIGH-ENERGY SOFT TISSUE INJURIES.  J. Orthop. Trauma. 2003 November/December, 17(10) 683-688.

85.   Heier, Keith A., Infante, Anthony F., Walling, Arthur, K., **Sanders, Roy W.** OPEN FRACTURES OF THE CALCANEUS: SOFT-TISSUE INJURY DETERMINES OUTCOME.  JBJS, 2003, December, 85(A), No. 12, 2276-2282

86.   MacKenzie, Ellen J., Bosse, Michael J., Castillo, Renan C., Smith, Douglas G., Webb, Lawrence X., Kellam, James F., Burgess, Andrew R., Swiontkowski, Marc F., **Sanders, Roy W.,** Jones, Alan L., McAndrew, Mark P., Patterson, Brendan M., Travison, Thomas G., McCarthy, Melissa L.  FUNCTIONAL OUTCOMES FOLLOWING TRAUMA-RELATED LOWER-EXTREMITY AMPUTATION. JBJS, AM, Setpember, 2003; 85: 1689-1697

87.   Lindvall, Eric, Haidukewych, George, DiPasquale, Thomas, Herscovici, Dolfi, **Sanders, Roy.**  OPEN REDUCTION AND STABLE FIXATION OF

*Roy Sanders, M.D. Curriculum Vitae page 22*

       ISOLATED, DISPLACED TALAR NECK AND BODY FRACTURES. JBJS, 2004, October, 86(a), No. 10, 2229-2234

88.    Sirkin, M., **Sanders, R.,** DiPasquale, T., Herscovici, D. Jr.  A STAGED PROTOCOL FOR SOFT TISSUE MANAGEMENT IN THE TREATMENT OF COMPLEX PILON FRACTURES. J Orthrop Trauma, 2004, Vol. 18 (8) 32 – 38.

89.    Clare, Michael P., Lee, William E., **Sanders, Roy** INTERMEDIATE TO LONG-TERM RESULTS OF A TREATMENT PROTOCOL FOR CALCANEAL FRACTURE MALUNIONS.  JBJS, 2005, May, 87(a), 963-973.

90.    Herscovici, Dolfi Jr., Widmaier, James, Scaduto, Julia M., **Sanders, Roy,** Walling, Arthur.  OPERATIVE TREATMENT OF CALCANEAL FRACTURES IN ELDERLY PATIENTS.  JBJS, 2005, June, 87(a), No. 6, 1260-1264.

91.    MacKenzie, Ellen J., Bosse, Michael J., Pollak, Andrew N., Webb, Swiontkowski, Marc F., Kellam, James F., Smith, Douglas G., **Sanders, Roy,** Jones, Alan L., Starr, Adam J., McAndrew, Mark P., Patterson, Brendan M., Burgess, Andrew R., Castillo, Renan C.  LONG-TERM PERSISTENCE OF DISABILITY FOLLOWING SEVERE LOWER-LIMB TRAUMA: RESULTS OF A SEVEN-YEAR FOLLOW-UP. JBJS, 2005, 87(a), 1801-1809.

92.    Ricci, William M., Devinney, Scott, Haidukewych, George, Herscovici, Dolfi, **Sanders, Roy**.  TROCHANTERIC NAIL INSERTION FOR THE TREATMENT OF FEMORAL SHAFT FRACTURES.  J. Orthrop. Trauma, 2005, Vol. 19(8) 511-517.

93.    Bosse, Michael J., McCarthy, Melissa L., Jones, Alan L., Webb, Lawrence X., Sims, Stephen H., **Sanders, Roy W.,** MacKenzie,

**_Roy Sanders, M.D. Curriculum Vitae page 23_**

        Ellen J., Lower Extremity Assessment Project (LEAP) Study Group.: THE INSENSATE FOOT FOLLOWING SEVERE LOWER EXTREMITY TRAUMA: AN INDICATION FOR AMPUTATION.  JBJS, 2005, 87(a) 2601-2608

94.    Egol, KA, Weisz, R., Hiebert, R., Tejwani, NC., Koval, KJ., **Sanders, R.** DOES FIBULAR PLATING IMPROVE ALIGNMENT AFTER INTRAMEDULLARY NAILING OF DISTAL METAPHYSEAL TIBIA FRACTURES? J Orthop Trauma, 2006, Vol. 20 (2), 94-103

95.    MacKenzie, EJ., Bosse, MJ., Kellam, JF., Pollak, AN., Webb, LX., Swiontkowski, MF, Smith, DG., **Sanders, R.W.,** Jones, AL., Starr, AJ., McAndrew, MP., Patterson, BM., Burgess, AR., Travison, T., Castillo, RC. EARLY PREDICTORS OF LONG-TERM WORK DISABILITY AFTER MAJOR LIMB TRAUMA. J. Trauma, 2006, Vol 61 (3), 688-694

96.    Ricci, WM., Schwappach, J., Tucker, M., Coupe, K., Brandt, A.,**Sanders, R.,** Leighton, R. TROCHANTERIC VERSUS PIRIFORMIS ENTRY PORTAL FOR THE TREATMENT OF FEMORAL SHAFT FRACTURES. J. Orthop Trauma, 2006, Vol. 20 (10), 663-667

97.    Collinge, C., Devinney, S., Herscovici, D., DiPasquale, T., **Sanders, R.** ANTERIOR-INFERIOR PLATE FIXATION OF MIDDLE-THIRD FRACTURES AND NONUNIONS OF THE CLAVICLE. J. Orthop Trauma, 2006, Vol 20 (10), 680-686

98.    Tarkin, Ivan S., Mormino, Matthew A., Clare, Michael P., Haider, H., Walling, Arthur K., **Sanders, Roy W.**  ANTERIOR PLATE SUPPLEMENTATION INCREASES ANKLE ARTHRODESIS CONSTRUCT RIGIDITY.  Foot & Ankle International, 2007, February; 28 (2): 219-223

99.    MacKenzie, Ellen J., Castillo, Renan C., Jones, Alison Snow, Bosse, Michael J., Kellam, james F., Pollak, Andrew N., Webb, Lawrence X.,

*Roy Sanders, M.D. Curriculum Vitae page 24*

Swiontkowski, Marc F., Smith, Douglas G., **Sanders, Roy W.,** Jones, Alan L., Starr, Adam J., McAndrew, Mark P., Patterson,  Brendan M., Burgess, Andrew R.  HEALTH-CARE COSTS ASSOCIATED WITH AMPUTATION OR RECONSTRUCTION OF A LIMB-THREATENING INJURY.  JBJS, AM; August, 2007; 89: 1685-1692

100.    De Long, WG., Jr., Einhorn, TA., Koval, K., McKee, M., Smith, W., **Sanders, R.,** Watson, T.  BONE GRAFTS AND BONE GRAFT SUBSTITUTES IN ORTHOPAEEIC TRAUMA SURGERY. A CRITICAL ANALYSIS.  J Bone Joint Surg AM,  2007, Vol 89 (3), 649-658

101.    **Sanders, Roy.**  BONE GRAFT SUBSTITUTES:  SEPARATING FACT FROM FICTION.  JBJS, 2007, 89 (a) 469

102.    **Sanders R.,** Brand R., Buckwalter JA, Wright TM, Canale ST, Cooney WP, D'Ambrosia R., Frassica FJ, Grana WA, Heckman JD, Hensinger RN, Thompson GH, Koman LA, McCann PD, Neviaser RH, Poehling GG, Lubowitz JH, Thordarson D.  PATIENT CARE, PROFESSIONALISM AND RELATIONS WITH INDUSTRY.  J. Orthop Trauma, Feb; 22 (2):  79-80.

103.    Ricci, William M., Schwappach, John., Tucker, Michael., Coupe, Kevin., Brandt, Angel., **Sanders, Roy.,** Leighton, Ross. TROCHANTERIC VERSUS PIRIFORMIS ENTRY PORTAL FOR THE TREATMENT OF FEMORAL SHAFT  FRACTURES.  J. Orthop Trauma, March, 2008, 22(3) S9-S13

103.    Ly, Thuan V., Travison, Thomas G., Castillo, Renan C., Bosse, Michael J., MacKenzie, Ellen J., **Sanders, R.,** and the Leap Study Group.  ABILITY OF LOWER-EXTREMITY INJURY  SEVERITY SCORES TO PREDICT FUNCTIONAL OUTCOME AFTER LIMB SALVAGE. JBJS, August, 2008, Vol. 90A, No. 8, 1738-1743

104.    Swanson, SA., Clare, MP, **Sanders, RW.,** MANAGEMENT OF INTRA-ARTICULAR FRACTURES OF THE CALCANEUS. Foot & Ankle Clinics, 2008, Vol 13 (4), 659-678

105.    Radnay, Craig S., Clare, Michael P., **Sanders, Roy W.** SUBTALAR FUSION AFTER DISPLACED INTRA-

*Roy Sanders, M.D. Curriculum Vitae page 25*

ARTICULAR CALCANEAL FRACTURES: DOES INITIAL
OPERATIVE TREATMENT MATTER?  JBJS, AM, March,
2009; 91: 541-546

106.   Bedi, Asheesh, Karunakar, Madhav A., Caron, Troy, **Sanders, Roy W.,**
Haidukewych, George J.  ACCURACY OF REDUCTION OF
IPSILATERAL FEMORAL NECK AND SHAFT FRACTURES – AN
ANALYSIS OF VARIOUS INTERNAL FIXATION STRATEGIES. .
J. Orthop. Trauma, April, 2009, Vol.   23, No. 4, 249 – 253

107.   Lindvall, Eric., **Sanders, Roy,** DiPasquale, Thomas, Herscovici, Dolfi,
Haidukewych, George, Sagi, Claude.   INTRAMEDULLARY NAILING
VERSUS   PERCUTANEOUS   LOCKED   PLATING   OF   EXTRA-
ARTICULAR PROXIMAL TIBIAL FRACTURES: COMPARISON OF 56
CASES. J. Orthop. Trauma, August, 2009, Vol. 23, (7), 485-492

108.   Min, William, **Sanders, R.** THE USE OF THE MORTISE VIEW OF
THE ANKLE TO DETERMINE HINDFOOT  ALIGNMENT:
TECHNIQUE TIP. Foot and Ankle Int. September, 2010, Vol 31 (9): 823-
827.

109.   Min, William., Munro, Mark., **Sanders, Roy.**  STABILIZATION OF
DISPLACED ARTICULAR FRAGMENTS IN
CALCANEAL FRACTURES USING BIOABSORBABLE PIN
FIXATION: A TECHNIQUE GUIDE.  J. Orthop. Trauma.
December, 2010, Vol 24 (12): 770-774

110.   Russell, Thomas A., **Sanders, Roy.**  PERTROCHANTERIC HIP
FRACTURES: TIME FOR CHANGE (Editorial) J. Orthop. Trauma,
April, 2011,Vol 25(4): 189-190

111.   Mir, HR., Edwards, P., **Sanders, R.,** Haidukewych, G.  RESULTS OF
CEPHALLOMEDULLARY NAIL FIXATION FOR DISPLACED
INTRACAPSULAR FEMORAL NECK FRACTURES. J. Orthop. Trauma,
December, 2011, Vol 25(12): 714-720

112.   **Sanders, Roy.**  TURNING TONGUES INTO JOINT DEPRESSIONS: A
NEW CALCANEAL OSTEOTOMY.  J. Orthop. Trauma, March, 2012, Vol

*Roy Sanders, M.D. Curriculum Vitae page 26*

    26(3): 193-196

113.   Ketz, John, **Sanders, Roy.**  STAGED POSTERIOR TIBIAL PLATING FOR THE TREATMENT OF ORTHOPAEDIC TRAUMA ASSOCIATION 43C2 AND 43C3 TIBIAL PILON FRACTURES.  J. Orthop. Trauma, June, 2012, Vol 26(6): 341-347

114.   Ketz, J., Myerson, M., **Sanders, R.** THE SALVAGE OF COMPLEX HINDFOOT PROBLEMS WITH THE USE OF A CUSTOM TALAR TOTAL ANKLE PROSTHESIS. J. Bone Joint Surg Am. 2012 Jul 3:94 (13):1194-2000

115.   Sagi, HC., Shah, AR., **Sanders, RW.** THE FUNCTIONAL CONSEQUENCE OF SYNDESMOTIC JOINT MALREDUCTION AT A MINIMUM 2-YEAR FOLLOW-UP. J Orthop Trauma, July, 2012, Vol 26(7): 439-440

116.   Bassuener, Scott R., Mullis, Brian H., Harrison, Ryan K., **Sanders, Roy.**  USE OF BIOABSORABLE PINS IN SURGICAL FIXATION OF COMMINUTED PERIARTICULAR FRACTURES.  J Orthop Trauma, October, 2012, Vol 26(10), 607-610

117.   Berkowitz, MJ., **Sandes, RW.,** Walling, AK.  SALVAGE ARTHRODESIS AFTER FAILED ANKLE REPLACEMENT: SURGICAL DECISION MAKING.  Foot and Ankle Clinics, 2012, Vol. 17(4): 725-740

118.   Tornetta, P., Qadir, R., **Sanders, R.**  PAIN DOMINATES SUMMED SCORES FOR HINDFOOT AND ANKLE TRAUMA.  J Orthop Trauma, December, 2012.  Published ahead of Print

119.   Willis, MP., Brooks, JP., Badman, BL., Gaines, RJ., Mighell, MA., **Sanders, R.**  TREATMENT OF ATROPHIC DIAPHYSEAL HUMERAL NONUNIONS WITH COMPRESSIVE LOCKED PLATING AND AUGMENTED WITH AN  INTRAMEDULLARY STRUT ALLOGRAFT.  J. Orthop. Trauma, February, 2013, Vol 27(2): 77-81

120.   Mir, Hassan R., Edwards, Paul, **Sanders, Roy.,** Haidukewych, George.  IATROGENIC DISPLACEMENT OF MINIMALLY OR

*Roy Sanders, M.D. Curriculum Vitae page 27*

       NONDISPLACED INTERTROCHANTERIC FRACTURES DURING INTRAMEDULLARY FIXATION: INCIDENCE, POTENTIAL ETIOLOGIES, AND CLINICAL IMPACT.  Current Orthopaedic Practice, January/February, 2013, Vol 24(1), 58-63

121.    **Sanders, RW.,** DiPasquale, TG., Jordan, CJ., Arrington, JA., Sagi, HC. SEMIEXTENDED INTRAMEDULLARY NAILING OF THE TIBIA USING A SUPRAPATELLAR APPROACH: RADIOGRAPHIS RESULTS AND CLINICAL OUTCOMES AT A MINIMUM OF 12 MONTHS FOLLOW-UP.  J. Orthop. Trauma, May, 2014, Vol. 28(5): 245-255

122.    **Sanders, R.,** Koval, KJ., DiPasquale, T., Helfe, DL., Frankle, M. RETROGRADE FREAMED FEMORAL NAILING. J. Orthop. Trauma, August, 2014, Vol 28(Suppl. 8:S) 15-24

123.    Chan, DS., Garland, J. Infante, A., **Sanders, RW.,** Sagi, HC.  WOUND COMPLICATIONS ASSOCIATED WITH BONE MORPHOGENETIC PROTEIN-2 IN ORTHOPAEDIC TRAUMA SURGERY. J. Orthop. Trauma, October, 2014, Vol. 28(10) 599-604

124.    **Sanders, R.,** Vaupel, ZM., Erdogan, M., Downes, K., OPERATIVE TREATMENT OF DISPLACED INTRAARTICULAR CALCANEAL FRACTURES: LONG TERM (10 – 20 YEARS) RESULTS IN 108 FRACTURES USING A PROGNOSTIC CT CLASSIFICATION. J. Orthop. Trauma, October, 2014, Vol 28(10): 551-563

125.    Chan, DS., Serrano-Riera, R., Griffing, R., Steverson, B., Infante, A., Watson, D., Sagi, HC., **Sanders, RW.**  SUPRAPATELLAR VERSUS INFRAPATELLAR TIBIAL NAIL INSERTION:  A PROSPECTIVE RANDOMIZED CONTROL PILOT STUDY.  J. Orthop. Trauma, March, 2016, Vol 30(3): 130-140

126.    Ketz, J., Clare, M., **Sanders, R.:** CORRECTIVE OSTEOTOMIES FOR MALUNITED EXTRA-ARTICULAR CALCANEAL FRACTURES.  Foot and Ankle Clinics, March, 2016, Vol 21(1): 134-145

127.    Ketz, JP., Maceroli, M., Shields, E., **Sanders, RW.**  PERONEAL TENDON INSTABILITY IN INTRA-ARTICULAR CALCANEUS FRACTURES: A

*Roy Sanders, M.D. Curriculum Vitae page 28*

RESTROSPECTIVE COMPARATIVE STUDY AND A NEW SURGICAL TECHNIQUE.  J Orthop Trauma, March, 2016, Vol 30(3): 82–87

128.   Donohue, D., Sanders, D., Serrano Riera, R., Jordan, C., Gaskins, R., **Sanders, R.,** Sagi, HC.  KETOROLAC ADMINISTERED IN THE RECOVERY ROOM FOR ACUTE PAIN MANAGEMENT DOES NOT AFFECT HEALING RATES OF FEMORAL AND TIBIAL FRACTURES. J Orthop Trauma, April, 2016, 30(9): 479-482

129.   Santoni, BG., Nayak, AN., Cooper, SA., Smithson, IR., Cox, JL., Marberry, ST., **Sanders, RW.**  COMPARISON OF FEMORAL HEAD ROTATION AND VARUS COLLAPSE BETWEEN A SINGLE LAG SCREW AND INTEGRATED DUAL SCREW INTERTROCHANTERIC HIP FRACTURE FIXATION DEVICE USING A CADAVERIC HEMI-PELVIS   BIOMECHANICAL MODEL.  J Orthop Trauma, April, 2016, 30 (4):  164 – 169

130.   **Sanders, R.,** Kellam, J.  Invited Commentary:  TO WEIGHT-BEAR OR NOT TO WEIGHT-BEAR?  IS THAT REALLY A QUESTION?  J Orthop Trauma, July, 2016, Vol 30(7):  375-376

131.   Maceroli, MA., Wong, C., **Sanders, RW.,** Ketz, JP.  TREATMENT OF COMMINUTED TALAR NECK FRACTURES WITH USE OF MINIFRAGMENT PLATING.  J Orthop trauma, October, 2016, 30 (10): 572-578

132.   Baldwin, PC III, Lavender, RC., **Sanders, R.,** Koval, KJ.,  CONTROVERSIES IN INTRAMEDULLARY FIXATION FOR INTERTROCHANTERIC HIP FRACTURES.  J Orthop Trauma, December, 2016, 30 (12):  635 – 641

133.   Chan, DS., Balthrop, PM., White, B., Glassman, D., **Sanders, RW.**  DOES A STAGED POSTERIOR APPROACH HAVE A NEGATIVE EFFECT ON OTA 43C FRACTURE OUTCOMES?  J Orthop trauma, February, 2017,  31(2)   90 – 94

134.   Serrano, R., Borade, A., Mir, H., Shah, A., Watson, D., Infante, A., Frankle, MA., Mighell, MA., Sagi, HC., Horwitz, DS., **Sanders, RW.** ANTERIOR-INFERIOR PLATING RESULTS IN FEWETR SECONDARY

*Roy Sanders, M.D. Curriculum Vitae page 29*

INTERVENTIONS COMPARED TO SUPERIOR PLATING FOR ACUTE DISPLACED MID-SHAFT CLAVICLE FRACTURE.  J Orthop Trauma, April, 2017

135.   Auston, DA., Meiss, J., Serrano, R., Sellers, T., Carlson, G., Hoggard, T., Beebe, M., Quade, J., Watson, D., Simpson, RB., Kistler, B., Shah, A., **Sanders, R.,** Mir, HR.  PERCUTANEOUS OR OPEN REDUCTION OF CLOSED TIBIAL SHAFT FRACTURES DURING INTRAMEDULLARY NAILING DOES NOT INCREASE WOUND COMPLICATIONS, INFECTION OR NONUNIOBN RATES.  J Orthop trauma, April, 2017 31(4): 215-219

136.   Beebe, MJ., Auston, D., Quade, J., Serrano Riera, R., Shah, A., Watson, D., **Sanders, R.,** Mir, H.  OTA/AO CLASSIFICATION IS HIGHLY PREDICTIVE OF ACUTE COMPARTMENT SYNDROME FOLLOWING TIBIA FRACTURE: A COHORT OF 2885 FRACTURES.  J Orthop Trauma, November, 2017; 31(11):600-605.

137.   Watson, JT., **Sanders, RW.**  CONTROLLED COMPRESSION NAILING FOR AT RISK HUMERAL SHAFT FRACTURES.  J Orthop Trauma, June, 2017,  31 (Suppl 6): S26-S28

138.   Serrano, R., Blair, JA., Watson, DT., Infante, AF. Jr., Shah, AR., Mir, HR., Maxson, BJ., Downes, KW., **Sanders, RW.**  CEPHALOMEDULLARY NAIL FIXATION OF INTERTROCHANTERIC FEMUR FRACTURES: ARE TWO PROXIMAL SCREWS BETTER THAN ONE?  J Ortho Trauma, November, 2017, 31(11): 577-582.

139.   Christensen, J., Spence, S., Watson, D., Shah, A., Maxson, B., Infante, A., **Sanders, R.,** Mir, HR.  ORTHOPAEDIC WATERCRAFT INJURIES: CHARACTERIZATION OF MECHANISMS, FRACTURES, AND COMPLICATIONS IN 216 INJURIES.  J Ortho Trauma, April, 2018, 32(4): 134-138.

140.   Sanchez Morales, D., Serrano Riera, R., Maniar, HH., **Sanders, RW.,** Horwitz, DS.  POTENTIAL ECONOMIC BENEFITS OF LIMITED CLINICAL AND RADIOGRAPHIOC FOLLOW-UP AFTER PLATE FIXATION OF

*Roy Sanders, M.D. Curriculum Vitae page 30*

MIDSHAFT CLAVICLE FRACTURES. J Am Acad Ortho Surg, 2018

141.  Santoni, BG., Diaz, MA., Stoops, TK., Lannon, S., Ali, A., **Sanders, RW.** BIOMECHANICAL INVESTIGATION OF AN INTEGRATED 2-SCREW CEPHALOMEDULLARY NAIL VERSUS A SLIDING HIP SCREW IN UNSTABLE INTERTROCHANTERIC FRACTURES. J Ortho Trauma, February, 2019; 33(2): 82-87

142.  Mir HR, **Sanders RW**.  "ORTHOPAEDIC SURGEONS RESPONDING TO THE US OPIOD CRISIS." COMMENTARY ON: "CLINICAL PRACTICE GUIDELINES FOR PAIN MANAGEMENT IN ACUTE MUSCULOSKELETAL INJURY."  J Ortho Trauma, May, 2019; 33(5): 215.

143.  Sanchez MD, Borade A, Serrano R, Maniar HH, **Sanders RW**, Horwitz DS.  POTENTIAL ECOMIC BENEFITS OF LIMITED CLINICAL AND RADIOGRAPHIC FOLLOW-UP AFTER PLATE FIXATION OF MIDSHAFT CLAVICLE FRACTURES.  J Am. Acad. Ortho. Surgery, June 1, 2019; 27(11): 405-409.

144.  Morwood MP, Streufert BD, Bauer A, Olinger C, Tobey D, Beebe M, Aviucea F, Rodriguez-Buitrago A, Collinge C, **Sanders RW**, Mir HR. INTRAMEDULLARY NAILS YIELD SUPERIOR RESULTS COMPARED TO PLATE FIXATIO NWHEN USING THE MASQUELET TECHNIQUE IN THE FEMUR AND TIBIA.  J Ortho Trauma, July 15, 2019.

145.  Quade J, Busel G, Beebe M, Auston D, Shah AR, Infante A, Maxson B, Watson D, **Sanders RW**, Mir HR.  SYMPTOMATIC ILIOSACRAL SCREW REMOVAL AFTER PELVIC TRAUMA-INCIDENCE AND CLINICAL IMPACT.  J Ortho Trauma, July, 2019; 33(7):  351-353.

146.  Mitchell PM, O'Neill DE, Branch E, Mir HR, **Sanders RW**, Collinge C. CALCANEAL AVULSION FRACTURES:  A MULTICENTER ANALYSIS OF SOFT TISSUE COMPROMISE AND EARLY FIXATIO FAILURE.  J Ortho Trauma, August 15, 2019.

147.  Serrano R, Mir HR, Karsch J, Kim R, Shah A, Maxson B, Infante A, Watson D, Downes K, **Sanders RW**.  EFFECT OF NAIL SIZE, INSERTION, AND CANAL-NAIL ON THE DEVELOPMENT OF A

**_Roy Sanders, M.D. Curriculum Vitae page 31_**

NON-UNION AFTER INTRAMEDULLARY NAILING OF FEMORAL SHAFT FRACTURES. J Ortho Trauma, August 26, 2019.

148.   Beebe M, Morwood M, Serrano R, Quade J, Auston D, Watson D, **Sanders RW**, Mir HR.  EXTREME NAILING:  IS IT SAFE TO ALLOW IMMEDIATE WEIGHTBEARING AFTER INTRAMEDULLARY NAIL FIXATION OF EXTRA-ARTICULAR DISTAL TIBIAL FRACTURES (OTA/AO 43-A)?  J Ortho Trauma, August, 2019; 33(8): 392-396.

**Publications – Books**

A.   <u>BOOK CHAPTERS</u>

1.   VanderSchilden, J., Bolhoffner, B., **Sanders, R.**, Wiss, D., Spiegel, P.: _Subtrochanteric Femur Fractures_.
Surgery of the Musculoskeletal System. Second edition C.C. Evarts, Editor.
September. 1989. Churchill Livingstone, New York. New York.

2.   **Sanders, R.**: _Patella Fractures_.
Skeletal Trauma. B. Browner, Editor.
W.B. Saunders, Philadelphia, Penn., 1991.

3.   **Sanders, R**.: _Radiological Evaluation and CT Classification of Calcaneal Fractures._
Disorders of the Foot and Ankle. M. Jahss, M.D. Editor.
W.B. Saunders, Philadelphia, Penn, 1990.

4.   **Sanders, R.**, Helfet, D.: _The Choice between Limb Salvage and Amputation: Trauma_.
A.A.O.S. Atlas of Limb Prosthetics: J.H. Bowker, Editor.
C.V. Mosby, New York, New York. 1992.

5.   **Sanders, R.**: _CT Scan Classification of Calcaneal Fractures:_
Current Concepts in Orthopedic Trauma, Schatzker, J., Editor.
Springer-Verlag, New York, NY, 1992.

6.   **Sanders, R.**, and Koval, K.: _Operative Treatment of Tibial Plateau Fractures_.
Traumatic Disorders of the Knee, Siliski, John, Editor.
Springer-Verlag, New York, New York, 1994.

_**Roy Sanders, M.D. Curriculum Vitae page 32**_

7.      **Sanders, R.:** _The Treatment of Supracondylar femur fractures using the DHS._
        Master Techniques in Orthopaedic Surgery: Trauma. Wiss, Donald, Editor,
        Lippincott-Raven, Philadelphia, Pa., 1998

8.      **Sanders, R.**: _Patella Fractures_.
        Skeletal Trauma. 2nd Edition B. Browner, Editor.
        W.B. Saunders, Philadelphia, Penn., 1998.

9.      **Sanders, R.**:   _Calcaneal Malunions and their Treatment_.
        Instructional Course Lecture No. 349.
        American Academy of Orthopaedic Surgeons, Rosemont, IL, 1998.

10.     **Sanders, Roy**: _Fracture and Fracture-Dislocations of the Talus._
        Surgery of the Foot & Ankle, 7th Edition, Coughlin, MJ., Mann, RA., Editors.
        Mosby, St. Louis, MO 1999.

11.     **Sanders,R.**: _Fractures of the Midfoot and Forefoot._ Surgery of the Foot & Ankle, 7th
        Edition, Vol. 2, Coughlin, MJ., Mann, RA., Editors. Mosby, St. Louis, MO
        1999.

12.     **Sanders, R.** _Fractures and Fracture-Dislocations of the Calcaneus._ Surgery of the Foot
        & Ankle, 7th Edition, Vol. 2, Coughlin, MJ., Mann, RA., Editors. Mosby, St.
        Louis, MO 1999.

13.     Bellabarba, C., **Sanders, R.** _Dislocations of the Foot._ Surgery of the Foot & Ankle,
        7th Edition, Vol 2, Coughlin, MJ., Mann, RA., Editors. Mosby, St. Louis, MO
        1999.

14.     **Sanders, R.** _Results of Treatment of Displaced Intraarticular Calcaneal Fractures._
        Complex Foot and Ankle Trauma. Editor – Robert S. Adelaar,
        Lippincott-Raven Publishers, Philadelphia, 1999.

15.     **Sanders, R.** _Calcaneal Malunions and Their Treatment._
        Complex Foot and Ankle Trauma. Editor – Robert S. Adelaar,
        Lippincott Raven Publishers, Philadelphia, 1999.

16.     Ricci, WM, **Sanders, R.**  _Retrograde Nailing of Femoral Shaft  Fractures._
        Musculoskeletal Trauma Series, Femur. Editors – Court-Brown, CM
        Springer, 2000

*Roy Sanders, M.D. Curriculum Vitae page 33*

18.    Archdeacon, Michael T., **Sanders, Roy W.** *Patella Fractures and Extensor Mechanism Injuries.*
Skeletal Trauma, Editors – Browner, Bruce D., Jupiter, Jesse, Saunders, Philadelphia 3rd edition, 2002

19.    **Sanders, R.,** and Stewart, J. *Tibial Periarticular Fracture Reduction and Fixation.*
Master Techniques in Orthopaedic Surgery: The Foot and Ankle, Kitaoka, Harold, Editor. Lippincott Williams & Wilkins, 2002.

20.    **Sanders, R.** *Failed Total Ankle Arthroplasty*
Advanced Reconstruction of the Foot and Ankle. Ed. Nunley, Sanders AAOS-AOFAS Publications, Rosemont, Illinois, 2004

21    Archdeacon, Michael T., **Sanders, R.**  *Limb Salvage versus Amputation.*
Atlas of Amputations and Limb Deficiencies:  3rd edition
American Academy of Orthopaedic Surgeons, 2004

22.    **Sanders, R.,** and Clare, M. *Fractures and Dislocations of the Calcaneus.*
Rockwood & Green's Fractures in Adults.
Lippincott Williams & Wilkins, 2006.

23.    **Sanders, R.** and Tornetta, P.: *ORIF using an Extensile Lateral Approach for a Calcaneal Joint Depression Fracture*
Master Techniques in Orthopaedic Surgery: Fractures, Don Wiss, Editor
 Lippincott, Williams & Wilkins, 2006

24.    Clare, Michael P., **Sanders, Roy W.**  *Surgical Management of Calcaneal Malunions.*
Operative Techniques in Orthopaedic Surgery, 2010.

25.    Clare, M. and **Sanders, R.** *Percutaneous ORIF of Distal Tibia Fractures*
Minimally Invasive Surgery in Orthopaedics, Scuderi, GR and Tria,AJ Editors
Springer 2010.

26.    Sethi, Manish K., Jahangir, Alex, A., Obremskey, William T., Bhandari, Mohit, Harris, Mitchel B., McKee, Michael D., Olson, Steven A., Tornetta, Paul, **Sanders, Roy W.,** Schmidt, Andrew H. Orthopedic Traumatology: An evidence-based approach.  Springer New York Heidelberg Dordrecht London, January, 2013

27.    **Sanders, RW.,** Mir, HR.  Calcaneal Fractures/Talar Neck Fractures.  In

**_Roy Sanders, M.D. Curriculum Vitae page 34_**

"Master Techniques in Orthopaedic Surgery: Soft Tissue Surgery." Moran, SL, Sems SA, Editors. Wolters Kluwer5, Philadelphia, PA 2016

28.  Mir, HR., **Sanders, RW.** Management of Talus Fractures. In "Orthopaedic Traumatology: An Evidence Vased Approach 2nd Edition." Sethi, MK., Jahangir., Collinge, CA., Obremskey, WT, Editors. New York, NY: Springer Publishing, in Press – 2017

B.  **COMPLETE BOOKS or MONOGRAPHS:**

1.  _Clinical Orthopedics and Related Research: Intra-articular Fractures of the Calcaneus_.
    Guest Editor: **Sanders, R.**,
    Lippincott, Philadelphia, Pa., 1993.

2.  _Clinical Orthopedics and Related Research Symposia on The Polytraumatized Patient_.
    Guest Editor: **Sanders, R.**,
    Lippincott, Philadelphia, Pa., 1995.

3.  _Foot and Ankle Clinics: Concepts of Foot and Ankle Trauma._
    Guest Editor: **Sanders, R.,**
    Saunders Company, Philadelphia, PA, 1999.

4.  _Advanced Reconstruction in the Foot and Ankle._
    Editors: Nunley, J., Pfeffer, G., **Sanders, R.**
    AAOS Publications, Rosemont, Illinois, 2004

5   _Trauma: Core Knowledge in Orthopaedics._  **ENGLISH**
    Editor: **Sanders, R.,**
    Mosby, Inc., Philadelphia, PA, 2007.

6   _Trauma: Core Knowledge in Orthopaedics._  **POLISH**
    Editor: **Sanders, R.,**
    Mosby, Inc., Krackow, 2008.

7   _Trauma: Core Knowledge in Orthopaedics._  **CHINESE**
    Editor: **Sanders, R.,**
    Mosby, Inc., Singapore. 2008

8.  _The Poly-Traumatized Patient with Fractures._

_**Roy Sanders, M.D. Curriculum Vitae page 35**_

Editors: Pape, HC, **Sanders, R.,** Borelli, J.
Springer, Berlin, 2011

## ABSTRACTS PUBLISHED

1. **Sanders, R**., Swiontkowski, M.F., Schlehr, F.J.: CLINICAL ASSESSMENT OF NONUNION VASCULARITY USING LASER DOPPLER FLOWMETRY. Orthop Trans, Vol. II, No. 3:464, 1987

2. Swiontkowski, M.F., Collins, J.C., Schlehr, F.J., Pou, A**., Sanders, R.:** CORRELATION OF LASER DOPPLER FLOWMETRY WITH MICROSPHERE ESTIMATES FOR BONE BLOOD FLOW. Fourth World Congress for Microcirculation, 1:341-343, 1987

3. Swiontkowski, M.F., Schlehr, F.J., Collins, J.C., Pou, A., **Sanders, R.:** THE USE OF LASER DOPPLER FLOWMETRY TO EVALUATE MENISCAL PERFUSION. Fourth World Congress for Microcirculation, 2:521-523, 1987

4. **Sanders, R.,** Swiontkowski, M., Schlehr, F.: THE CLINICAL ASSESSMENT OF IN-VIVO VASCULARITY OF NONUNIONS USING LASER DOPPLER FLOWMETRY. Orthop. Trans. Vol. 11, #3:464; 1987

5. **Sanders, R.,** Regazzoni, P.: THE TREATMENT OF SUBTOCHANTERIC FEMUR FRACTURES USING THE DYNAMIC CONDYLAR SCREW. Orthop. Trans., Vol 12, #3:683; 1988

6. **Sanders, R**., Regazzoni, P., Ruedi, T.: THE TREATMENT OF SUPRACONDYLAR FEMUR FRACTURES USING THE DYNAMIC CONDYLAR SCREW. Orthop. Trans. Vol. 12, #3:721; 1988

7. **Sanders, R.,** Fortin, P., Ross, E., Helfet, D.: THE EFFICACY OF CLOTH VERSUS LATEX GLOVES IN ORTHOPEDIC SURGERY. Orthop. Trans., Vol. 13, #3:537; 1989

8. Sanders, R., Hansen, S.: PROGRESSIVE TALO-NAVICULAR DISSOCIATION. Orthop. Trans., Vol. 13, #3:572; 1989

9. Johansen, K., Helfet, D., Howey, T., Danes, M., **Sanders, R.,** Hansen, T.: OBJECTIVE CRITERIA ACCURATELY PREDICT AMPUTATION FOLLOWING LOWER EXTREMITY TRAUMA. Orthop. Trans., Vol. 13, #3:755; 1989

*__Roy Sanders, M.D. Curriculum Vitae page 36__*

10. <u>Sanders, R.</u>, Fortin, P., Helfet, D.: SURGICAL GLOVE TECHNIQUE - THE EFFICACY OF CLOTH VS. LATEX GLOVING. Orthop. Trans. Vol. 13, No. 3:757; 1989

11. Holbrook, J., Swiontkowski, M.F., **Sanders, R.:** A PROSPECTIVE COMPARISON OF ENDEARS NAILS WITH EXTERNAL FIXATION IN THE MANAGEMENT OF OPEN TIBIAL FRACTURES. Orthop. Trans., Vol. 13, No. 3:759; 1989

12. Fortin, P., **Sanders, R**., Ross, E., Helfet, D.: SURGICAL GLOVE TECHNIQUE - THE EFFICACY OF CLOTH VERSUS LATEX GLOVING. Orthop. Trans. Vol. 14, #1:104; 1990

13. Johansen, E., Helfet, D., Howey, T., Danes, M., **Sanders, R**., Hansen, T.: OBJECTIVE CRITERIA ACCURATELY PREDICT AMPUTATION FOLLOWING LOWER EXTREMITY TRAUMA. Orthop. Trans. Vol. 14,#1:113; 1990

14. **Sanders, R.,** DiPasquale, T., Pappas, J., Helfet, D.: THE TREATMENT OF OPEN GRADE IIIB ANKLE AND HINDFOOT INJURIES. Orthop Trans., Vol. 14, #2:265; 1990

15. **Sanders, R**., DiPasquale, T., Fortin, P., Helfet, D.: THE CT SCAN CLASSIFICATION OF CALCANEAL FRACTURES. Orthop. Trans. Vol. 14, #2:266; 1990

16. Helfet, D., DiPasquale, T., Borelli, J., **Sanders, R**.: ACETABULAR FRACTURES IN THE ELDERLY. Orthop. Trans., Vol. 14, #2:268; 1990

17. DiPasquale, T., Helfet, D., **Sanders, R**., Howey, T.: THE TREATMENT OF OPEN AND UNSTABLE TIBIAL FRACTURES USING THE BROOKER NAIL. Orthop. Trans., Vol. 14, #2:273; 1990

18. Howey, T., Helfet, D., DiPasquale, T., **Sanders, R**., Zinar, D., Brooker, A.: THE TREATMENT OF OPEN AND/OR UNSTABLE TIBIAL FRACTURES WITH AN UNREAMED DOUBLE LOCKED TIBIAL NAIL. Orthop. Trans. Vol. 15, #1:56, 1991

19. **Sanders, R**., Koval, K., DiPasquale, T., Frankle, M., Helfet, D.:

_**Roy Sanders, M.D. Curriculum Vitae page 37**_

RETROGRADE REAMED FEMORAL NAILING. Orthop. Trans., Vol. 16, #1:217-218; 1992

20.    **Sanders, R.,** Koval, J., DiPasquale, T., Stenzler, S., Ross, E.: RADIATION EXPOSURE TO THE ORTHOPEDIC SURGEON. Orthop. Trans., Vol. 16, #1:219-220; 1992

21.    **Sanders, R**., Koval, J., DiPasquale, T., Stenzler, S., Ross, E.: RADIATION EXPOSURE TO THE ORTHOPEDIC SURGEON. Orthop. Trans., Vol. 16, #3:716; 1992

22.    Howey, T., Helfet, D., DiPasquale, T., **Sanders, R**., Zinar, B., Pompan, D., Brooker, A. THE TREATMENT OF OPEN AND/OR UNSTABLE TIBIAL FRACTURES WITH AND UNREAMED DOUBLE-LOCKED TIBIAL NAIL. Orthop. Trans., Vol. 16, #3:826; 1992

<u>23.</u>    **Sanders, R.,** Fortin, P., DiPasquale, T.: OPERATIVE TREATMENT OF 120 DISPLACED INTRA-ARTICULAR CALCANEAL FRACTURES: RESULTS USING A PROGNOSTIC CLASSIFICATION. Orthop. Trans., Vol. 18, # 1:21, 1994

<u>24.</u>    Anglen, J., Unger, D., DiPasquale, T., Herscovici, D., Helfet, D., and **Sanders, R.:** THE TREATMENT OF OPEN TIBIAL SHAFT FRACTURES USING AN UNREAMED INTERLOCKED INTRAMEDULLARY NAIL. Orthop. Trans., Vol. 18, # 1:7, 1994

<u>25.</u>    Dennis, J., **Sanders, R**., Milne, T., and Latta, L.: MINIMAL VERSUS MAXIMAL FIXATION OF ULNAR FRACTURES: A BIOMECHANICAL EVALUATION. Orthop. Trans., Vol. 18, # 1:2, 1994

26.    Stephens, H., **Sanders, R.,** Walling, A.: CALCANEAL MALUNIONS: THE RESULTS OF A PROGNOSTIC COMPUTED TOMOGRAPHY CLASSIFICATION SYSTEM. Orthop. Trans., Vol 18. #3:719, 1994

27.    DiPasquale, T., Whiteman, K., McKirgan, C., Herscovici, D., **Sanders, R.:** THE INTRAOPERATIVE DETECTION OF INTRA-ARTICULAR SCREWS PLACED DURING ACETABULAR FRACTURE FIXATION: A SIMPLE AUSCULTATION TECHNIQUE. Orthop. Trans., Vol 18. #3:724, 1994

28.   Stephens, H., **Sanders, R.,** Walling, A.: CALCANEAL MALUNIONS: THE RESULTS OF A PROGNOSTIC COMPUTED TOMOGRAPHY CLASSIFICATION SYSTEM. Orthop. Trans., Vol 18. # 4:1122, 1994

29.   DiPasquale, T., Herscovici, D., Gregory, P., **Sanders, R**.: THE USE OF THE JUDET APPROACH FOR OPERATIVE TREATMENT OF DISPLACED INTRA-ARTICULAR GLENOID FRACTURES. Orthop. Trans., Vol 19. #1:163, 1995

30.   DiPasquale, T., Whiteman, K., McKirgan, C., Herscovici, D., **Sanders, R**.: THE INTRAOPERATIVE DETECTION OF INTRA-ARTICULAR SCREWS PLACED DURING ACETABULAR FRACTURE FIXATION: A SIMPLE AUSCULTATION TECHNIQUE. Orthop. Trans., Vol. 19 #1:169, 1995

31.   Jupiter, JB., Toh, CL., Quintero, J., **Sanders, R**., Marti, R.: COMPLEX SKELETAL RECONSTRUCTION OF THE FEMUR USING THE "WAVE PLATE." Orthop. Trans., Vol. 19 #3:736, 1995-1996

32.   **Sanders, R.:** A NEW PLATE FOR THE OPERATIVE TREATMENT OF CALCANEAL FRACTURES. Orthop. Trans., Vol. 19 #3:745, 1995-1996

33.   Gregory, P., DiCicco, J., Karpik, K., DiPasquale, T., Herscovici, D., **Sanders, R.:** IPSILATERAL FRACTURES OF THE FEMUR AND TIBIA: TREATMENT WITH RETROGRADE FEMORAL AND UNREAMED TIBIAL NAILING. Orthop. Trans., Vol 20 #1:72, 1996

34.   Herscovici, D., McAndrews, P., **Sanders, R**., DiPasquale, T., Gregory, P.: THE USE OF INTERLOCKED UNREAMED NAILS FOR THE MANAGEMENT OF FEMORAL SHAFT FRACTURES. Orthop. Trans., Vol 21 #1:204, 1997

35.   Herscovici, D., Scaduto, J., **Sanders, R.,** Gregory, P., DiPasquale, T.: COST CONTAINMENT OF ORTHOPAEDIC TRAUMA PATIENTS USING TREATMENT PROTOCOLS. Orthop. Trans., Vol 21 #2:578, 1997

36.   Frankle, M., **Sanders, R.:** RADIAL HEAD FRACTURES ASSOCIATED WITH ELBOW DISLOCATIONS RESULT WITH IMMEDIATE STABILIZATION AND EARLY MOTION (ISEM). Orthop. Trans., Vol 21 #2:595, 1997

_**Roy Sanders, M.D. Curriculum Vitae page 39**_

37.   Wagner, M., Gregory, P., DiPasquale, T., **Sanders, R.,** Herscovici, D.: A COMPARISON OF INTRAMEDULLARY FIXATION TECHNIQUES FOR HUMERAL SHAFT FRACTURES IN THE MULTIPLY INJURED PATIENT. Orthop. Trans., Vol 21 #2:623, 1997

38.   Herscovici, D., Saunders, D., **Sanders, R.,** DiPasquale, T., Gregory, P.: THE USE OF PERCUTANEOUS FIXATION FOR THE OPERATIVE MANAGEMENT OF PROXIMAL HUMERAL FRACTURES. Orthop. Trans., Vol 21 #2:624, 1997

39.   Sirkin, M., Gregory, P., Herscovici, D., DiPasquale, T., **Sanders, R**.: RESULTS OF A STAGED PROTOCOL FOR WOUND MANAGEMENT IN COMPLEX PILON FRACTURES. Orthop. Trans., Vol 21 #4:1324, 1997-1998

40.   Flemister, S., Infante, A., Sirkin, M., **Sanders, R.:** SUBTALAR FUSION FOR POST-TRAUMATIC ARTHRITIS SECONDARY TO CALCANEAL FRACTURES. Orthop. Trans., Vol 21 #4:1352, 1997-1998

41.   Pistel, W., Gregory, P., DiPasquale, T., Herscovici, D., **Sanders, R.**: A COMPARISON OF THE 95 DEGREE FIXED ANGLE PLATE DEVICES TO CEPHALOMEDULLARY NAILS IN THE TREATMENT OF HIGH SUBTROCHANTERIC FEMORAL FRACTURES. Orthop. Trans., Vol 21 #4:1356, 1997-1998

42.   Bosse, MJ., MacKenzie, EJ., Kellam, JF., Burgess, AR., Webb, LX., Swiontkowski, MF., **Sanders, RW.,** Jones, AL., McAndrew, MP., Patterson, BM., McCarthy, ML.: INITIAL EVALUATION OF THE GRADE IIIB/IIIC TIBIA FRACTURE: A PROSPECTIVE LIMB SALVAGE SCORE ASSESSMENT. Orthop. Trans., Vol 22 #1:71, 1998-1999

43.   Sirkin, M., **Sanders, R.,** DiPasquale, T., Herscovici, D., Gregory, P.: RESULTS OF A STAGED PROTOCOL FOR WOUND MANAGEMENT IN COMPLEX PILON FRACTURES. Orthop. Trans., Vol 22 #1:72, 1998-1999

## RESEARCH SUPPORT

1.   _Laser Doppler Flowmetry for Bone Blood Flow._
     Source: AO Foundation, Principal Investigator: <u>Swiontkowski</u>, M. Co-investigators:

**_Roy Sanders, M.D. Curriculum Vitae page 40_**

      Sanders, R., Pou, A., Schlehr, F., Collins, J.C.,
      July 1, 1986 - July 1, 1988. Closed
      Amount: SF 55,000.

2.     _Fibrillar Collagen/Calcium Phosphate Ceramic (COLHAP), Phase II._
      Source: Zimmer Inc. 1987, Principal Investigator: Spiegel, P., Co-investigators: Helfet,
      D., Belsole, R., Sanders, R., Gustke, K., Bernasek, T., Walling, A., Leffers, D.,
      DiPasquale, T., Beatty, M., Greene, T., Rechtine, G., March, 1987 - Dec. 1992.
      Amount: $20,000.  Closed

3.     _The Development of an Orthopedic Trauma Registry Database._
      Source: AO North America. Principal Investigator: Sanders, R. Co-investigator:
      Swiontkowski, M.
      January, 1988 - December 1992. Closed
      Amount: $55,000.

4.     _Biomechanical Analysis Of Retrograde Nailing Of The Femur._
      Source: AO Foundation. Principal Investigator: Sanders, R.
      Co-investigators: Frankle, M., Cordey, J. and Perren, S.
      July 1, 1990 - July 1, 1991.  Closed
      Amount: SF 28,000.

5.     _The Design and Development of a New Plate for Calcaneal Fractures._
      Source: AO North America.
      Principal Investigator: Sanders, R.
      January, 1990 - December, 1991. Closed
      Amount: $40,000.

6.     _Mortality Rate with Early Total Care._
      Source: AO International, and the Orthopaedic Trauma Association.
      Principal Investigator: Bone, Lawrence.
      Co-investigators: Sanders, R., Brumback, R., Swiontkowski, M. and Meek, R.
      January, 1990 - Closed
      Amount: $120,000.

7.     _Minimal vs. Optimal Fixation for Transverse Fractures of the Ulna._
      Source: Shriner's Hospital System. Principal Investigator: Sanders R. Co-investigators:
      Milne, T., Latta, L. Ogden, J.
      June, 1991 - December, 1991. Closed

*__Roy Sanders, M.D. Curriculum Vitae page 41__*

Amount: $7,500.

8. *Amputation versus Reconstruction following Limb Threatening Injuries*
   Source: National Institute of Arthritis, Musculoskeletal, and Skin Diseases.
   Grant # 1520595110A5.
   Principal Investigator: McKenzie, Ellen. Co-Principal Investigator: Bosse, Michael.
   Co-Investigators: Swiontkowski, M., Sanders,R., Webb, L., Alonzo, J., Agnew, S.,
       McAndrew, M, Kellam, J., and Edwin, D.
   July, 1993 - Closed
   Amount: $2,835,500 – (Total Project)

9. *An Efficacy and Safety Study of rhBMP-2/Absorbable Collagen Sponge (ACS) in Open Tibia*
   *Shaft Fractures Requiring Surgical Management*
   Source: Genetics Institute
   Grant #: C9612-11
   Principal Investigator: Sanders, R.
   Co-Investigators: Dipasquale, T., and Herscovici, Dolfi
   August, 1996 – June, 1999.  Closed
   Amount:     $50,000

10. **An Ascending Dose Safety and Feasibility Study of OSSIGEL in The Management**
    **of Extraarticular Fractures of the Distal Radius**
    Source: ORQUEST, Inc.
    Grant #: 97-01
    Principal Investigator: Sanders, Roy
    Co-Investigators: DiPasquale, T., and Herscovici, D.
    January, 1998 – March, 1999.  Closed
    Amount:     $5,000

11. *An Ascending Dose Safety and Feasibility Study of Ossigel ™ in the Management of Diaphyseal*
    *Fractures of the Tibia.*
    Source: Ossigel, Inc.
    Grant #: 98-01
    Investigator: Sanders, R.
    Co-Investigators: DiPasquale, T., Herscovici, D., Infante, A., Lindvall, E., Sagi, C.,
    Steinlauf, S., and Yach, J.
    March, 1998 – June, 2001.  Closed
    $55,000.00

12. *A Feasibility and Safety Study of Recombinant Human Bone Morphogenetic Protein-2/Absorbable*

*Roy Sanders, M.D. Curriculum Vitae page 42*

*Collagen Sponge (rhBMP-2/ACS) and Allograft Compared to Autogenous Bone Graft in Patients with Severe Tibial Shaft Fractures Requiring Staged Reconstruction with Bone Graft.*
Source: Genetics Institute
Grant #: C9910-11
Investigator: Sanders, R.
CoInvestigators: DiPasquale, T., Herscovici, D., Infante, A., Lindvall, E., Sagi, H., Steinlauf, S., and Yach, J.
September, 1999 – March, 2001.  Closed
$55,000.00

13.     *A Multicenter Randomized Single Blind Red Blood Cell Controlled Parallel Group Study To Evaluate The Effect On Allogenic Red Blood Cells Use And The Safety Of Room Temperature Stable Hemoglobin Based Oxygen Carrier 201 (HBOC-201) When Administered Therapeutically And Perioperatively In Orthopedic Surgery Patients Who Have Not Received Erythropoietin Nor Undergone Preoperative Autologous Blood Donation*
Source: Biopure Corporation
Grant #: HEM-0115
Principal Investigator: Sanders, R.
Co-Investigators: DiPasquale, T., and Herscovici, D.
January, 2000 – September, 2000.  Closed
Amount - $50,000

14.     *Study to Prospectively Evaluate Reamed Intramedullary Nails in Tibial Fractures: A Multi-Centre Randomized Trial of Reamed Versus Non-Reamed Intramedullary Nailing*
Source: Medical Research Council of Canada
Co-Principal Investigators: Guyatt, G., Swiontkowski, M
Co-investigators: Bhandari, M., Walter, S., O'Brien, B., Leighton, R., Kredor, H., Schemitsch, E., McKee, M., McCormack, R., Powell, J., Buckley, R., Lammens, P., Agnew, S., Sanders, R., Tornetta, P., Obremskey, W.
July, 2000 – December, 2000.  Closed
Amount: $200,000

15.     *Gastrocnemius Resection in the adult*
Source: AOFAS
Principal Investigator: Steinlauf, S.
Co-Investigators: Walling, A., Sanders, R.
May, 2000 – Closed
Amount: $7,000

16.     *Intramedullary Nails versus Plate Fixation Re-Evaluation Study in Proximal*

*Roy Sanders, M.D. Curriculum Vitae page 43*

<div style="margin-left:2em">

*Tibial Fractures: A Multicenter Randomized Trial comparing IM Nails and Plate Fixation (IMPRESS)*
Source: Orthopaedic Trauma Research Consortium and the Orthopaedic Trauma Association
Principal Investigator: Sagi, H. Claude
Co-Investigators: Sanders, R., Herscovici, D., DiPasquale, T., Haidukewych, G., Infante, A., Watson, D.
Amount: $500 per patient completed
October, 2006 - Closed

</div>

17. *A Study of Locked Plates versus Intramedullary Nails in Distal Femur Fractures: A Multicenter Randomized Trial Comparing IM Nails and Plate Fixation (SOLVED)*
Source: Orthopaedic Trauma Research Consortium and the Orthopaedic Trauma Association
Principal Investigator: Sagi, H. Claude
Co-Investigators: Sanders, R., Herscovici, D., DiPasquale, T., Haidukewych, G., Infante, A., Watson, D.
Amount: $500 per patient completed
October, 2006 - Closed

18. *Trial to Evaluate UltraSound in the treatment of Tibial Fractures (TRUST)*
Principal Investigator: Sagi, H. Claude
Co-Investigators: Sanders, R., Herscovici, D., DiPasquale, T., Haidukewych, G., Infante, A., Watson, D., Chan, D.
Amount: $70,000 (incl. per patient and IRB fees)
May, 2008 - Closed

19. *Suprapatellar Approach for Intramedullary Nailing of Proximal Tibia Fractures in Extension: A Consecutive Series*
Source:  Stryker Corporation
Principal Investigators: Sanders, R., DiPasquale, T.
May, 2009 – April, 2012 - Closed
Amount: $50,640

20. *Orthopedic Extremity Trauma Research Program – Major Extremity Trauma Research Consortium (METRC) - Core Center*

*Roy Sanders, M.D. Curriculum Vitae page 44*

       Source:  U.S. Department of Defense
       Co-Investigators: Bosse, M., Cannada, L., Castillo, R.,
       Crichlow, R., Graves ML., Hak, DJ, Jones, C.,
       MacKenzie, E., McGuire R., Michlau, T., Morgan, M.,
       Morshed, S., O'Bremskey, W., O'Toole, R.,
       Pollack, A., Reveal, GT., Ringler, JR., Russell, GV.,
       Sanders, R., Sangoerzan, B., Scharfstein, D., Starr, A.,
       Tornetta, P.

       2009 – 2014: METRC I Funding  $565,228 to Florida Orthopaedic Institute
       2012 – 2014:  METRC II Funding $17,221  to Florida Orthopaedic Institute

21.   *Randomized Clinical Trial of Suprapatellar versus Infrapatellar Tibial Intramedullary Nailing: A Pilot Study.*
       Source:  Orthopaedic Trauma Association
       Principal Investigator: Sanders, R.
       Co-Investigator: Sagi, HC.
       January, 2011 – December, 2012 – Project is Ongoing
       Amount: $38,680

22. **Dual Project Grant:** A Post Operative assessment of activity levels and gait analysis for intertrochanteric femoral fractures treated with a single screw versus a two-integrated screw cephalo-medullary nail
Biomechanical analysis comparing an integrated dual screw device with an intramedullary nail to a single lag screw system with a later plate in an osteopenic female unstable intertrochanteric femoral fracture model.
Source:  Smith & Nephew
Principal Investigator: Sanders, R.
Co-Investigators:  Mir, H., Watson, D., Shah, A., Infante, A., Santoni, B.
June 2015 – May 2016
Amount: $99,074

*Roy Sanders, M.D. Curriculum Vitae page 45*

**PATENTS ISSUED**

1. *Fracture Fixation Plate for the Proximal Radius Patent # 8,197,521*
2. *Orthopaedic Implant and Fastening Assembly Patent # 8,187,275*
3. *Fracture Fixation Plate for the Olecranon of the Proximal Ulna, Patent # 8,182,517*
4. *Orthopaedic Implant and Fastener Assembly, Patent # 8,105,326*
5. *Fixation Device for the Talus: Patent #7,892,264*
6. *Orthopaedic Implant and Screw Assembly: Patent #7,883,509*
7. *Modular Bone Clamp Instrument: patent #7,722,625*
8. *Bone Plate: Patent #D594,124*
9. *Bone Plate: Patent #D594,123*
10. *Orthopaedic Implant and Screw Assembly: Patent #7,527,627*
11. *Hindfoot nail: Patent #7,410,488*
12. *Mid-foot Fixation Plate: 7,344,538*
13. *Minimally Invasive Intramedullary Nail Insertion Instruments and Method: Patent #RE39,995*
14. *Blade for resection of bone for prosthesis implantation, blade stop and method: Patent #6,875,222*
15. *Bone fracture support implant with non-metal spacers: Patent #6,786,908*
16. *Non-metal inserts for bone support assembly: Patent #6,783,529*
17. *Non-metal spacers for Intramedullary Nail: Patent #6,709,436*
18. *Method for treating orthopedic fractures with a fixation member: Patent #6,361,538*
19. *Intramedullary Nail with non-metal spacers: Patent #6,296,645*
20. *Fixation member for treating orthopedic fractures: Patent #6,228,087*
21. *Intramedullary Nail hybrid bow: Patent #6,010,506*
22. *Orthopaedic Bone Screw Apparatur: patent #5,989,255*
23. *Minimally Invasive Intramedullary Nail Insertion Instruments and Method: Patent # 5,951,561*
24. *Periarticular Bone Plate with Biplanar Offset Head Member: Patent #8,257,405*
25. *Instrument for Fracture Fragment Alignment and Stabilization: Patent #8,257,361*
26. *Method and Plate for fusing the Medial Column Bones of the Foot: Patent #8,348,980*
27. *Orthopaedic Implant and Fastener Assembly: Patient #8,834,469 B2 (September 16, 2014)*
28. *System and Method for Modifying Talocalcaneal Relationship in a Foot:*
    *Patent #US8574305B2 (November 5, 2013)*
29. *System and Method for Modifying Talocalcaneal Relationship in a Foot:*
    *Patent #US9005301B2 (April 14, 2015)*
30. *Strap Tie System:  Patent #9,345,483 (May 24, 2016)*

## _Roy Sanders, M.D. Curriculum Vitae page 46_

31. *System and Method for Modifying Talocalcaneal Relationship in a Foot:*
    *Patent #9,370,429 (June 21, 2016)*
32. *Anatomic External Fixation System: Patent #9,427,259 (August 30, 2016)*
33. *Anatomic External Fixation System for the Ankle: Patent #9,597,116 (March 21, 2017)*
34. *Clamping Device for use with an Anatomic External Fixation System:*
    *Patent #9,597,117 (March 21, 2017)*
35. *System and Method for Modifying Talocalcaneal Relationship in a Foot:*
    *Patent #9,655,733 (June 23, 2017)*
36. *Joint Arthroplasty Systems, Methods, and Components:*
    *Patent #9,700,424 (July 11, 2017)*
37. *Strap Tie System: Patent #9,757,131 (September 12, 2017)*
38. *System and Method for Installing a Bicortical Implant in Bone:  Patent # us 2019/0105060 A1 (April*
    *11, 2019)*

## COURSE CHAIRMAN

1. _The Treatment of Nonunions of Long Bones_, AAOS Summer Institute, Chicago, September 1989. (Co- chair with Phillip Spiegel, M.D.)

2. _The Treatment of Femur Fractures: Current Concepts Review and Hands on Management_, Tampa, May, 1990.

3. _The Management of Peri-Articular Fractures_, AAOS Summer Institute, Monterey, September, 1990. (Co-Chair with David Helfet, M.D.)

4. _First Comprehensive AO Foot & Ankle Course_, New Orleans, September, 1990. (Co-chair with Sigvard T. Hansen, M.D.)

5. _AO/ASIF Fracture Management for Operating Room Personnel_, St. Petersburg, October, 1992. (Co-Chair, Bret Bolhoffner, M.D.)

6. _AO Basic & Advanced Course on Fractures and Nonunions_, Orlando, March 1993. (Co-Chair with James Goulet, M.D.)

7. _Second Annual AO Foot & Ankle Course_, Breckenridge, February 1994, (Co-Chair with Bruce Sangeorzan, M.D.)

**_Roy Sanders, M.D. Curriculum Vitae page 47_**

8.   _AAOS Comprehensive Course on Orthopaedic Trauma,_ Sante Fe, May 1995 (Co-Chair with Lawrence Bone, M.D.)

9.   _AAOS Orthopaedic Learning Center Course on The Management of Post Traumatic Deformity_, Chicago, July, 1995 (Co-Chair with Thomas Bernasek M.D.).

10.  _Management of Complex Fractures: Current Concepts_, Marco Island, December, 1995 (Co-Chair with Paul Gregory, M.D.)

11.  _AAOS Comprehensive Course on Orthopaedic Trauma,_ Innisbrook, April, 1996 (Co-Chair with Lawrence Bone, M.D.)

12.  _AO/ASIF Third Annual Foot & Ankle Course,_ Colorado Springs, March, 1997 (Co-Chair with Bruce Sangeorzan, M.D.)

13.  _AAOS Comprehensive Course on Orthopaedic Trauma,_ Nashville, March, 1997 (Co-Chair with Jim Nepola, M.D.)

14.  _Current Concepts in Trauma Care_ Squaw Valley, January, 1998 (Co-Chair with Paul Tornetta, M.D.)

15.  _AAOS Comprehensive Course on Orthopaedic Trauma,_ Tucson, May, 1998 (Co-Chair with Jim Nepola, M.D.)

16.  _Agility Ankle Surgical Technique Training_, Chicago, November 15, 16, 1998

17.  _AO/ASIF Fourth Annual Foot & Ankle Course,_ Breckenridge, Colorado, January, 1999

18.  _Agility Ankle Surgical Technique Training_, Chicago, August, 1999

19.  _Agility Ankle Surgical Technique Training_, Chicago, December, 1999

20.  _Advances in Trauma and Musculoskeletal Fixation -_ Tampa, December , 1999.

21.  _Surgical Advances in Fracture Management_, Aspen, January, 2000

**_Roy Sanders, M.D. Curriculum Vitae page 48_**

22.  _21ˢᵗ Annual Orthopaedic Trauma Seminar_, Snowmass Village, February, 2000

23.  _AAOS Annual Meeting, Instructional Course Lectures_ - Orlando, March, 2000

24.  _Agility Ankle Surgical Technique Training_, Chicago, April, 2000

25.  _Trauma to the Foot and Ankle A Surgical Skills Course_ –
Rosemont, Illinois, November, 2000

26  _Agility Ankle Surgical Technique Training_, Chicago, December, 2000

27.  _AAOS Annual Meeting, Instructional Course Lectures_ –  San Francisco
March, 2001

28.  _Agility Ankle Surgical Technique Training,_ Chicago, May, 2001

29.  _Agility Ankle Surgical Training,_ Chicago, December, 2001

30.  _AAOS Annual Meeting, Instructional Course Lectures_ – Dallas, Texas, February,
2002

31.  _AAOS Annual Meeting, Instructional Course Lectures_  - New Orleans, Louisiana,
February, 2003

32.  _Current Solutions in Orthopaedic Trauma_ – Tampa, Florida, December, 2003

33.  _Current Solutions in Orthopaedic Trauma_  - Tampa, Florida, December,    2004

34.  _Current Solutions in Orthopaedic Trauma_ – Orlando, Florida,
December, 2005

35.  _Current Solutions in Orthopaedic Trauma_ – Orlando, Florida
November, 2006

36.  _Current Solutions in Orthopaedic Trauma –_ Orlando, Florida
December, 2007

37.  _Current Solutions in Orthopaedic Trauma –_Phoenix, AZ
December, 2008

## _Roy Sanders, M.D. Curriculum Vitae page 49_

38. _Current Solutions in Orthopaedic Trauma_ – Tampa, FL
     October, 2009

39. Current Solutions in Orthopaedic Trauma – Fort. Lauderdale, FL
     November, 2010

40. The Treatment of Foot and Ankle Trauma in the New Millennium –
     Keystone, Colorado, July 13, 2011

41. Current Solutions in Orthopaedic Trauma – Boca Raton, FL
     November, 2011

42. Current Solutions in Orthopaedic Trauma – Miami, FL
     November, 2012

43. Current Solutions in Orthopaedic Trauma - Miami, FL September, 2013

44. Current Solutions in Orthopaedic Trauma – Miami, FL, September, 2014

45. Current Solutions in Orthopaedic Trauma – Miami, FL, September, 2015

46. Current Solutions in Orthopaedic Trauma  Miami, FL, November, 2016

47. Current Solutions in Orthopaedic Trauma – Tampa, FL, November, 2017

48. Current Solutions in Orthopaedic Trauma – Tampa, FL, November, 2018

49. Current Solutions in Orthopaedic Trauma – Tampa, FL, November, 2019

## COURSE FACULTY

1. _AO/ASIF Residents Basic Course on Internal Fixation of Fractures_
    Jackson, Mississippi, June, 1987.

2. _AO/ASIF Basic Course on Internal Fixation of Fractures_
    Fort Lauderdale, Florida, September, 1987.

3. _AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures_

## <u>*Roy Sanders, M.D. Curriculum Vitae page 50*</u>

Sun Valley, Idaho, March, 1988.

4. *AO/ASIF Residents Basic Course on Internal Fixation of Fractures* Jackson, Mississippi, April, 1988.

5. *Current Trends in Orthopaedics*
Clearwater, Florida. April, 1988.

6. *External Fixation Techniques for the Treatment of Fractures*
Syracuse, New York, June, 1988.

7. *AO/ASIF Basic Course on Internal Fixation of Fractures*
Orlando, Florida, October 1988.

8. *Orthopedic Trauma: The Next Challenge. Mt. Sinai School of Medicine*
New York, March, 1989.

9. *AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures*
Phoenix, Arizona. May, 1989.

10. *American Academy of Orthopaedic Surgeons Summer Institute - Management of Nonunions and Malunions*
Chicago, Illinois. September, 1989.

11. *American Academy of Orthopaedic Surgeons Summer Institute - Fractures in the Elderly*
Chicago, Illinois. September, 1989.

12. *AO/ASIF Basic Course on Internal Fixation of Fractures*
Jacksonville, Florida. September, 1989.

13. *AO/ASIF Basic Course on Internal Fixation of Fractures*
Monterey, California. March, 1990.

14. *Orthopedics for the Family Practitioner*
Clearwater, Florida, May, 1990.

15. *External Fixation Workshop*
Piscataway, New Jersey, July, 1990.

### Roy Sanders, M.D. Curriculum Vitae page 51

16. *American Academy of Orthopaedic Surgeons Summer Institute - Periarticular Fractures*
Monterey, California, September 1990.

17. *American Academy of Orthopaedic Surgeons Summer Institute - Long Bone Fractures*
Monterey, California, Sept. 1990.

18. *AO/ASIF Residents Basic Course on Internal Fixation of Fractures*
Jackson, Mississippi, October 1990.

19. *AO/ASIF First Comprehensive Foot Course*
New Orleans, Louisiana, October, 1990.

20. *AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures*
Davos, Switzerland, December 1990.

21. *AO/ASIF Resident's Basic Course on Internal Fixation of Fractures*
Chicago, Illinois, February 1991.

22. *AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures*
Marco Island, Florida, April 1991.

23. *American Academy of Orthopaedic Surgery, Summer Institute - Periarticular Fractures*
Washington D.C., September 1991.

24. *AO/ASIF Resident Basic Course on Internal Fixation of Fractures*
New York City, New York, October, 1991.

25. *Sixth Annual Trauma Symposium, Bergmansheil Hospital*
Bochum, Germany, January 1992.

26. *Southeastern Orthopaedic Trauma Conference*
High Point, North Carolina, January, 1992.

27. *American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course Lectures*, Washington D.C., February, 1992.

28. *AO/ASIF Basic and Advanced Course on the Treatment of Fractures*
Sun Valley, Idaho, April, 1992.

**_Roy Sanders, M.D. Curriculum Vitae page 52_**

29.   *Instructional Course, American Orthopaedic Association at the Combined Orthopaedic Meeting of the English Speaking World*
Toronto, Canada, June, 1992.

30.   *British Foot Society Annual Meeting, Royal National Orthopaedic Hospital*
London, England, November, 1992.

31.   *Instructional Course on the Severely Injured Lower Limb*
Liverpool, England, November, 1992.

32.   *AO/ASIF Basic Resident's Course*
Sturbridge, Massachusetts, January, 1993.

33.   *American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course Lectures*
San Francisco, California, February, 1993.

34.   ASIF *Basic and Advanced Course on the Treatment of Fractures*
Marco Island, Florida, May, 1993.

35.   *Seventh Annual Edinburgh International Trauma Symposium*
Edinburgh, Scotland, August, 1993

36.   *Richard's Orthopaedic Trauma Symposium Update 1993*
New York City, New York, December, 1993

37.   *First Annual Shoulder and Elbow Symposium*
St. Petersburg, Florida, January, 1994

38.   *Second AO/ASIF Advanced Course on Foot and Ankle Trauma*
Breckenridge, Colorado, February, 1994

39.   *American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course Lectures*, New Orleans, Louisiana, February, 1994

40.   *AAOS Course on Periarticular Fractures*
Baltimore, Maryland, May, 1994

41.   *University of South Florida Annual Trauma Symposium*
Grand Cayman, West Indies, May, 1994

*Roy Sanders, M.D. Curriculum Vitae page 53*

42.    *Annual Bonesetters Conference on Orthopaedic Trauma*
        Pittsburgh, Pennsylvania, June, 1994

43.    *AO/ASIF Annual Resident's Conference*
        Charlotte, N.C., November, 1994

44.    *Pennsylvania Orthopaedic Society Trauma Update*
        Pittsburgh, Pennsylvania, November, 1994

45.    *Second Annual Shoulder and Elbow Symposium*
        St. Petersburg, Florida., January, 1995

46.    *American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course*
        *Lectures*, Orlando, Florida, February, 1995

47.    *Fourth Annual Belgian Orthopaedic Trauma Association Meeting*
        Leuven, Belgium, March, 1995

48.    *AAOS: Perspectives in Trauma Surgery*
        Santa Fe, New Mexico, April, 1995

49.    *AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures*
        Marco Island, Florida, May 1995

50.    *Fourth Annual Swedish Fracture Management Symposium*
        Stockholm, Sweden, June, 1995

51.    *Orthopaedic Learning Center: Complex Fractures & Nonunions*
        Chicago, Illinois, July, 1995

52.    *Management of Complex Fractures: Current Concepts*
        Marco Island, Florida, December, 1995

53.    *Third Annual Shoulder and Elbow Symposium*
        Tampa, Florida, January, 1996

54.    *American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course*
        *Lectures,* Atlanta, Georgia, February, 1996

_**Roy Sanders, M.D. Curriculum Vitae page 54**_

55.   *AAOS: Perspectives in Trauma Surgery*
      Innisbrook, Florida, April, 1996

56.   *Third Annual Ace Fracture Management Course*
      Napa Valley, California, June, 1996

57.   *Management of Complex Fractures: Current Concepts*
      Marco Island, Florida, November, 1996

58.   *Fourth Annual Ace Fracture Management Course*
      Telluride, Colorado, December, 1996

59.   *Fourth Annual Shoulder and Elbow Symposium*
      Tampa, Florida, January, 1997

60.   *American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course Lectures*
      San Francisco, California, March, 1997

61.   *AAOS: Perspectives in Trauma Surgery*
      Nashville, Tennessee, April, 1997

62.   *Third AO/ASIF Advanced Course on Foot and Ankle Trauma*
      Colorado Springs, Colorado, March, 1997

63.   *Orthopaedic Learning Center: Complex Fractures & Nonunions*
      Chicago, Illinois, June, 1997

64.   *AOFAS 13th Annual Summer Meeting*
      Monterey, CA, July, 1997

65.   *Trauma and Reconstructive Workshop of the Foot & Ankle*
      Washington, D.C. December, 1997

66.   *9th Annual Current Concepts in Trauma Care*
      Squaw Valley, Colorado, January, 1998

67.   *AAOS Annual Meeting, Instructional Course Lectures*
      New Orleans, Louisiana, March, 1998

## *Roy Sanders, M.D. Curriculum Vitae page 55*

68.   *AAOS Current Controversies in the Management of Orthopaedic Trauma*
      Tucson, Arizona, May, 1998

69.   *Masterclass Symposium in Orthopaedic Trauma*
      Hannover, Germany, June, 1998.

70.   *AOFAS 14th Annual Summer Meeting*
      Boston, Massachusetts, July, 1998

71.   *Fourth Annual AO/ASIF Foot and Ankle Course*
      Breckenridge, Colorado, January, 1999

72.   *Eighth Annual Campbell Clinic Symposium*
      Cancun, Mexico, January, 1999

73.   *AAOS Annual Meeting, Instructional Course Lectures*
      Anaheim, California, February, 1999

74.   *AOFAS - Advanced Foot & Ankle Course*
      Washington, DC, May, 1999

75.   *American Fracture Association 61st Annual Meeting Instructional Course*
      Tucson, Arizona, May, 1999

76.   *Orthopaedic Trauma: Perspectives for the New Millennium -*
      Sante Fe, New Mexico, May, 1999

77.   *Current Concepts in Shoulder & Elbow Surgery -*
      Tampa, Florida, June, 1999

78.   *1st Annual Boston Orthopaedic Trauma Symposium –*
      Boston, Massachusetts, October, 1999

79.   *Eastern Orthopaedic Association, Inc, Thirtieth Anniversary Meeting*
      *Foot and Ankle Trauma Symposium*
      Vienna, Austria, October, 1999

80.   *Society of Military Orthopaedics Instructional course*
      Williamsburg, Virginia, October, 1999

_**Roy Sanders, M.D. Curriculum Vitae page 56**_

81.  *NYU Hospital for Joint Diseases, 22nd Annual Trauma Symposium*
     New York, November 1999

82.  *Trauma Symposium – Controversies in Orthopaedic Trauma Management*
     Fort Worth, Texas, December, 1999

83.  *Surgical Advances in Fracture Management – Aspen 2000*
     Aspen, Colorado, January 24 – 27, 2000

84.  *21st Annual Orthopaedic Trauma Seminar*
     Snowmass Village, Colorado, February 3 – 5, 2000

85.  *AAOS Annual Meeting, Instructional Course Lectures*
     Orlando, Florida, March, 2000

86.  *AOFAS – Interactive Seminar on Current Management of Calcaneal and Talus Fractures
     – August, 2000*

87.  *Foot and Ankle Trauma: Challenges and Treatment Alternatives*
     Rosemont, Illinois, September, 2000

88.  *2nd Annual Boston Orthopaedic Trauma Symposium*
     Boston, Massachusetts, October 2000

89.  *AAOT/AAOS Trauma Review Course*
     Buenos Aires, Argentina, December, 2000

90.  *AAOS Annual Meeting, Instructional Course Lectures*
     San Francisco, California, March, 2001

91.  *International Skeletal Trauma Conference*
     Flims, Switzerland, March, 2001

92.  *Orthopaedic Trauma: Current State-of-the Art*
     Marco Island, Florida, May, 2001

93.  *3rd Annual Chicago Trauma Symposium*
     Chicago, Illinois, June, 2001

*Roy Sanders, M.D. Curriculum Vitae page 57*

94.   *21ˢᵗ Annual Orthopaedic Trauma Course*
      New York, NY, June, 2001

95.   *VII Congress of the Argentine Association of Orthopaedic Trauma*
      Buenos Aires, Argentina, August, 2001

96.   *3ʳᵈ Annual Boston Orthopaedic Trauma Symposium*
      Boston, Massachusetts, October, 2001

97.   *Review and Update for Practicing Orthopaedic Surgeons*
      Tampa, FL, November, 2001

98.   *Current Concepts of Shoulder and Elbow Surgery*
      Tampa, FL, January, 2002

99.   *EOTS Meeting*
      Saipan, February, 2002

100.  *AAOS Annual Meeting, Instructional Course Lectures*
      Dallas, TX, February, 2002

101.  *Traumateamet Ortopedklinikerna Sahlgrenska Universitetssjukhuset I Samarbete Goteborg,*
      Sweden, April, 2002

102.  *Emerging Trends in Orthopaedics: Articular Injuries in the Lower Extremities in Adults
      and Children,* Newark, New Jersey, April, 2002

103.  *4ᵗʰ Boston Orthopaedic Trauma Symposium,* Boston, Massachusetts, September, 2002

104.  *3ʳᵈ Annual AAOS/OTA Trauma Course,* Orlando, Florida, April, 2003

105.  *POSNA 1 Day Course,* Amelia Island, Florida, May, 2003

106.  *Swedish Orthopaedic Society,* Sweden, September, 2003

107.  *Symposium – State of the Art – The American Way of Life in Orthopaedic Surgery,*
      Germany, September, 2003

108.  *5ᵗʰ Annual Boston Orthopaedic Trauma Symposium,* Boston,
      Massachusetts, September, 2003

**_Roy Sanders, M.D. Curriculum Vitae page 58_**

109.  *International Trauma Symposium*, Monte Carlo, Monaco, October 21 – 24, 2003

110.  *2003 International Fall Trauma Conference*, Prague, Czech Republic, October 29 – November 2, 2003

111.  *Orthopaedic Trauma Symposium*: Washoe Medical Center, February 20 – 21, 2004

112.  *Video Symposium*
      Hannover, Germany, March 25 – 26, 2004

113.  *Advanced Foot & Ankle Course*
      Baltimore, Maryland, April 22 – 24, 2004

114.  *Masters Fracture Forum*
      Laguna, CA, April 29 – May 1, 2004

115.  *AOA 117th Annual Meeting*
      Boston, MA, June 23 – 26, 2004

116.  *6th Annual Boston Orthopaedic Trauma Symposium*,
      Boston, Massachusetts, October, 2004

117.  *The 9th Conference of the International Society for Fracture Repair*,
      Bologna, Italy, November 2 – 6, 2004

118.  *OTA Resident Regional Fracture Update*
      Rosemont, IL, April 15 – 16, 2005

119.  *AAOS/OTA 5th Annual Trauma Course*
      Miami, FL, April 21 – 23, 2005

120.  1st International Orthopadic Trauma Course
      Capri, Italy, May 20 – 24, 2005

121.  Osteosynthes International, 2005
      Hamburg, Germany, September 15 – 17, 2005

122.  7th Annual Boston Orthopaedic Trauma Symposium
      Boston, MA, October 7 – 8, 2005

## _Roy Sanders, M.D. Curriculum Vitae page 59_

123.   New England Orthopaedic Society, 2005 Fall Meeting
        Boston, MA, November 18 – 19, 2005

124.   Advanced Solutions for Foot & Ankle
        Scottsdale, Arizona, February 24 – 25, 2006

125.   Masters Fracture Forum
        Dana Point, California, April 6 – 8, 2006

126.   OTA Residents Advanced Trauma Techniques Course
        Atlanta, Georgia, May 5 – 6, 2006

127.   4th Annual Trauma 101 Fracture Care for the Community
        Orthopedist Symposium
        Cincinnati, Ohio, May 12 – 13, 2006

128.   Annual Meeting of the International Kuentscher Society 2006
        Berlin, September 20 – 23, 2006

129.   8th Annual Boston Orthopaedic Trauma Symposium
        Boston, MA, September 29 – 30, 2006

130    German AO Foot and Ankle Course,
        Dresden, October 10 – 13, 2006

131.   Orthopaedic Trauma:  Concepts to Controversies
        Beaver Run, Breckenridge, Colorado, March 15 – 18, 2007

132.   OTA Trauma Fellows Course
        Boston, MA, March 23 – 24, 2007

133.   Masters Fracture Forum
        Dana Point, California, April 26 – 28, 2007

134.   AO Advanced Foot & Ankle Course
        Prague, CZ, May 22 – 25, 2007

135.   International Sorrento Trauma Symposium
        Sorrento, Italy, June 27 – 30, 2007

136.   Nordic Symposium on Advances in Orthopaedic Trauma Surgery

## _Roy Sanders, M.D. Curriculum Vitae page 60_

Trondheim, Norway, September 19 – 21, 2007

137. Napa Valley Trauma Symposium
Napa, California, September 27 – 29, 2007

138. Israeli Orthopaedic Association Foot and Ankle Trauma Course
Tel-Aviv, Israel, December 19 – 21, 2007

140. 14. Jahrestagung der Deutschen Association fur Fub und Sprunggelenk e.v.
April 4 – 5, 2008, Coburg, Germany

141. Southeastern Orthopaedic Foot Club
Destin, Florida, May 1, 2008

142. Alabama Orthopaedic Society
Destin, Florida, May 2, 2008

143. AO Injured Foot Course for Surgeons
Bristol, United Kingdom, June 4 – 6, 2008

144. 9th Annual Boston Orthopaedic Trauma Symposium
Boston, MA, September 12 – 13, 2008

145. Orthopaedic Trauma Association Advanced Trauma Techniques Course for
Residents, St. Petersburg, Florida, April 24 – 25, 2009

146. Orthopaedic Trauma 2009: Best Clinical Science and Practices,
New York, May 15 – 16, 2009

147. Current Solutions in Foot and Ankle Surgery
Naples, FL, January 13 – 16, 2010

148. AAOS-AAOT Education Program, Buenos Aires, Argentina,
November 29, 2010 – December 3, 2010

149. 15th National Meeting of the Brazilian Society of Foot Surgery,
Foz Do Iguacu, Brazil, April 21 – 23, 2011

150. Masters Fracture Forum

_**Roy Sanders, M.D. Curriculum Vitae page 61**_

Huntington Beach, CA, May 17 – 19, 2012

151.  Pushing the Envelope – Orthopaedic Trauma & Fracture Care
San Diego, CA, January 18 – 19, 2013

152.  Masters Fracture Forum
Huntington Beach, CA, May 15 – 17, 2014

153.  24TH Turkish National Congress of Orthopaedics & Traumatology
Antalya, Turkey, November 12 – 16, 2014

154.  Orthopedics Today Hawaii 2015 –
Koloa, Hawaii, January 18 – 22, 2015

155.  13th Annual Trauma 101 Fracture Care for the Community Orthopedist &
Orthopaedic PA & NP
Cincinnati, May 28 – 30, 2015

156.  Foot & Ankle Post-traumatic Reconstruction Course
Santiago, Chile, May 14 – 15, 2015

157.  Orthopedics Today Hawaii 2016 –
Kona, Hawaii, January 10 – 15, 2016

158.  OTA Trauma Fellows Course, April 7 – 10, 2016, Boston, MA

159.  Orthopedics Today Hawaii 2017 –
Maui, 2017, January 9 – 12, 2017

160.  The Edinburgh International Trauma Symposium,
Edinburgh, Scotland, August, 16 – 18, 2017

161.  Trauma Symposium
New York, NY May 5 – 6, 2017

162.  Orthopedics Today Hawaii 2018 –
Kauai, Hawaii, January 7 – 11, 2018

163.  Periprosthetic Fractures: Current Aspects of management – 9th Annual Course
Leeds, UK, March 26 – 27, 2018

_**Roy Sanders, M.D. Curriculum Vitae page 62**_

    164.   Orthopedics Today Hawaii 2019 –
             Hawaii's Big Island, Hawaii, January 13 – 17, 2019

## PRESENTATIONS (AUTHOR), NATIONAL AND INTERNATIONAL MEETINGS

1.    In-Vivo Vascularity of Non-Unions Using Laser Doppler Flowmetry. **American Academy of Orthopaedic Surgeons Annual Meeting, San Francisco, California, 1987.**

2.    a.    Pseudarthrosis of Long Bones; Operative Treatment,
        b.    Intramedullary Nailing of the Tibia
        c.    Clinical Treatment of Forearm Fractures
    **AO/ASIF Residents Basic Course on Internal Fixation of Fractures, Jackson, Mississippi, June, 1987.**

3.    General Indications for Operative Intervention in Fractures, **AO/ASIF Basic Course on Internal Fixation of Fractures, Fort Lauderdale, Florida, September, 1987.**

4.    The Use of the Dynamic Condylar Screw in the Treatment of Distal Femoral Fractures, **Orthopaedic Trauma Association, Annual Meeting, Baltimore, Maryland, November, 1987.**

5.    The Treatment of Supracondylar Femur Fractures Using the Dynamic Condylar Screw, **American Academy of Orthopaedic Surgeons Annual Meeting, Atlanta, Georgia, February, 1988.**

6.    The Jack McDaniel Memorial Fellowship Lecture, **AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures, Sun Valley, Idaho, March, 1988.**

7.    a.    Lag Screw Techniques - Basic Principles,
        b.    Indications/Techniques - The Angled Blade Plate,
        c.    Dynamic Condylar Screw - Distal Femoral Fractures,
        d.    Diagnosis and Treatment of Pelvis Fractures,
        e.    External Fixation of the Pelvis,
        f.    The Treatment of Aseptic Non-Unions,

*__Roy Sanders, M.D. Curriculum Vitae page 63__*

g.    How Not To Do AO
**AO/ASIF Residents Basic Course,Jackson, Mississippi, April, 1988.**

8.    External Fixation Techniques in Lower Extremity Fractures, **External Fixation Techniques for the Treatment of Fractures, Syracuse, New York, June, 1988.**

9.    a.    The Dynamic Condylar Screw
      b.    The Treatment of Open Fractures
      **AO/ASIF Basic Course on Internal Fixation of Fractures, Orlando, Florida, October 1988.**

10.    The Clinical Evaluation of Nonunion Vascularity Using Laser Doppler Flowmetry. **American Academy of Orthopaedic Surgeons Annual Meeting, Las Vegas, Nevada, 1989.**

11.    a.    Pre-operative Planning
       b.    The Dynamic Condylar Screw for Distal Femur Fractures
       c.    The Operative Treatment of Calcaneal Fractures
       d.    The Biomechanics of the Subtalar Joint
       **AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures, Phoenix, Arizona. May, 1989.**

12.    Progressive Talo-navicular Dissociation. **American Orthopedic Association Annual Meeting, Colorado Springs, Colorado. June, 1989.**

13.    The Intra-operative Use of Broden's Views in the Operative Treatment of Intra-articular Calcaneal Fractures. **American Orthopedic Foot and Ankle Society Annual Meeting, Sun Valley, Idaho, July, 1989.**

14.    The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical Results. **American Orthopedic Foot and Ankle Society Annual Meeting, Sun Valley, Idaho, July, 1989.**

15.    a.    The Treatment of Infected Nonunions
       b.    Is There any Currency Left in Electricity?
       **American Academy of Orthopaedic Surgeons Summer Institute - Management of Nonunions/Malunions, Chicago, Ill. September, 1989**.
16.    The Treatment of Supracondylar Femur Fractures in the Elderly. **American**

*__Roy Sanders, M.D. Curriculum Vitae page 64__*

**Academy of Orthopaedic Surgeons Summer Institute - Fractures in the Elderly, Chicago, Illinois. September, 1989.**

17.  a.  Pre-Operative Planning
     b.  The Dynamic Condylar Screw - Indications and Techniques
     c.  IM Nailing - Technical Errors and Helpful Hints
     d.  The Treatment of Acute Bone and Joint Infections
     **AO/ASIF Basic Course on Internal Fixation of Fractures, Jacksonville, Florida. September, 1989.**

18.  The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical Results. **Orthopedic Trauma Association, Annual Meeting, Philadelphia, Pa. October, 1989.**

19.  The Results of Treatment of Complex Open Ankle and Hindfoot Injuries. **American Academy of Orthopedic Surgeons Annual Meeting, New Orleans, February, 1990.**

20.  The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, operative Techniques, and Clinical Results. **American Academy of Orthopedic Surgeons Annual Meeting, American Orthopedic Foot and Ankle Specialty Day Symposium on Calcaneal Fractures, New Orleans, February, 1990.**

21.  a.  The Treatment of Distal Femur Fractures
     b.  The Operative Treatment of Calcaneal Fractures
     c.  Techniques of Ankle Arthrodesis
     **AO/ASIF Basic Course on Internal Fixation of Fractures, Monterey, California. March, 1990.**

22.  The Results of Treatment of Complex Open Ankle and Hindfoot Injuries. **American Orthopaedic Foot and Ankle Society Annual Meeting, Banff, Canada. June 1990.**

23.  The Results of Subtalar Fusion for the Late Treatment of Calcaneal Fractures. **American Orthopaedic Foot and Ankle Society Annual Meeting, Banff, Canada. June 1990.**

24.  a.  The Treatment of Supracondylar Femur Fractures

_**Roy Sanders, M.D. Curriculum Vitae page 65**_

      b.    Point - Counterpoint: The Dynamic Condylar Screw
      **American Academy of Orthopaedic Surgeons Summer Institute - Periarticular Fractures, Monterey, California, Sept. 1990.**

25.    a.    External Fixator Removal from the Tibia
      b.    The Treatment of Open Humeral Fractures
      **American Academy of Orthopaedic Surgeons Summer Institute - Long Bone Fractures, Monterey, California, Sept. 1990.**

26.    a.    The Treatment of Open Fractures
      b.    The Treatment of Subtrochanteric Femur Fractures
      c.    How Not To Do AO
      d.    Non-Reamed Nail for Tibial Fractures
      e.    ORIF of the Distal Humerus
      f.    IM Nailing of the Tibia
      g.    The Treatment of Calcaneal Fractures
      h.    The Treatment of Supracondylar Fractures of the Femur
      **AO/ASIF Residents Basic Course on Internal Fixation of Fractures Jackson, Mississippi, October 1990.**

27.    The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical Results. **AO/ASIF First Comprehensive Foot Course. New Orleans, Louisiana, October, 1990.**

28.    The Results of Subtalar Fusion for the Late Treatment of Calcaneal Fractures. **Orthopaedic Trauma Association Annual Meeting, Toronto, Canada, November 1990.**

29.    a.    The Treatment of Calcaneal Fractures
      b.    Fractures of the Talus
      c.    Preoperative Planning
      d.    The Treatment of Open Tibia Fractures
      **AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures, Davos, Switzerland, December 1990.**

30.    a.    Operative Management of Distal Femur Fractures

_**Roy Sanders, M.D. Curriculum Vitae page 66**_

     b.     The Treatment of the Polytraumatized Patient
     c.     Management of Tibial Fractures after Ex Fix Removal
**AO/ASIF Resident's Basic Course on Internal Fixation of Fractures, Chicago, Illinois, February 1991.**

31.     Double Plating of the Distal Femur. **American Academy of Orthopaedic Surgeons Annual Meeting, Anaheim, California, March, 1991.**

32.     a.     Ender Nailing of the Humerus
     b.     Ender Nailing of the Tibia
     c.     Results and Complications of Ender Nailing of the Humerus
**American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course Lectures. Anaheim, California, March, 1991.**

33.     a.     Operative Treatment of Calcaneal Fractures
     b.     The Operative Treatment of Distal Femur Fractures
     c.     The Indirect Reduction of Fractures
**AO/ASIF Basic and Advanced Course on Internal Fixation of Fractures, Marco Island, Florida, April 1991.**

34.     The CT Scan Classification of Calcaneal Fractures. **German - Swiss - Austrian Orthopedic Trauma Society. Vienna, Austria, May 1991.**

35.     a.     The Management of Intertrochanteric Femur Fractures
     b.     Pitfalls in the Use of the Dynamic Condylar Screw
**American Academy of Orthopaedic Surgery, Summer Institute - Periarticular Fractures, Washington D.C., September 1991.**

36.     a.     The Treatment of Fractures of the Distal Femur
     b.     What Next after External Fixation?
     c.     Septic Nonunions
**AO/ASIF Resident Basic Course on Internal Fixation of Fractures, New York City, New York, October, 1991.**

37.     Radiation Exposure to the Orthopaedic Surgeon, **Orthopaedic Trauma Association Annual Meeting, Seattle, Washington, October 1991.**

38.     a.     The Massively Injured Foot

*Roy Sanders, M.D. Curriculum Vitae page 67*

   b. The Operative Treatment of Calcaneal Fractures
   **Sixth Annual Trauma Symposium, Bergmansheil Hospital, Bochum, Germany, January 1992.**

39. Radiation Exposure to the Orthopaedic Surgeon: **American Academy of Orthopaedic Surgeons Annual Meeting, Washington, D.C., February, 1992.**

40. a. Ender Nailing of the Humerus
  b. Changing Indications for Ender Nailing
  c. The Use of Ender Nails for Peri-Prosthetic Fractures
  **American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course Lectures, Washington D.C., February, 1992.**

41. a. Segmental Defects of the Femur
  b. The Mangled Extremity
  **American Academy of Orthopaedic Surgeons Annual Meeting, Instructional Course Lectures, Washington D.C., February, 1992**.

42. a. The Treatment of Supracondylar Femur Fractures
  b. The Treatment of Intra-Articular Calcaneal Fractures
  **AO/ASIF Basic and Advanced Course on the Treatment of Fractures and Nonunions. Sun Valley, Idaho, April, 1992.**

43. The Case for Operative Intervention in the Treatment of Intra-Articular Calcaneal Fractures**, Instructional Course, American Orthopaedic Association at the Combined Orthopaedic Meeting of the English Speaking World, Toronto, Canada, June, 1992.**

44. The Operative Treatment of Intra-Articular Calcaneal Fractures - Results in 120 Cases using a CT Scan Classification, **Orthopaedic Trauma Association Annual Meeting, Minneapolis, Minnesota, October, 1992.**

45. a. Ankle Fusions using the Hansen Technique

_**Roy Sanders, M.D. Curriculum Vitae page 68**_

        b.     The Operative Treatment of Talus Fractures
        c.     The Operative Treatment of Calcaneal Fractures
        d.     Compartment Syndromes about the Foot
**British Foot Society Annual Meeting, Royal National Orthopaedic Hospital, London, England, November, 1992.**

46.    a.     Classification of Open Fractures
        b.     The Treatment of Open Tibial Fractures with Ext. Fixation
**Instructional Course on the Severely Injured Lower Limb, Liverpool, England, November, 1992.**

47.    a.     Biological Fixation of Ankle
        b.     ORIF of Distal Humeral Fractures
**AO/ASIF Basic Resident's Course: Sturbridge, Mass, January, 1993.**

48.    a.     Segmental Defects of the Femur
        b.     The Mangled Extremity
**Instructional Course Lecture # 123, American Academy of Orthopaedic Surgeons Annual Meeting: San Francisco, California, February 1993.**

49.    The Oblique Osteotomy for the Treatment of Tibial Shaft Malunions
**American Academy of Orthopaedic Surgeons \*Annual Meeting: San Francisco, California, February 1993.**

50.    a.     The Operative Treatment of Calcaneal Fractures
        b.     Results of Operative Treatment of Calcaneal Fractures using a CT Scan Classification
**Orthopaedic Trauma Association Specialty Day American Academy of Orthopaedic Surgeons Annual Meeting, San Francisco, California, February, 1993.**

51.    a.     Pre-Op Planning in Fracture Surgery
        b.     Indirect Reduction of Fractures
        c.     Salvage of Failed Ankle Fusions
        d.     ORIF of Calcaneal Fractures
**AO/ASIF Basic and Advanced Course, Marco Island, Fl, May, 1993.**

52.    a.     Trauma Care in the U.S.A.

*Roy Sanders, M.D. Curriculum Vitae page 69*

b. Biologic Fixation of Ankle Trauma
c. Indirect Reduction of Tibial Plateau Fractures
d. Debate: Non-Reamed Nails in Open Tibial Shaft Fractures
e. The Salvage of Open Grade IIIB Ankle and Talus Fractures
**The Seventh Annual Edinburgh International Trauma Symposium, Edinburgh, Scotland, August, 1993**

53. a. Complex Fractures of the Distal Humerus
  b. Complex fractures and Dislocations about the Elbow
**The First Annual Comprehensive Shoulder and Elbow Symposium, St. Petersburg, Florida, January, 1994**

54. a. ORIF Calcaneal Fractures
  b. Complex Salvage for Failed Ankle Fusions
  c. Biological Approach to Ankle Trauma
**AO/ASIF Second Advanced Course on the Operative Treatment of Foot and Ankle Trauma, Breckenridge, Colorado, February, 1994**

55. a. Segmental Defects of the Femur
  b. The Mangled Extremity
**Instructional Course Lecture #121 American Academy of Orthopaedic Surgeons Annual Meeting: New Orleans, La. February 1994.**

56. The Long Term Results of the Treatment of Displaced Intra-articular Calcaneal Fractures. **Instructional Course Lecture #234 American Academy of Orthopaedic Surgeons Annual Meeting: New Orleans, La. February 1994**.

57. The Results of Operative Treatment of Tibial Plateau and Shaft Fractures: Is there still a role for Screws and Plates? **American Academy of Orthopaedic Surgeons Annual Meeting: New Orleans, La. February 1994.**

58. a. Intra-articular Fractures of the Distal Humerus
  b. Intra-articular Fractures of the Calcaneus
**American Academy of Orthopaedic Surgeons Course on Peri-articular Fractures. Baltimore, Maryland, May,1994**

59. a. Complex Fractures of the Distal Humerus
  b. Complex fractures and Dislocations about the Elbow

_**Roy Sanders, M.D. Curriculum Vitae page 70**_

**The Second Annual Comprehensive Shoulder and Elbow Symposium, St. Petersburg, Florida, January, 1995**

60.    a.    <u>Segmental Defects of the Femur</u>
        b.    <u>The Mangled Extremity</u>
**Instructional Course Lecture #121 American Academy of Orthopaedic Surgeons Annual Meeting: Orlando, Florida. February 1995.**

61.    a.    <u>Fractures of the Scapula</u>
        b.    <u>The Treatment of Femoral Malunions</u>
**Orthopaedic Learning Center Course on the Treatment of Complex Fractures and Nonunions, Chicago, Illinois. July, 1995**

62.    a.    <u>Subtalar Fusion for Posttraumatic Arthritis Secondary to Calcaneal Fractures</u>
        b.    <u>Results of a Staged Protocol for Wound Management in Complex Pilon Fractures</u>
**American Academy of Orthopaedic Surgeons Annual Meeting: New Orleans, Louisiana, March, 1998**

63.    a.    <u>Calcaneal Fractures: Operative Treatment</u>
        b.    <u>The Mangled Extremity: Current Limb Salvage Treatment</u>
        c.    <u>Pilon Fractures</u>
**Eigth Annual Campbell Clinic Symposium, Cancun, Mexico, January, 1999**

64.    a.    <u>Ankle Fractures: Indirect Reduction Techniques</u>
        b.    <u>Pilon Fractures: Open Treatment of Pilon Fractures</u>
        c.    <u>Talar Neck Fractures: Operative Treatment and Results</u>
        d.    <u>Calcaneal Malunions</u>
**AO/ASIF Foot and Ankle Course, Breckenridge, Colorado, January, 1999**

65.    a.    <u>Controversies in the Management of Calcaneal Fractures</u>
        b.    <u>Managing Post-Traumatic Deformity of the Hindfoot</u>
**American Academy of Orthopaedic Surgeons Annual Meeting: Anaheim, California, February, 1999**

66.    a.    <u>Calcaneal Fractures</u>
        b.    <u>Pilon Fractures</u>

*__Roy Sanders, M.D. Curriculum Vitae page 71__*

       b.     Total Ankle Arthroplasty
      **American Fracture Association Annual Meeting, Tucson, AZ, May, 1999**

67.    a.     Open Reduction/Internal Fixation
       b.     Use of Resorbable Fixation in Foot & Ankle Surgery
       c.     CT Classification and Open Reduction/Internal Fixation
      **Eastern Orthopaedic Association, Thirtieth Anniversary Meeting:**
      **Vienna, Austria, October, 1999.**

68.    a.     Subtrochanteric Femur Fractures Fixed Plate with Indirect
             Reduction
       b.     Surgical Techniques Subtrochanteric Femur Fracture
             Plating
       c.     Controversy – Hindfoot Calcaneus Fracture – ORIF
       d.     Technique, Calcaneus Fractures ORIF
       e.     Total Ankle after Pilon Fractures
      **21st Annual Orthopaedic Trauma Seminar, Snowmass Village, Colorado,**
      **February, 2000**

69.    a.     Controversies in the Management of Calcaneal Fractures
       b.     Managing Post-Traumatic Deformity of the Hindfoot
      **American Academy of Orthopaedic Surgeons Annual Meeting: Orlando,**
      **Florida, March, 2000.**

70.    a.     Symposium: New Frontiers in Complex Hindfoot
       b.     Trauma Symposium: Electronic Presentations
      **American Orthopaedic Foot & Ankle Society**
      **16th Annual Summer Meeting, Vail Colorado, July, 2000**

71.    a.     Salvage of Non-Union, Malunion, and Post Traumatic Arthritis TKA
       b.     Midfoot Trauma
      **Faculty, Foot and Ankle Trauma: Challenges and Treatment**
      **Alternatives, Rosemont, Illinois, September, 2000**

72.    a.     Proximal Femur: Roll of Fixed Angle Device
       b.     Ankle Fusion versus Total Ankle Arthroplasty

*Roy Sanders, M.D. Curriculum Vitae page 72*

      c.      Salvage for Failed Calcaneus Fractures
**2nd Annual Boston Orthopaedic Trauma Symposium, Boston, Massachusetts, October, 2000**

73.    a.    Ankle Fractures: Indirect Reduction Techniques
         b.    Pilon Fractures: Open Treatment of Pilon Fractures
         c.    Calcaneus Fractures: Operative Treatment & Results
         d.    Treatment of Ankle Arthritis: The Total Ankle for Post-Traumatic Arthritis
         e.    Calcaneal Malunions: Type III Malunions/Osteotomy
**The American Orthopaedic Foot & Ankle Society Surgical Skills Course, Rosemont, Illinois, November, 2000**

74.    a.   Techniques for Arthrodesis in the Foot and Ankle
         b.   Digital Imaging and Computer Presentation
**American Academy of Orthopaedic Surgeons Annual Meeting: San Francisco, California, March, 2001**

75.    a.    Pediatric – Clinical Cases – Foot and Ankle
         b.    Femur – New Nailing Systems
         c.    Femur – Demo and Lab TRIGEN
         d.    Femur and Foot and Ankle – Calcaneal Fractures
**International Skeletal Trauma Conference
Flims, Switzerland, March, 2001**

76.    a.    INDIRECT REDUCTION: Percutaneous Plating: Tibia
         b.    TIBIA: Difinitive ORIF Pilon (after spanning frame)
         c.    FOOT & ANKLE: ORIF – Indications & Results
**Orthopaedic Trauma: Current State-of-the-Art, Marco Island, Florida, May, 2001**

77.    a.    Femoral Shaft Fractures
         b.    Hands on Lab – Intramedullary Nailing
**3rd Annual Chicago Trauma Symposium, Chicago, Illinois, June, 2001**

78.    a.    TIBIAL SHAFT FRACTURES: Reduction Tricks, Blocking Screws
         b.    TIBIAL SHAFT FRACTURES: Reamed vs. Unreamed     Nails

*__Roy Sanders, M.D. Curriculum Vitae page 73__*

**21st Annual Orthopaedic Trauma Course - Current Techniques in Upper & Lower Extremity Trauma, New York, NY, June, 2001**

79.   a.   <u>Symposium: Electronic Presentations</u>
       b.   <u>Symposium: The Aging Foot</u>
**American Orthopaedic Foot and Ankle Society
17th Annual Summer Meeting, San Diego, California, July, 2001**

80.   a.   Calcaneal Fractures
       b.   Calcaneal Malunions
       c.   Midfoot Fractures & Dislocations
       d.   Third Generation Intramedullary Nailing:
           The Trigen System
**VII Congress of the Argentine Association of Orthopaedic Trauma, Buenos Aires, Argentina, August, 2001**

81.   a.   Extraarticular Distal Tibia Fractures
       b.   Pilon Fractures: Definitive Management
**Boston Orthopaedic Trauma Symposium
Boston, Massacuhsetts, October, 2002**

82.   a.   Calcaneal Fractures
       b.   Minimally Invasive Fixation & Reduction Techniques
**Orthopaedic Trauma Association Annual Meeting,
San Diego, California, October, 2001**

83.   a.   Calcaneal Malunions
       b.   Calcaneal Plate: Workshop
**National Trauma Symposium, Miami Beach, FL,
November, 2001**

84.   a.   Tibial Shaft Fractures
       b.   Humeral Shaft Fractures
**Review and Update for Practicing Orthopaedic Surgeons,
Tampa, FL, November, 2001**

85.   Humeral Shaft Non-Unions
**Current Concepts of Shoulder and Elbow Surgery
Tampa, FL, January, 2002**

_**Roy Sanders, M.D. Curriculum Vitae page 74**_

86.    Treatment of Severe Peripheral Fractures of the Foot and Ankle
**EOTS Meeting, Saipan, February, 2002**

87.    Minimally Invasive Traumatology: New Techniques and Technology
**American Academy of Orthopaedic Surgeons Annual Meeting, Dallas, TX, February, 2002**

88.    a.    Biological Fixations on Fractures
       b.    Intraarticular Fractures in the Lower Extremity
       c.    Thoughts and aims in Developing of a new Nail System
**Traumateamet Ortopedklinikerna Sahlgrenska Universitetssjukhuset I Samarbete, Goteborg, Sweden, April, 2002**

89.    a.    Calcaneal Fractures
       b.    Hindfoot Reconstruction
       c.    Agility Total Ankle
       d.    Distal Femur Fractures – Plating
       e.    Percutaneous Plating
**Emerging Trends in Orthopaedics: Articular Injuries in the Lower Extremities in Adults and Children, Newark, New Jersey, April, 2002**

90.    a.    Humeral Nonunions
       b.    Calcaneal Fractures
**Boston Orthopaedic Trauma Symposium Boston, Massachusetts, September, 2002**

91.    a.    Minimally Invasive Fixation & Reduction Techniques
       b.    Trochanteric Nail Insertion for Femoral Shaft FX Revisited
**Orthopaedic Trauma Association Annual Meeting, Toronto, Canada, October, 2002**

92.    a.    Humerus Fracture Symposium
**Eastern Orthopedic Society Meeting, Amelia Island, Florida, October, 2002**

93.    a.    Biologic Fixation of Fractures
       b.    Percutaneous Plating
       c.    Calcaneal Fractures: When to Operate
**International Fall Trauma Course, Seville, Spain, October, 2002**

_**Roy Sanders, M.D. Curriculum Vitae page 75**_

94.     a.     Minimally Invasive Traumatology: New Techniques and Technology
**American Academy of Orthopaedic Surgeons Annual Meeting, New Orleans, Louisiana, February, 2003**

95.     a.     Pilon Fractures: Definitive Management
       b.     Foot Compartment Syndrome: Evaluation and Management
       c.     Calcaneal Fractures: ORIF
**3ʳᵈ Annual AAOS/OTA Trauma Course, Orlando, Florida, April, 2003**

96.     a.     When a Kid is like an Adult: State of the Art Techniques for Treatment of the Skeletally Mature Teen
**POSNA 1 Day Course, Amelia Island, Florida, May, 2003**

97.     a.     Pilon Fractures
**Swedish Orthopaedic Society Meeting, Stockholm, Sweden, September 3 – 5, 2003**

98.     a.     State of the Art in IM Nailing
       b.     Ankle Fusions vs. Total Ankle Replacement
       c.     Calcaneal Malunions – State of the Art
**Symposium – The American Way of Life in Orthopaedic Surgery, Bochum, Germany, September 1, 2003**

99.     a.     State of the Art in IM Nailing of Tibial and Femoral Fractures
       b.     Humeral Nonunions
       c.     Indication and Technique of Total Ankle Replacement
**Symposium – State of the Art, Stuttgart, Germany, September 2, 2003**

100.     a.     State of the Art in Pilon Fractures and IM Nailing
       b.     Total Ankle Replacement – State of the Art
       c.     Talus Fractures
**Symposium – Around the Ankle Joint Trauma Solutions the American Way, Hamburg, Germany, September 5, 2003**

101.     a.     Femoral Shaft – Retrograde vs. Antegrade vs. Trochanteric, what to do

*__Roy Sanders, M.D. Curriculum Vitae page 76__*

    b.     Pilon Fractures – Current Management
    c.     Calcaneal Fractures – Percutaneous Management
**5th Annual Boston Orthopaedic Trauma Symposium, Boston, Massachusetts, September 12 – 13, 2003**

102.    Perilocking Plates
**International Trauma Symposium, Monte Carlo, Monaco, October 21 – 24, 2003**

103.    a.     The Science behind 3rd Generation Intramedullary Nails
    b.     IM Nailing: Tips & Tricks – Moderator
    c.     3rd Generation Nailing System – Demo & Lab
    d.     Calcaneal Fractures
    e.     Severe Forefoot Injuries
**2003 International Fall Trauma Conference, Prague, Czech Republic, October 29 – November 2, 2003**

104.    a.     Minimally Invasive Fixation & Reduction Techniques
    b.     Talar Neck Fractures & Fracture Dislocations (Lab)
    c.     Pilon Fractures (Lab)
**19th Annual Meeting, Orthopaedic Trauma Association, Salt Lake City, Utah, October 8 – 11, 2003**

105.    a.     Plafond Techniques
    b.     ORIF of Calcaneus – State of the Art
    c.     Trochanteric Antegrade Nailing
**Orthopaedic Trauma Symposium: Washoe Medical Center, Lake Tahoe, Nevada, February 20 – 21, 2004**

106.    a.     Clavicle Fractures
    b.     SYMPOSIUM: Masters Techniques Difficult Reconstructions – Ankle
**71st AAOS Annual Meeting, San Francisco, CA, March 10 – 14, 2004**

107.    a.     Fractures of the Lower Extremities
    b.     Operative Treatment of a Non-Union of the Proximal Tibia
**Video Symposium, Hannover, Germany, March 25 – 26, 2004**

108.    a.     Foot and Ankle Grand Rounds: Complications of Treatment of Foot and Ankle Problems: Why it Happened/How I Managed It

*Roy Sanders, M.D. Curriculum Vitae page 77*

     b.     Management of the Calcaneal Malunion
     c.     Trauma and Post Trauma Reconstruction of the Foot and Ankle: Case Based Presentations
     d.     Correction of the Cavovarus Foot
     e.     Salvage of the Failed TAA – revision vs. fusion
     **Advanced Foot and Ankle Course, Baltimore, Maryland, April 22 – 24, 2004**

109.    a.     Calcaneal Fractures
     **Masters Fracture Forum, Laguna, CA April 29 – May 2, 2004**

110.    a.     Symposium - Undaunted Courage: Innovative Financial Paradigms for Orthopaedic Surgery Practices
     **AOA 117th Annual Meeting, Boston, MA, June 23 – 26, 2004**

111.    a.     Master Techniques in Foot & Ankle Trauma:  Calcaneal Fractures
     **AOFAS 20th Annual Summer Meeting, Seattle, WA**
     **July 28, 2004**

112.    a.     Replacement versus Arthrodesis for Post Traumatic Ankle Arthritis **(chosen as a Highlight Paper)**
     b.     Minimally Invasive Fixation – Indirect Reduction Technique
     c.     Panel Discussion: Failure of Fixation – Why
     d.     Lab – Distal Femoral Nailing Techniques with Interlocking Blocking Screws
     **20th Annual Meeting, Orthopaedic Trauma Association**
     **Hollywood, Florida, October 7 – 10, 2004**

113.    a.     Femoral Shaft – Antegrade
     b.     Post Traumatic Ankle Arthritis: Options
     c.     Clavicle Fractures: Operative versus
     **6th Annual Boston Orthopaedic Trauma Symposium, Boston Massachusetts, October 22 – 23, 2004**

114.    a.     Third Generation IM Nailing
     **The 9th Meeting of the International Society for Fracture Repair, Bologna, Italy, November 2 – 6, 2004**

115.    a.     ICL Course:  Total Ankle Arthroplasty: Current State of the Art

*__Roy Sanders, M.D. Curriculum Vitae page 78__*

     b.    Replacement versus Arthrodesis for Post-Traumatic Ankle Arthritis

     c.    Trochanteric vs Pirformis Entry Portal for the Treatment Of Femoral Shaft Fractures

     d.    Symposium:  Controversies in Lower Extremity Trauma

**AAOS 72nd Annual Meeting, Washington, DC, February 23 – 27, 2005**

116.    a.    The Role of Antegrade Piriformis Nail in Femoral Shaft Fractures

     b.    Minimizing Morbidity of Calcaneus Fractures – Indications and Techniques for Fixation

**OTA Resident Regional Fracture Update, Rosemont, IL
April 15 – 15, 2005**

117.    a.    Pilon Fractures

     b.    Calcaneus Fractures

     c.    Talus Fractures

**AAOS/OTA 5th Annual Trauma Course, Miami, FL, April 21 – 23, 2005**

118.    a.    Calcaneal Fractures

     b.    Compartment Syndrome

**1st International Orthopaedic Trauma Course, Capri, Italy
May 20 – 24, 2005**

119.    a.    Useful  Indications for Intramedullary Fixations of the Lower Extremity

**Osteosynthesis International 2005, Hamburg, Germany,
September 15 – 17, 2005**

120.    a.    Talus Fractures: Techniques and Expected Outcomes

     b.    Humeral Shaft – Plate

     c.    Distal Humeral Fracture: ORIF

**7th Annual Boston Orthopaedic Trauma Symposium
Boston, MA, October 7 – 8, 2005**

121.    a.    Minimally Invasive Fixation – Indirect Reduction Techniques

**21st Annual Meeting, Orthopaedic Trauma Association
Ottawa, Ontario, Canada, October 20 – 22, 2005**

*Roy Sanders, M.D. Curriculum Vitae page 79*

122. a. Calcaneal Fractures – State of the Art
     b. Pilon Fractures – State of the Art
     c. Total Ankle Replacement – Myth vs Reality
     **New England Orthopaedic Society, 2005 Fall Meeting**
     **Boston, MA, November 18 – 19, 2005**

123. a. Breakout Session – Foot-Talus, Calcaneous,
        Mid and Fore Foot
     **Masters Fracture Forum, Dana Point, California,**
     **April 6 – 8, 2006**

124. a. Plate Fixation of the Humerus:  Approaches
        and Techniques
     **Orthopaedic Trauma Association Residents Advanced**
     **Trauma Techniques Course, Atlanta, Georgia**
     **May 5 – 6, 2006**

125. a. State of the Art Nailing in Distal Femoral Fractures
     **Annual Meeting of the International Kuentscher Society 2006**
     **Berlin, September 20 – 23, 2006**

126. a. Salvage of the Arthritic Ankle – TAA vs Fusion
     b. Proximal Humerus Nailing
                - Indications for nailing vs. plating
                - Techniques in Nailing
                - New Implants – locking nail
     c. LAB - Proximal Humerus Nailing
     **8th Annual Boston Orthopaedic Trauma Symposium,**
     **Boston, MA September 29 – 30, 2006**

127. a. Minimal Invasive Fixation – Failure of Fixation, why?
     **2006 Residents Comprehensive Fracture Course**
     b. Mini Symposia – Fracture Dislocations of the Talus
     **22nd Annual Meeting of the Orthopaedic Trauma Association, Phoenix,**
     **Arizona, October 4 – 7, 2006**

128. a. Late Reconstruction after Ankle and Pilon Fractures
     b. Standard of ORIF in Calcaneal Fractures
     c. Calcaneal Osteotomies
     d. Treatment of Talar Neck and Body Fractures

*Roy Sanders, M.D. Curriculum Vitae page 80*

       e.     Complex Foot Trauma
**German AO Foot and Ankle Course, Dresden, October 10 – 13, 2006**

129.   a.     ICL: Treatment of Peri-Prosthetic Fractures
       b.     ICL:  Pilon – Salvage after Presentation or Treatment Failures
       c.     **Specialty Day:**  Symposia – Trauma Care in the Non-University Environment – Multiple Facility Systems
       d.     Subtalar Fusion after Displaced Intra-Articular Calcaneal Fractures: Does Initial Operative Treatment Matter
**AAOS 74th Annual Meeting, San Diego, California, February 14 – 18, 2007**

130.   a.     Indirect Reduction Minimally Invasive Trauma Surgery and Submuscular Plating Techniques
       b.     Case Discussion:  Proximal Tibial Fractures
       c.     Mini Symposia – Calcaneal Fractures
       d.     Case Discussion:  Pilon and Ankle Fracture
**Orthopaedic Trauma: Concepts to Controversies Beaver Run, Breckenridge, Colorado March 15 – 18, 2007**

131.   a.     Case Presentation – Foot and Ankle: Pilon, Calcaneus, Talus
**Trauma Fellows Course, Boston, MA March 23 – 24, 2007**

132.   a.     Case Presentations
**Masters Fracture Forum Dana Point, California, April 26 – 28, 2007**

133.   a.     Early Corrections Pilon/Ankle
       b.     Calcaneus: Standard of ORIF
       c.     Calcaneus:  Early and Late Corrections
**AO Advanced Foot & Ankle Course Prague, CZ, May 22 – 25, 2007**

134.   a.     Moderator:  Injuries about the Knee
       b.     Tibial & Ankle Fractures

_**Roy Sanders, M.D. Curriculum Vitae page 81**_

       c.     Tibial Nailing
       d.     Pilon Fractures
**International Sorrento Trauma Symposium**
**Sorrento, Italy, June 27 – 30, 2007**

135.   a.     Humeral Shaft Fractures:
          -     Why use a plate and how to do it
          -     Humeral nonunions, how they should be treated
       b.     Calcaneal Fractures: State of the Art
       c.     Lisfranc Injuries, Treatment & Results
       d.     Pilon Fractures:
          -     Why I use other options in Pilon Fractures
       e.     Metafyseal Tibial Fractures:
          -     Nailing is still a good option, tricks and pitfalls
       f.     Subtrochanteric Fractures:
          -     Revision surgery in trochanteric and subtrochanteric fractures
**Nordic Symposium on Advances in Orthopaedic Trauma Surgery,**
**Trondheim, Norway, September 19 – 21, 2007**

136.   a.     Femoral Nailing: Choosing the Starting Point
              (Piriformis, Trochanteric, Retrograde) & Technical Tips
       b.     Femur: Case Discussion
       c.     Symposium: Calcaneal Fractures – when and how to fix them
**Napa Valley Trauma Symposium – Innovative Techniques for Long**
**Bone Fractures, Napa California, September 27 – 29, 2007**

137.   a.     Calcaneal Fractures
       b.     Pilon Fractures
**Israeli Orthopaedic Association, Key Note Speaker,**
**Tel-Aviv, Israel, December 19 – 21, 2007**

138.   a.     ICL 112: Complex Fractures in the Elderly – Surgical Tips
              & Tricks
       b.     ICL 212:  Treatment of Peri-Prosthetic Fractures
       c.     ICL 329: Tibial Plafond Fractures
       d.     **Specialty Day** – Improving the Trauma Lifestyle: Organization and
              Resources
**AAOS 75th Annual Meeting, San Francisco, March 5 – 9, 2008**
139.   a.     Foot and Ankle Trauma
       b.     The American Way of Life

_**Roy Sanders, M.D. Curriculum Vitae page 82**_

**German Foot & Ankle Society Congress,**
**Coburg, Germany, April 4 – 5, 2008**

140.   a.     Open Reduction & Internal Fixation
        b.     Total Ankle Replacement Post Trauma
              indications and problems
        c.     Operative Techniques
        d.     Overview of Treatment of Calcaneal Malunions
**AO Injured Foot Course for Surgeons**
**Bristol, United Kingdon, June 4 – 6, 2008**

141.   a.     Evolution of Hip Fracture management
**JSFR Meeting, Fukuoka, Japan, June 24 – 26, 2008**

142.   a.     Clavicle Fractures: When should we operate
        b.     Proximal Humerus: Plate Fixation
        c.     Key Note Speaker: Calcaneal Fractures in 2010
**9th Annual Boston Orthopaedic Trauma Symposium**
**Boston, MA, September 12 – 13, 2008**

143.   a.     Symposium: Publishing a Paper: How do I do it
              Overview – what to consider before you start writing
        b.     Moderator: Practical Fixation Techniques for ORIF of Distal Tibia
              Fractures
**24th Annual Meeting of the Orthopaedic Trauma Association**
**Denver, CO, October 15 – 19, 2008**

144.   a.     Implant Innovations
**Tristate Trauma Symposium**
**New York, October 24, 2008**

145.   a.     Treatment of Intertrochanteric Fractures
        b.     Calcaneal Fractures
**Grand Rounds, Mount Sinai School of Medicine**
**New York, October 27 – 29, 2008**

146.   a.     Treatment of Late and Failed Pilon Fractures
        b.     Complex Fractures in the Elderly: Surgical Tips and Tricks
        c.     ORIF of Calcaneal Fractures
**76th Annual Meeting of the American Academy of Orthopaedic Surgeons,**

_**Roy Sanders, M.D. Curriculum Vitae page 83**_

**Las Vegas, February 26 – 28, 2009**

147.   a.    Case Presentation:  Proximal Femur – my worst case
         b.    Proximal Third Tibia Fracture: Plate it
       **Orthopaedic Trauma Association Fellows Course, Boston, MA, April 3 – 4, 2009**

148.   a.    Hands on Skills Lab: Spanning External Fixation (Pelvis, Ankle & Binder)
         b.    Tibia, Ankle & Foot: Extra-articular Proximal Tibia Fractures: Techniques for Nailing with Blocking Screws
         c.    Techniques for Open and Percutaneous Fixation of Calcaneal Fractures
       **Orthopaedic Trauma Association Advanced Trauma Techniques Course for Residents St. Petersburg, FL April 24 – 25, 2009**

149.   a.    **Unstable Intertrochanteric Fractures:** When is closed Treatment Acceptable?
                Clinical Treatment Options: Is sliding Impaction Passe?
                Should all Fixation be Static?
                Case Discussion: My own failures of Fixation and why?
         b.    Workshop:  Gross Anatomy – Approaches – Deltopectoral, Deltoid Split Strategies for Reduction
         **c.**    **Trauma-Distal Humerus, Monteggia Fracture/Dislocation**
                When is Closed Treatment Acceptable?
                **Case Discussion: My own failures of Fixation and Why?**
         d.    **Tibial Pilon Fracture:** OREF – Spanning Frame, Positioning, Approaches, Reduction Maneuver
                Case Discussion: My own failures of fixation and why?
       **Orthopaedic Trauma 2009: Best Clinical Science and Practices, Columbia University, New York, May 15 – 16, 2009**

150.   a.    Talus and Calcaneal Fractures: Current Treatment
         b.    Principles/Indications for Locking Plates in Long Bone
       **77th Annual Meeting of the American Academy of Orthopaedic Surgeons, New Orleans, March 9 – 13, 2010**

151.   a.    **Young Practitioners Forum:** Top 10 hints for Personal Financial management

*Roy Sanders, M.D. Curriculum Vitae page 84*

     b.     Calcaneus Lab

**26th Annual Meeting of the Orthopaedic Trauma Association, Baltimore, MD, October 13 – 16, 2010**

152.  a.     Management of the Soft Tissue Defects in Trauma
     b.     Lis Franc
     c.     Calcaneus Injuries
     d.     Pilon (Talus) Injuries

**AAOS-AAOT Education Program, Buenos Aires, Argentina, November 28, 2010 – December 3, 2010**

153.  a.     Instructional Course Lecture: Talus & Calcaneal Fractures – Current Treatment

**78th Annual Meeting of the American Academy of Orthopaedic Surgeons, San Diego, February 16 – 19, 2011**

154.  a.     Calcaneal Fractures
     b.     Calcaneal malunions
     c.     Talus Fractures
     d.     Pilon Fractures
     e.     Hindfoot Salvage

**15th National Meeting of the Brazilian Society of Foot Surgery, Foz Do Iguacu, Brazil, April 21 – 23, 2011**

155.  a.     Session I: Treatment of the Complex Pilon Fracture – Fixation Techniques Front Only
     b.     Session II: Complex Fractures of the Calcaneus – Complex Reconstruction – Tips and Tricks
     c.     Session III: Salvage of the Post-Traumatic Hindfoot – Failed Pilon Fractures – Treatment Options **(Moderator)**
          Failed Calcaneal Fractures – Treatment Options **(Moderator)**
          Post-Traumatic Hindfoot (TT & ST) – Treatment Options **(Moderator)**

**The Treatment of Foot and Ankle Trauma in the New Millennium Pre-Meeting Course at the AOFAS 27th Annual Summer Meeting Keystone, Colorado, July 13, 2011**

156.  a.     Young Practitioners Forum: Hints for Personal Financial Management

**27th Annual Meeting of the Orthopaedic Trauma Association, San**

_**Roy Sanders, M.D. Curriculum Vitae page 85**_

**Antonio, TX, October 12 – 15, 2011**

157.   a.   Current Concepts in IM Nailing
**Visiting Professor, North Shore Hospital
Auckland, NZ, June 26, 2012**

158.   a.   Tibia Fractures, Boundaries of Intramedullary Nailing: New Approaches
to Proximal Femoral Fractures
**Visiting Professor, Christchurch Orthopaedic Society
Christchurch, NZ, June 27, 2012**

159.   a.   Operative Treatment of Displaced Intra-Articular Calcaneal Fractures
b.   Intramedullary Nailing, Evolution to Intelligent Design
**Visiting Professor, John Hunter Hospital
Newcastle, Australia, June 28, 2012**

160.   a.   Fractures about the Foot & Ankle Lower Leg: Treatment Option –
Formal ORIF
b.   Breakouts: Treatment of Foot & Ankle Fracture – Complex Case
Presentations & Surgical Tips for the Traumatologist (Acetabulum,
Pelvis) – Lead
c.   Fractures about the Lower Leg & Knee: Semi-Extended Nailing of the
Tibial Shaft Fractures
d.   Breakouts: Treatment of Fractures about the Knee – Complex Case
Presentations & Surgical Tips for the Traumatologist (complex Plateau,
Complex Distal Femur) Lead
e.   Fractures about the Shoulder, Elbow & Wrist – Moderator
**Orthopaedic Trauma & Fracture Care – Pushing the Envelope
San Diego, CA, January, 2013**

161.   a.   Instructional Course Lecture: Complex Trauma to Shoulder Girdle
including Clavicle, Scapula & Proximal Humerus – Current Concepts in
Diagnosis and Treatment
**80th Annual Meeting of the American Academy of Orthopaedic Surgeons,
Chicago, March 19 – 23, 2013**

162.   a.   Distal Femur – Nail or Plate
b.   Keynote Speaker: Calcaneus Fractures – State of the Art

*Roy Sanders, M.D. Curriculum Vitae page 86*

**OTA Fellows Course, 2013 – Boston, April 18 – 21, 2013**

163.   a.   Management and Classification of Foot and Ankle Fractures – Past, Present and Future
**86th Annual Meeting of the Japanese Orthopaedic Association Hands-on Seminar – Japan, May 25 - 26, 2013**

164.   a.   Young Practitioners Forum – Tips for Personal Finance Success
     b.   Peri-Trochanteric Fractures: Short or Long Nails – Is the Sliding Hip Screw a thing of the past?
**2013 OTA Annual Meeting, Phoenix, October 9 – 12, 2013**

165.   a.   ORIF (Locked Plates) for Proximal Humeral Fractures: They Don't Work
     b.   Humeral Rods Still have a place in Trauma
     c.   Calcaneal Fracture Classification & Treatment
     d.   Technique Calcaneal Fracture – Video
**Orthopedics Today Hawaii, 2014, January 19 – 23, 2014**

166.   a.   The Art of Using Powerpoint for Effective Presentations
     b.   Complex Trauma to Shoulder Girdle: Diagnosis & Treatment Options in Scapula Fractures including the Glenoid
**81st Annual Meeting of the American Academy of Orthopaedic Surgeons, New Orleans, March 12 – 15, 2014**

167.   a.   Negotiating Strategies for Trauma Call panel Coverage
     b.   Calcaneus Fractures: Reductionn Techniques and Implant Choice
**14th Annual AAOS/OTA Orthopaedic Trauma Update Orlando, FL, May 1 – 3, 2014**

168.   a.   Young Practitioners Forum: Building your career after Fellowship
**2014 OTA Annual Meeting, Tampa, FL, October 15 – 18, 2014**

169.   a.   Tips and Tricks in the Management of Calcaneal Fractures
     b.   Secondary Subtalar Fusion
     c.   Management of Intertroch Fractures
**Turkish Society of Orthopaedics & Traumatology, Antalya, Turkey November 12 – 16, 20**

170.   a.   Syndesmotic Injuries: Open Reduction and CT Scan
     b.   PQ Treatment for Calcaneal Fractures: If, Then, When & How

*Roy Sanders, M.D. Curriculum Vitae page 87*

      c.      Suprapatellar Nailing of Tibial Shaft Fractures
      d.     RIA Bone Graft: Why, How and Should you try this
      e.     Femoral Neck Fractures: Treatment Algorithms
      f.      Acute Clavicle Fractures: Why are we fixing them and How
      g.     Treatment f Nonunions of the Humeral Shaft
      h.     Olecranon Fractures
      i.      Distal Radius Fractures
**Orthopedics Today Hawaii 2015, January 18 – 22, 2015**
**Kauai, Hawaii**

171.   Instructional Course Lecture:
      a.     Getting it right the second time: Pearls & Principles for Revision Surgery in the Foot & Ankle
      b.     Complex Trauma to Shoulder Girdle, including Clavicle, Scapula, and Proximal Humerus: Current Concepts in Diagnosis & Treatment
**2015 Annual Meeting of the American Academy of Orthopaedic Surgeons, Las Vegas, NV, March 24 – 28, 2015**

172.   Faculty Development Sessions:
      a.     Leadership & Professional Academic Skills: The Art of using PowerPoint for Effective Presentations
**2015 Annual Meeting of the American Academy of Orthopaedic Surgeons, Las Vegas, NV, March 24 – 28, 2015**

173.   a.     Ankle Fracture Reconstruction: Osteotomies for Maleolar Malunion, When & How?
      b.     Reconstruction in Pilon Fracture: Malunion & Nonunion, Early & Late Failure
      c.     Calcaneal Fracture Malunion: My Approach (osteotomies, fusion)
      d.     Malunion in Chopart Injury: Navicular & Cuboid Fracture – There is a role for Articular Reconstruction
      e.     Talar Fracture Reconstruction: Reconstruction – when and how
**Foot & Ankle Postraumatic Reconstruction Course –**
**Santiago, Chile May 14 – 15, 2015**

174.   a.     Key Note Speaker: Observations in Innovation – Reflections on the last 100 years of Orthopaedic Trauma Surgery
**13th Annual "Trauma 101" Fracture Care for the Community Orthopedist & Orthopaedic PA & NP Course, Cincinnati, OH, May 28 – 30, 2015**

*__Roy Sanders, M.D. Curriculum Vitae page 88__*

175. **Newer Concepts in the Treatment of Lower Extremity Fractures Moderator – Foot & Ankle**
   a. Syndesmotic Injuries: Open Reduction and CT Scan
   b. Talus Fractures: Screws Alone and when to add Plates and Why
   c. Cases:  Audience Participation and Questions
   d. Suprapatellar Nailing of Tibial Shaft Fractures
   e. Pilon Fractures, Newer Concepts
   f. Olecranon Fractures
   **Orthopedics Today, Hawaii 2016, January 10 – 15, 2016
   Kona, Hawaii**

176. a. General Fixation Technique
   **OTA Specialty Day at the Annual AAOS Meeting
   March 5, 2016**

178. a. Young Practitioners Forum: Contracts, Houses, and Common Sense Advice
   **OTA Annual Meeting, October 5 - 8, 2016, National Harbor, MD**

179. a. The Treatment of Upper & Lower Extremity Fractures:  An Interactive Lecture Series –
   Plateau Fractures
   Tibial Shaft Fractures – case presentation
   Tibial Shaft Fractures – Pearls of Treatment
   Femur Shaft Fractures – case presentation
   Hip – case presentation
   Foot Fractures – Pearls of treatment
   Ankle Fractures – Pearls of treatment
   **Orthopedics Today, Hawaii, 2017, January 8 – 12, 2017
   Maui, Hawaii**

180. a. The future of Orthopedic Trauma
   **Foundation for Orthopaedic Trauma (FOT) 8th Annual Trauma Symposium, Las Vegas, NV February 17, 2017**

181. a. Lower Extremity Cases: What Went Wrong / Failed ORIF
   Subtrochanteric Distal Tibial Nailing
   b. Unstable Intertrochanteric Fracture – what works
   c. Breakout Sessions:  Innovations in Tendon Surgery Support

*Roy Sanders, M.D. Curriculum Vitae page 89*

**29th Annual Orthopaedic Trauma Course, May 5 – 6, 2017
New York, NY**

182.   a    Calcaneal Fractures – Tips & Tricks
        b.    Pilon Fractures – State of the Art
        c.    Cadaveric Surgery – Suprapatellar Nailing
        d.    Breakout Session:  Approaches for Pilon/Talus/Lisfranc
        e.    Orthopaedic Research: Trials that make a difference
**The Edinburgh International Trauma Symposium
August 16 – 18, 2017, Edinburgh, Scotland**

183.   a.    Symposium – International Trauma Care Forum Session
                Moderator – Fusion
        b.    John Border Memorial Lecture – Observations in Innovation
**OTA 2017 Annual Meeting, October 11 – 14, 2017
Vancouver, Canada**

184.   **The Treatment of Upper and Lower Extremity Fractures: An Interactive
      Lecture Series – Moderator**
        a.    Plateau Fracture: Case Presentation
        b.    Tibial Shaft: Case Presentation
        c.    Femur Shaft: Case Presentation
        d.    Hip: Case Presentation
        e.    Foot Fractures: Pearls of Treatment
        f.    Ankle Fractures: Pearls of Treatment
**Orthopedics Today, Hawaii 2018, January 7 – 11, 2018
Kauai, Hawaii**

185.   **Periprosthetic Fractures – Key Note Lecture**
        a.    The Role of Locking Plate Technology in the Management of
                Periprosthetic Fractures:  Issues and Challenges
      **Periprosthetic Femoral Fractures around TKA**
        b.    The Case of Nails
      **Special Situations & Outcomes**
        c.   Intraprosthetic Fractures: My Preferred Method of Treatment
      **Periprosthetic Fractures:  Current Aspects of management – 9th Clinical
      Course, March 26 – 27, 2018, Leeds UK**

186.   a.    International Trauma Care Forum – Paper Session, Foot & Ankle
                (Moderator)

_**Roy Sanders, M.D. Curriculum Vitae page 90**_

   b.   OTA Breakout Session: Calcaneus Fracture Fixation: Strategies for success (Moderator)
   **OTA Annual Meeting, Orlando, FL, October 17 - 20, 2018**

187.   The Treatment of Upper & Lower Extremity Fractures: Ankle/Tibial Injuries – Moderator
   **a.** The Truth about the Syndesmosis: Have we solved the Problem?
   **b.** Is Suprapatellar Nail Insertion right for you?
   **c.** What's the deal with IMN for Intertroch Fractures? SHS Works Just Fine
   **d.** Debate: Periprosthetic Fractures above a TKR Point: Retrograde IM Nailing is the Solution
   **Orthopedics Today Hawaii 2019, January 13 – 17, 2019**


**PRESENTATIONS (AUTHOR), REGIONAL AND LOCAL MEETINGS**

1.   Laser Doppler Flowmetry and Bone Blood Flow.
   **Annual Scientific Meeting**
   **Hospital for Joint Diseases, Orthopaedic Institute,**
   **New York, New York, October, 1985.**

2.   a.   External Fixation of the Tibia
   b.   Current Concepts in Treatment of Femoral Fractures
   c.   The Treatment of Distal Fractures of the Radius
   d.   Pelvic Trauma; Diagnosis and Treatment Options
   **Visiting Professor,**
   **University of Kentucky,**
   **Lexington, Kentucky, July, 1987.**

3.   Diagnosis and Treatment of Intra-Articular Fractures of the Calcaneus.
   **Visiting Professor,**
   **Erlanger Medical Center,**
   **Chattanooga, Tennessee, October, 1987.**

4.   Prospective Comparison of Enders' Nails and External Fixation in the Management of Open Tibial Fractures.
   **HJD/OI Alumni Scientific Meeting,**
   **New York City, New York, October, 1987.**

5.   Intra-Articular Fractures of the Calcaneus, - an Operative Approach.
   **Current Trends in Orthopaedics,**

_**Roy Sanders, M.D. Curriculum Vitae page 91**_

       **Clearwater, Florida. April, 1988.**

6.    A Prospective Randomized Comparison of Enders Nails to External Fixation in Open Tibial Fractures.
**Florida Orthopaedic Society,
Key Largo, Florida, May, 1988.**

7.    a.    The Intraoperative Treatment of Calcaneal Fractures
       b.    Treatment of Supracondylar Femur Fractures
       c.    The Operative Treatment of Acetabular Fractures
       d.    Complications of Pelvic and Acetabular Fractures
**Orthopedic Trauma: The Next Challenge.
Mt Sinai School of Medicine, New York, March, 1989**

8.    The Operative Treatment of Calcaneal Fractures.
**Visiting Professor,
Booth Memorial Hospital,
New York, March, 1989.**

9.    The Operative Treatment of Calcaneal Fractures.
**Visiting Professor,
Hospital for Joint Diseases, Orthopedic Institute,
New York City, New York, March, 1989.**

10.    The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical Results.
**Visiting Professor,
Department of Orthopedics, University of Colorado
Denver, Colorado. October, 1989.**

11.    The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical Results.
**Visiting Professor,
Department of Orthopedics, State University of New York: Stony Brook,
Stony Brook, New York, November, 1989.**

12.    The Operative Treatment of Intra-Articular Calcaneal Fractures.
**Visiting Professor,
University of Miami Department of Orthopedic Surgery,
Miami, Florida. January, 1990.**

_**Roy Sanders, M.D. Curriculum Vitae page 92**_

13. The Operative Treatment of calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical Results.
**Florida Orthopedic Society,**
**Captiva Island. April, 1990.**

14. The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical   Results.
**Visiting Professor,**
**Department of Orthopedics, Emory University,**
**Atlanta, May, 1990.**

15. The Operative Treatment of Distal Femur Fractures.
**The Operative Treatment of Femur Fractures,**
**University of South Florida**
**Tampa, Florida, May, 1990**

16. Ilizarov Techniques - Basic Science and Application.
**Orthopedics for the Family Practitioner,**
**Clearwater, Florida, May, 1990**

17. a. The Open Tibia - Diagnosis and Treatment
   b. Orthopedic Management of the Polytraumatized Patient
**Visiting Professor,**
**St. Luke's Hospital Medical Center,**
**New York City, New York, June, 1990**

18. a. The Treatment of the Polytraumatized Patient
   b. The Management of the Open Tibia
   c. External Fixation of the Pelvis
**External Fixation Workshop,**
**Piscataway, New Jersey, July, 1990**

18. The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical Results.
**Visiting Professor,**
**Division of Orthopedics, UT Health Science Center,**
**Houston, Texas, July, 1990**

20. a. CT Classification of Calcaneal Fractures
   b. Late Treatment of Calcaneal Fractures

_**Roy Sanders, M.D. Curriculum Vitae page 93**_

**Georgia State Medical Society - Orthopedic Section –
Atlanta, Georgia, January 1991**

21. The Operative Treatment of Calcaneal Fractures - Pathological Anatomy, CT Classification, Operative Techniques, and Clinical Results.
**New Jersey State Medical Society Annual Orthopedic Symposium, Somerset, New Jersey, October, 1991**

22. a. Complications in ORIF of Supracondylar Femur Fractures
    b. Decision Making in Calcaneal Fractures.
    **Southeastern Orthopaedic Trauma Conference, High Point, N.C. January, 1992**

23. The Operative Treatment of Intra-Articular Calcaneal Fractures.
    **Visiting Professor,
    Department of Orthopaedics, Brown Universtiy School of Medicine, Providence, Rhode Island, April, 1992**

24. The Operative Treatment of Intra-Articular Calcaneal Fractures.
    **Visiting Professor,
    Department of Orthopaedics, Harvard School of Medicine, Boston, Massachussetts, May, 1992**

25. a. The Operative Treatment of Intra-Articular Calcaneal Fractures
    b. The Operative Treatment of Distal Femur Fractures
    **Visiting Professor,
    Department of Orthopaedics, Mount Carmel Orthopaedic Residency, Columbus, Ohio, May, 1992**

26. Radiation Exposure to the Orthopaedic Surgeon.
    **Florida Orthopaedic Society Annual Meeting,
    Key Biscayne, Florida, May, 1992**

27. a. The Mangled Extremity and Limb Salvage
    b. The Treatment of Supracondylar Femur Fractures
    **Visiting Professor,
    Department of Orthopaedics, New York University School of Medicine, New York City, New York, September, 1992**

*__Roy Sanders, M.D. Curriculum Vitae page 94__*

28     The Operative Treatment of Calcaneal Fractures.
**Visiting Professor,**
**Department of Orthopaedics, Southeastern Medical School,**
**Dallas, Texas, December 1992**

29.    a.     Pre-op Planning
      b.     Indirect Reduction of Fractures
      c.     ORIF of Calcaneal Fractures
**Visiting Professor,**
**Colorado Orthopedic Society, Annual Meeting,**
**Denver, Colorado, June, 1993**

30.    The Operative Management of Intra-Articular Calcaneal Fractures.
**Visiting Professor,**
**Department of Orthopaedics, Columbia University,**
**New York City, New York, June, 1993.**

31.    The Operative Management of Intra-Articular Calcaneal Fractures.
**Visiting Professor,**
**Department of Orthopaedics, Orlando Regional Medical Center,**
**Orlando, Fla., November, 1993**

32.    a.     Intra-articular Fractures of the Calcaneus
      b.     Retrograde Nailing of the Femur
**Annual Bonesetter's Course on Trauma,**
**Pittsburgh, Pennsylvania, June,1994**

33.    The Operative Management of Intra-Articular Calcaneal Fractures.
**Visiting Professor,**
**Department of Orthopaedics, Hospital for Joint Disease,**
**New York City, N.Y., February, 1995**

34.    The Operative Management of Intra-Articular Calcaneal Fractures.
**Visiting Professor,**
**Department of Orthopaedics, University of Pennsylvania,**
**Philadelphia, Pennsylvanis, April, 1995**

35.    a.     Indirect Reduction of Fractures
      b.     Intra-Articular Fractures of the Calcaneus

## Roy Sanders, M.D. Curriculum Vitae page 95

**Visiting Professor,
Department of Orthopaedics, University of California at Los Angeles,
Los Angeles, California, May, 1995**

36    Felix R. Rosenhain Lecture
      **NYU-Hospital for Joint Diseases,
      Department of Orthopaedic Surgery, New York, 1995.**

37.    a.    Calcaneal Fractures
       b.    The Mangled Extremity
       c.    Pilon Fractures
       **Visiting Professor,
       Inova Fairfax Hospital,
       Falls Church, Virginia, March, 1999**

38.    a.    Pilon Fractures
       b.    Calcaneal Fractures
       **Visiting Professor,
       St. Louis Orthopaedic Society,
       St. Louis, Missouri, April, 1999**

39.    a.    Pilon Fractures
       b.    Calcaneal Fractures
       **Visiting Professor,
       The Medical College of Wisconsin
       Milwaukee, Wisconsin, April, 1999**

40.    a.    Calcaneal Fractures
       **Visiting Professor,
       Duke University Medical Center,
       Durham, North Carolina, May, 1999**

41.    a.    Calcaneal Fractures
       b.    Total Ankle Replacement
       **Visiting Professor,
       Naval Medical Center,
       Portsmouth, Virginia, June, 1999**

42.    a.    Calcaneal Fractures
       b.    Midfoot Fractures

*Roy Sanders, M.D. Curriculum Vitae page 96*

    c.    <u>Hindfoot Reconstruction</u>
**Visiting Professor,**
**New Jersey Medical School,**
**Newark, New Jersey, September, 1999.**

43.    a.    <u>Calcaneal Fractures</u>
**Visiting Professor,**
**UnfallKrankenhaus Berlin, Germany, September, 1999**

44.    a.    <u>Calcaneal Fractures</u>
**Visiting Professor,**
**Society of Military Orthopaedic Surgeons,**
**Williamsburg, Virginia, October, 1999**

45.    a.    <u>Calcaneal Fractures</u>
        b.    <u>Total Ankle Replacement</u>
**Visiting Professor,**
**Mount Sinai Hospital,**
**New York, November, 1999**

46.    a.    <u>Calcaneal Fractures</u>
**Visiting Professor,**
**Baylor College of Medicine,**
**Houston, Texas, January 5, 2000**

47.    a.    <u>Retrograde IM Nailing – Indications and Technique</u>
        b.    <u>Percutaneous Plating of the Tibia</u>
        c.    <u>Humeral Fractures – ORIF</u>
        d.    <u>Use of Bioabsorables in Fracture Management</u>
**University of South Florida College of Medicine**
**Aspen, Colorado, January, 2000**

48.    a.    <u>Treatment of Calcaneal Fractures: Current Thinking</u>
**Visiting Professor,**
**Mount Carmel Health System,**
**Columbus, Ohio, March, 2000**

49.    a.    <u>Treatment of Calcaneal Fractures</u>
**Visiting Professor,**
**University of Virginia,**
**Charlottelsville, VA, August, 2000**

_**Roy Sanders, M.D. Curriculum Vitae page 97**_

50.     a.      <u>Calcaneal Malunion</u>
**Visiting Professor, University of Louisville,
Louisville, Kentucky,  August, 2000**

51.     a.      <u>Calcaneal Fractures</u>
        b.      <u>Pilon Fractures</u>
**Guest Lecturer,
14th Annual Callahan Lecture, Loyola University,
Chicago, September, 2000**

52.     a.      Calcaneal Fractures
        b.      Pilon Fractures
**Visiting Professor,
Columbia University,
New York, April, 2002**

53.     a.      Pilon Fractures
        b.      Calcaneal Fractures
**Visiting Professor,
University of Texas Southwestern Medical Center,
Dallas, May, 2002**

54.     a.      Pilon Fractures: Treatment & Results
**Visiting Professor,
Harvard Medical School,
Boston, March, 2003**

55.     a.      Calcaneal Fractures
**Visiting Professor,
Columbia University,
New York, May, 2003**

56.     a.      Calcaneal Fractures
        b.      Pilon Fractures
**Visiting Professor,
SUNY Downstate,
Brooklyn, New York, May, 2003**

57.     a.      Managing the Mangled Extremity
        b.      Current Concepts and Controversies in Pilon, Calcaneal, Talus, & Mid-

*Roy Sanders, M.D. Curriculum Vitae page 98*

Foot Fractures
**Visiting Professor,**
**Sr. Residents Program,**
**Atlanta, Georgia, September 19, 2003**

58.    a.    Pilon Fractures
      b.    Calcaneal Fractures
**IOWA Orthopaedic Alumni Association,**
**University of Iowa,**
**Iowa City, Iowa, September 16 – 18, 2003**

59.    a.    Modern Treatment of Pilon Fractures
**Visiting Professor,**
**University of Kansas School of Medicine**
**Kansas City, Kansas, September 26, 2003**

60.    a.    ORIF of the Calcaneus
      b.    Modern Treatment of Pilon Fractures
**Raney Visiting Professor,**
**University of North Carolina at Chapel Hill,**
**Chapel Hill, NC, April 15 – 17, 2004**

61.    a.    The Operative Treatment of Calcaneus Fractures and  Malunions
      b.    Advances in IM Nailing of the Lower Extremity
      c.    Modern Management of Pilon Fractures and the Complications
**Orthopaedic Fall Visiting Professorship,**
**Wichita, Kansas, October, 2004**

62.    a.    Calcaneus Fracture
      b.    Third Generation Nailing – The Trigen Experience
      c.    Modern Treatment of Pilon Fractures
**Visiting Professor,**
**Hartford Hospital,**
**March, 2005**

63.    a.    Calcaneus Fractures
**Visiting Professor,**
**Yale New Haven Hospital, March, 2005**

64.    a.    Calcaneus Fractures
**Visiting Professor,**

*Roy Sanders, M.D. Curriculum Vitae page 99*

University of Cincinnati,
Cincinnati, Ohio, April, 2005

65.   a.      Pilon Fractures
      **Visiting Professor,**
      **University of Pennsylvania,**
      **Philadelphia, PA, June 16, 2005**

66.   a.      Pilon Fractures – State of the Art
      b.      Calcaneal Fractures – State of the Art
      **Visiting Professor, University of Western Ontario Residents'**
      **Day Symposium – JC Kennedy Memorial Lecturer**
      **London, Ontario, Canada, September 22 – 24, 2005**

67.   a.      Updates in New Trends in Hip Fracture
      **Keynote Speaker, University of Cincinnati**
      **4th Annual Trauma 101 Fracture Care for the Community Orthopedist**
      **Cincinnati, Ohio, May 12 – 13, 2006**

68.   a.      Pilon Fractures
      b.      Calcaneal Fractures
      **Visiting Professor,**
      **Walter Reed Army Medical Center,**
      **Washington, D.C., April 11 – 12, 2007**

69    a.      Pilon Fractures
      **Visiting Professor,**
      **University of Pittsburgh,**
      **Pittsburgh, PA, May 2, 2007**

70    a.      Calcaneal Fractures
      **Visiting Professor,**
      **University of Toledo,**
      **Toledo, Ohio, May 3, 2007**

71    a.      Treatment of Proximal Femur Fractures
      b.      Calcaneal Fractures

**Visiting Professor,**
**University of Nebraska**
**Omaha, Nebraska, June 22 – 23, 2007**

72  a.  Calcaneal Fractures
    b.  Calcaneal Malunions
    **Keynote Speaker, Southeastern Orthopaedic Foot Club**
    **Destin, Florida, May 1, 2008,**

73  a.  Pilon Fractures
    **Alabama Orthopaedic Society 2008 Annual Meeting**
    **Destin, Florida, May 2, 2008**

74  a.  Displaced Intra-Articular Calcaneal Fractures –
        A 20-Year Perspective
    b.  The Modern Treatment of Pilon Fractures
    **The Charles A. Rockwood, Jr. MD Visiting Professor,**
    **The University of Texas,**
    **San Antonio, May, 2009**

75.  a.  Displaced, Intra-Articular Calcaneal Fractures – A 20-Year
         Perspective
     b.  My Twenty Years in Orthopaedics: A Traumatic Experience
     **Visiting Professor,**
     **Harborview ACE/Fellow Research Day**
     **Seattle, WA, July, 2009**

76.  a.  Pilon Fractures
     **Current Solutions in Foot & Ankle Surgery,**
     **Fort Lauderdale, FL, January, 2010**

77.  b.  Calcaneal Fractures
     **Visiting Professor,**
     **Shock Trauma,**
     **Baltimore, MD, March, 2010**

78.  a.  The Operative Management of Displaced Intra-Articular Fractures of the
         Calcaneus (DIACF's)

*Roy Sanders, M.D. Curriculum Vitae page 101*

        **The George J. Garceau Lecturer,**
        **Indiana University,**
        **Indianapolis, IN, June, 2010**

79.    a.    Modern Treatment of Displaced Intra-Articular Fractures of the Calcaneus (DIACF's)
        b.    Modern Treatment of Pilon Fractures
        **Visiting Professor**
        **St. Louis Orthopaedic Society,**
        **St. Louis, MO, October, 2010**

80.    a.    Modern Treatment of Displaced Intra-Articular Fractures of the Calcaneus (DIACF's)
        **5th Annual Kenneth Johnson Lectureship,**
        **Vanderbilt Orthopaedic,**
        **Nashville, TN, November, 2010**

81.    a.    Treatment of Calcaneal Malunions
        **Visiting Professor**
        **Boston University,**
        **Boston, March 7, 2011**

82.    a.    Modern Treatment of Pilon Fractures
        **Visiting Professor**
        **Harvard Medical School, Brigham & Women's Hospital,**
        **Boston, March 9, 2011**

83.    **Salvage for Arthritis –**
        a.    Ankle Arthrodesis: Controversies and Future Considerations
        **Current Solutions in Foot and Ankle Surgery,**
        **Clearwater, FL, April 6 – 9, 2011**

84.    a.    Modern Treatment of Calcaneal Fractures
        b.    Modern Treatment of Pilon Fractures
        **Visiting Professor,**
        **Garden City Orthopaedic Residency**
        **Lansing, MI, April 13, 2011**

85.    a.    Modern Treatment of Pilon Fractures
        b.    Modern Treatment of Displaced Intra-Articular Calcaneal Fractures

*Roy Sanders, M.D. Curriculum Vitae page 102*

**SIR ROBERT JONES LECTURE**
**NYU Hospital for Joint Diseases,**
**New York, May 12 – 13, 2011**

86.    a.    The Prevention of Instability and Collapse in Unstable Intertrochanteric Fractures
        b.    Modern Treatment of Displaced Intra-Articular Fractures of the Calcaneus (DIACF's)
        c.    Modern Treatment of Pilon Fractures
**Robert Hussey Visiting Professor**
**Medical College of Virginia,**
**Richmond, VA, June 9 – 10, 2011**

87.    a.    PQ Treatment for Calcaneal Fractures: If, Then, When & How
        b.    Salvage Surgery for Injuries to the Hindfoot
        c.    Suprapatellar Nailing of Tibial Shaft Fractures
        d.    The Gold Standard – Autograft
**9th Annual Current Solutions in Orthopaedic Trauma,**
**Boca Raton, FL, November 11 – 13, 2011**

88.    a.    Calcaneal Fractures: A 20-year Experience
**Guest Speaker, Orthopaedic Grand Rounds**
**Beaumont Health System, May 21, 2012**

89.    a.    Suprapatellar Nailing for Proximal Tibial Shaft Fractures
**Visiting Professor, Columbia University, New York, December, 2012**

90.    a.    What's New in Intertroch Fractures
        b.    Talus Fractures – Modern Management
        c.    Displaced Intra-Articular Fractures of the Calcaneus
**Visiting Professor, George Washington University**
**May 15 – 16, 2013**

91.    a.    Peri-Trochanteric Fractures: Short or Long Nails/Is the Sliding Hip Screw a thing of the Past?
**36 Annual Howard Rosen Memorial Tri-State Trauma Symposium**
**NYU School of Medicine NY, October 25, 2013**

92.    a.    Pilon Fractures
**Visiting Professor, George Washington University**

_**Roy Sanders, M.D. Curriculum Vitae page 103**_

**Washington, DC, March 25, 2014**

93.     a.      Humeral Shaft Fractures: When and How Should they be fixed?
        b.      Case Presentations: Why Did this Operation Fail? What Now?
        c.      Unstable Intertrochanteric Fractures: Reduction Techniques and
                Preferred Fixation
        e.      Unstable Intertrochanteric Fracture
        f.      Distal Humeral Fractures: Intra-Articular ORIF
        **Orthopaedic Trauma: A Practical Guide To What We Need To Know
        In 2014, Columbia University, New York, May 9 – 10, 2014**

94.     a.      Foot and Ankle Fractures
        **Masters Fracture Forum, Huntington Beach, CA, May 15 – 17, 2014**

95.     a.      Treatment of Tibial Shaft FX: The Suprapatellar Approach and
                Techniques
        **FOS Annual meeting, Orlando, FL May 20 – 21, 2016**

96.     a       Intertan
        **Visiting Professor, UT Southwestern, February 23 – 24, 2017
        Dallas, TX**

97.     a.      Calcaneal Fractures
        **The Alan E. Freeland Research Lecture Series and
        Resident Research Day, June 2, 2017,
        University of Mississippi Medical Center, Jackson, Mississippi**

98.     a.      Keynote Lecture: Observations in Innovation
        **20th Leach Visiting Professor of Orthopaedic Surgery
        Boston, MA, October 20, 2017**

99.     a.      Calcaneal Fractures
        b.      Proximal Femur Fractures
        **Visiting Professor, Brooke Army Medical Center, February 20 – 21, 2018**

100.    a.      The Management and Reconstruction of Complex Hindfoot Trauma
        **Visiting Professor, Annual Patricia Mosbacher Lecture, April 13, 2018,
        Hospital for Special Surgery, NY**

**101.   Problem Fractures – Foot & Ankle - Moderator**
        a.      Fractures of the Talus & Calcaneus – Is this in my Wheelhouse

*Roy Sanders, M.D. Curriculum Vitae page 104*

Fractures of the Femur
b.  Nailing the Femur – Entry Portal, Reduction & More
**Trauma 101 – Fracture care for the Community Orthopedist, May 10 – 12, 2018, Clearwater, FL**

**102**    a.    Modern Treatment of Talus Fractures
b.    Modern Treatment of Calcaneus Fractures
c.    Observations in Innovation
**Visiting Professor, University of Buffalo, NY, June, 7- 8 2018**

**102.**    a.    Modern Treatment of Calcaneal Fractures
**University Hospital, Zurich, September 10, 2018**

103.    a.    Current Controversies in Talus, Calcaneus, LisFranc Fractures
**Regional Trauma Symposium, LA, September 29, 2018**

**104.**    a.    Calcaneus Fractures: Now that it is Infected, Malunited and in Equinus, what should I do?
**Foot & Ankle Fellows Alumni Meeting, Tampa, FL, October 26, 2018**

**105.**    a.    Observations in Innovation
**Visiting Professor, UT Health San Antonio, February 11, 2019**

## PRESENTATIONS (CO-AUTHOR)

1.    Laser Doppler Flowmetry (LDF) Is an Effective Technique for Evaluating Bone Blood Flow. Swiontkowski, M., **Sanders, R.,** Schlehr, F., Federation of American Societies for Experimental  Biology, Washington, D.C., March 31, 1987

2.    Direct In-Vivo Measurement of Meniscal Blood Flow. Limbird, T., +Swiontkowski, M., **Sanders, R.,** Schlehr, F. American Academy of Sports Medicine Annual Meeting, San Francisco, California, 1987

3.    Is External Fixation The Only Way to Manage Open Tibial Fractures?, Holbrook, J., Swiontkowski, M., **Sanders, R.** American Academy of Orthopaedic Surgeons 55th Annual Meeting, Atlanta, Georgia, February, 1988

4.    The Treatment of Subtrochanteric Femur Fractures Using The Dynamic Condylar Screw. Routt, C., **Sanders, R.,** Regazzoni, P. American Academy of

*__Roy Sanders, M.D. Curriculum Vitae page 105__*

Orthopaedic Surgeons 55th Annual Meeting, Atlanta, Georgia, February, 1988

5.  The Efficacy of Double Gloving: Cloth Versus Latex. Fortin, P., **Sanders, R.,** Helfet, D., DiPasquale, T. Orthopaedic Trauma Association Annual Meeting, Dallas,Texas, October, 1988

6.  Comparison of Enders Vs. Ex Fix in Open Tibia Fractures: A Randomized Prospective Trial. Holbrook, J., Swiontkowski, M., **Sanders, R.** Orthopaedic Trauma Association Annual Meeting, Dallas, Texas, October, 1988

7.  Limb Salvage: Results of A Multicenter Study. Howey, T., Helfet, D., **Sanders, R.,** DiPasquale, T. Orthopaedic Trauma Association Annual Meeting, Dallas Texas, October, 1988

8.  Surgical Glove Perforations: The Efficacy of Cloth Versus Latex Gloves. Fortin, P, **Sanders, R.,** Helfet, D., DiPasquale, T. AAOS 50th Annual Meeting, Las Vegas, Nevada, 1989

9.  Surgical Glove Perforations: The Efficacy of Cloth Versus Latex Gloves. Fortin, P, **Sanders, R.,** Helfet, D., DiPasquale, T. AAOS Specialty Day: Orthopaedic Trauma Association, 1989

10. Acetabular Fractures in the Elderly. Borelli, J., Helfet, D., **Sanders, R.,** DiPasquale, T., Orthopedic Trauma Association, Annual Meeting, Philadelphia, October, 1989

11. The Double Locked Non Reamed Tibial Nail - Preliminary Results. DiPasquale, T., **Sanders, R.,** Helfet, D. Orthopedic Trauma Association, Annual Meeting, Philadelphia, October, 1989

12. The Double Locked Non Reamed Tibial Nail - Preliminary Results. DiPasquale, T., **Sanders, R.,** Helfet, D. American Academy of Orthopaedic Surgeons Annual Meeting, New Orleans, February, 1990

13. Results of Treatment of Tibial Plateau Fractures using Indirect Reduction. Koval, K., **Sanders, R.,** Helfet, D., DiPasquale, T. Orthopedic Trauma Association Annual Meeting, Toronto, Canada, 1991

14. Retrograde Femoral Nailing. Koval, K., **Sanders, R.,** DiPasquale, T., Helfet, D. Orthopaedic Trauma Association Annual Meeting, Seattle, Washington,

*Roy Sanders, M.D. Curriculum Vitae page 106*

October, 1991

15. The Treatment of Open Tibial Fractures using an Unreamed Nail – Is External Fixation Obsolete? Anglen, J., **Sanders, R.,** Unger, D., Herscovici, D., Helfet, D., DiPasquale, T. Orthopaedic Trauma Association Annual Meeting, Minneapolis, Minnesota, October, 1992

16. Minimal Versus Maximal Fixation of Ulna Fractures: A Biomechanical Analysis of Indirect Reduction. Dennis, J., **Sanders, R.,** Latta, L., Milne, T. Orthopaedic Trauma Association Annual Meeting, Minneapolis, Minnesota, October, 1992

17. The Oblique Osteotomy for Tibial Malunion. Anglen, J., **Sanders,** R., Mark, J. American Academy of Orthopaedic Surgeons Annual Meeting, San Francisco, California, 1993.

18. The Biomechanical Evaluation of Five Fixation Techniques for Vertical Shear Fractures of the Medial Malleolus. Toolan, B., Koval, K., Kummer, F., **Sanders, R.** American Orthopaedic Foot and Ankle Society Annual Meeting, Asheville, North Carolina, July, 1993

19. Calcaneal Malunions: CT Scan Classification and Results of a Treatment Protocol. Stevens, H., and **Sanders, R.** Orthopaedic Trauma Association Annual Meeting, New Orleans, Louisiana. September, 1993

20. The Detection of Intra-articular Screws during Acetabular Surgery using a simple Auscultation Technique. DiPasquale, T., Herscovici, D., and **Sanders, R.** American Academy of Orthopaedic Surgeons Annual Meeting, New Orleans, La., February, 1994

21. The Detection of Intra-articular Screws during Acetabular Surgery using a simple Auscultation Technique. DiPasquale, T., Herscovici, D., and **Sanders, R.** Orthopaedic Trauma Association Specialty Day Presentation at the American Academy of Orthopaedic Surgeons Annual Meeting, New Orleans, La., February, 1994

22. The Use of the Judet Approach for Operative Treatment of Displaced Intra-Articular Glenoid Fractures.  DiPasquale, T., Herscovici, D., Gregory, P., **Sanders, R.**  Orthopaedic Trauma Association Annual Meeting, Los Angeles, California.  September, 1994

_**Roy Sanders, M.D. Curriculum Vitae page 107**_

23.   Cost Containment of Orthopaedic Trauma Patients using Treatment Protocols.
       Herscovici, D., Scaduto, J., **Sanders, R.,** Gregory, P., DiPasquale, T.
       Orthopaedic Trauma Association Annual Meeting, Tampa, Florida. September,
       1995

24.   Radial Head Fractures Associated with Elbow Dislocations – Result with
       Immediate Stabilization and Early Motion (ISEM). Frankle, M., **Sanders, R.**
       Orthopaedic Trauma Association Annual Meeting, Tampa, Florida.  September,
       1995

25.   A comparison of Intramedullary Fixation Techniques for Humeral Shaft
       Fractures in the Multiply Injured Patient.  Wagner, M., Gregory, P., DiPasquale,
       T., **Sanders, R.,** Herscovici, D.  Orthopaedic Trauma Association Annual
       Meeting, Boston, Massachusetts. September, 1996

26.   Results of a Staged Protocol for Wound Management in Complex Pilon
       Fractures. Sirkin, M., Gregory, P., Herscovici, D., DiPasquale, D., **Sanders, R.**
       Orthopaedic Trauma Annual Meeting, Louisville, Kentucky. October, 1997

27.   Subtalar Fusion for Post Traumatic Arthritis Secondary to Calcaneal Fractures.
       Flemister, S., Infante, A., Sirkin, M., **Sanders, R.**  Orthopaedic Trauma
       Association Annual Meeting, Louisville, Kentucky. October, 1997

28.   A Comparison pf 95-Degree Fixed Angle Plate Devices to Cephalomedullary
       Nails in the Treatment of High Subtrochanteric Femoral Fractures.  Pistel, W.,
       Gregory, P., DiPasquale, T., Herscovici, D., **Sanders, R.**  Orthopaedic Trauma
       Association Annual Meeting, Louisville, Kentucky.  October, 1997

29.   Retrograde vs. Antegrade Nailing of Femoral Shaft Fractures.  Ricci, W.,
       Bellabarba, C., O'Boyle, M., Lewis, Robert., Herscovici, D., DiPasquale, T.,
       **Sanders, R.** Orthopaedic Trauma Association Annual Meeting, Vancouver,
       British Columbia, Canada. October, 1998

30.   The Natural History and Treatment of Open Calcaneal Fractures. Heier, Keith
       A., Infante, Anthony F., Walling, Arthur, K., **Sanders, Roy** W. Orthopaedic
       Trauma Association Meeting, Charlotte, N.C. 1999

31.   Open Reduction Internal Fixation and Immediate Subtalar Fusion for
       Comminuted Intra-Articular Calcaneal Fractures: A Review of 33 Cases.

*Roy Sanders, M.D. Curriculum Vitae page 108*

Infante, Anthony F., Heier, Keith A., Lewis, Bo., **Sanders, Roy W.** Orthopaedic Trauma Association Meeting, Charlotte, N.C. 1999

32.  Open Reduction and Anterior-Inferior Plating of Middle-Third Fractures and Non-Unions of the Clavicle. Collinge, Cory., Devinney, Scott., Herscovici, Dolfi., DiPasquale, Thomas., **Sanders, Roy W.** Orthopaedic Trauma Association Meeting, Charlotte, N.C. 1999

33.  Iatrogenic Nerve Injury during Acetabular Fracture Surgery: A Comparison of Monitored and Unmonitored Patients. Haidukewych, George., Scaduto, Julia M., DiPasquale, Thomas., Herscovici, Dolfi., **Sanders, Roy W.** Orthopaedic Trauma Association Meeting, Charlotte, N.C. 1999

34.  Outcomes of Acute Femoral Neck Fractures in Young Patients. Collinge, Cory., Devinney, Scott., DiPasquale, Thomas., Herscovici, Dolfi., **Sanders, Roy.** Orthopaedic trauma Association Meeting, Charlotte, N.C. 1999

35.  Radial Nerve Palsy Associated with Humeral Fractures.  Yach, Jeff, **Sanders, Roy,** DiPasquale, Thomas, Herscovici, Dolfi.  Orthopaedic Trauma Association Meeting, San Antonio, Texas, 2000

36.  The Insensate Foot: An Indication for Amputation.  Jones, Alan L., McCarthy, Melissa L., Webb, Lawrence X., Sims, Stephen, **Sanders, Roy W.**  Orthopaedic Trauma Association Meeting, San Antonio, Texas, 2000

37.  Anatomic Compression Arthrodesis Technique for Post-Traumatic Arthrosis of the Ankle: Results of Treatment.  **Sanders,Roy,** Steinlauf, Steven, Heier, Keith, Walling, Arthur. Orthopaedic Trauma Association Meeting, San Antonio, Texas, 2000

38.  Operative Treatment of 635 Displaced Infra-Articular Calcaneal Fractures. Infante, Anthony, Heier, Keith, DiPasquale, Thomas, Herscovici, Dolfi, **Sanders, Roy.**  Orthopaedic Trauma Association Meeting, San Antonio, Texas, 2000

39.  Isolated Displaced Fractures of the Talar Neck and Body – Results of Treatment with Open Reduction and Stable Fixation.  Lindvall, Eric M., Haidukewych, George, DiPasquale, Thomas, Herscovici, Dolfi, **Sanders, Roy.** Orthopaedic Trauma Association, San Antonio, Texas, 2000

40.  Nonoperative Treatment of Isolated Medial Malleolus Fractures. Herscovici, Dolfi, Scaduto, Julia, **Sanders, Roy,** Infante, Anthony,

**_Roy Sanders, M.D. Curriculum Vitae page 109_**

>
> DiPasquale, Tom.  American Academy of Orthopaedic Surgeons Annual Meeting, Dallas, TX, February, 2002

41.  _Characteristics that Effect Outcomes in Patients with Limb Threatening Lower Extremity Injuries._  Mackenzie, Ellen, Bosse, Michael J., Kellam, James F., Burgess, Andrew, Webb, Larry, Swiontkowski, Marc, **Sanders, Roy,** Jones, Alan, McAndrew, Mark, Patterson, Brendan, McCarthy, Melissa, Travison, Thomas. American Academy of Orthopaedic Surgeons Annual Meeting, Dallas, TX, February, 2002

42.  _Reconstruction or Amputation of Lower Limb Threatening Injuries: Two-year Clinical and Functional Outcomes in_ Level I Trauma Centers.  Bosse, Michael J., Mackenzie, Ellen J., Kellam, James F., Burgess, Andrew, Webb, Larry, Swiontkowski, Marc, **Sanders, Roy,** Jones, Alan, McAndrew, Mark, Patterson, Brendan, McCarthy, Melissa, Travison, Thomas.  American Academy of Orthopaedic Surgeons Annual Meeting, Dallas, TX, February, 2002

## SCIENTIFIC EXHIBITS AND AV PRESENTATIONS

A.  VIDEOS

1.  _Intertrochanteric Valgus Osteotomy for Femoral Neck Nonunion/Malunion_. AAOS Summer Institute, Chicago, Illinois, 1989.

2.  _Operative Treatment of Interarticular Calcaneal Fractures_. Video Journal of Orthopedics, Vol 4 (2), 1990.

3.  _Open Reduction and Internal Fixation of a Highly comminuted Talus Fracture, using a_ Medial _Malleolar Osteotomy_. AO/ASIF Educational Videos, Davos, Switzerland, 1990, Presented at: AO/ASIF Comprehensive Foot Course, New Orleans,  Louisiana, October 1990.

4.  _Open Reduction and Internal Fixation of a Calcaneal Fracture_. AO/ASIF Educational Videos, Davos, Switzerland, 1990. Presented at: AO/ASIF Comprehensive Foot Course, New Orleans, Louisiana, October, 1990.

5.  _Open Reduction and Internal Fixation of Lisfranc's Fracture Dislocation_. AO/ASIF Educational Videos, Davos, Switzerland, 1990. Presented at: AO/ASIF Comprehensive Foot Course, New Orleans, Louisiana, October, 1990.

*__Roy Sanders, M.D. Curriculum Vitae page 110__*

      6.     *Open Reduction and Internal Fixation of a Comminuted 1st Metatarsophalangeal Joint Fracture Dislocation*. AO/ASIF Educational Videos, Davos, Switzerland, 1990. Presented at: AO/ASIF Comprehensive Foot Course, New Orleans, Louisiana, October, 1990.

      7.     *Subtalar Distraction Bone Block Arthrodesis*. AO/ASIF Educational Videos, Davos, Switzerland, 1990. Presented at: AO/ASIF Comprehensive Foot Course, New Orleans, Louisiana, October, 1990.

      8.     *Corrective Osteotomy of the Second Metatarsal*. AO/ASIF Educational Videos, Davos, Switzerland, 1990. Presented at: AO/ASIF Comprehensive Foot Course, New Orleans, Louisiana, October, 1990.

      9.     *Arthrodesis of the First Metatarso-phalangeal Joint*. AO/ASIF Educational Videos, Davos, Switzerland, 1990. Presented at: AO/ASIF Comprehensive Foot Course, New Orleans, Louisiana, October, 1990.

      10.    *Truncated Wedge Arthrodesis for Pes Cavus*. AO/ASIF Educational Videos, Davos, Switzerland, 1990. Presented at: AO/ASIF Comprehensive Foot Course, New Orleans, Louisiana, October, 1990.

      11.    *Open Reduction and Internal Fixation of A Subtrochanteric Femur Fracture using the Dynamic Condylar Screw*. AAOS, Summer Institute, Washington, D.C., September, 1991.

      12.    *Retrograde Nailing of Femoral Shaft Fractures*. AO/ASIF Educational Videos, Davos, Switzerland. AAOS Annual Meeting, Washington, D.C., 1992.

      13.    *The Oblique Osteotomy for Tibial Malunions*. Video Journal of Orthopaedics. 1994.

B.    AUDIO-TAPES
      1.     *The Operative Treatment of Intra-Articular Calcaneal Fractures*, Audiosynopsis Tapes, June, 1992.

# EXPERT WITNESS CASES RETAINED
# ROY SANDERS, MD
# (updated June, 2020)

Cheatwood v. Horan (Sparks Hospital)
>       Attorney Jason (representing Defendant) **OPEN**

Yeager v. Shapiro
>       Attorney Portia Rauer (representing Defendant) **OPEN**

R. Priece  v. Bennett
>       Attorney J. Nixson Daniel, III (representing       ) **OPEN**

Melton v. Dr. Alan Afsari
>       Attorney Kurt Yockey (representing Defendant) **OPEN**

Nicole Richard v. Government Employee Insurance Company
>       Attorney Kenneth McKenna (representing Plaintiff) **OPEN**

Marsha Martin v. City of Winter Haven
>       Attorney Jessica Conner (representing Defendant) **Settled**

Birge v. Lawless, et al
>       Mark McLaughlin (representing Defendant) **Settled**

Lee Ann Stephens v. Pikeville Medical Center
>       Attorney Chuck Zauzig (representing Plaintiff) **Settled**

Blanco v. Geico, IME 10/6/2014
>       Attorney Todd Miller **(open)**

Opinion on Pilon Fracture/DVT Prophylaxis, patient died
>       Attorney Christopher King (representing Plaintiff – Closed)

Frances Osorio-Rivera v. St. Luke's –St. Vincent Healthcare
>       Attorney Michael Harmon (representing Defendant - **Settled**)

Edward Schultz v. Venice Regional Medical Center
>       Attorney Scott Albee (representing Defendant - **Open**)

William Marks v. Brian Coleman, MD
>       Keith Puya (representing Defendant - Closed)

Lisa Calzadillas v. Dr. Timm
>       Attorney Robert Spector (representing Plaintiff - **Open**)

Brian Hodges Jr. v. Florida Hospital, Kissimmee
        Attorney Mike Estes (representing Defendant **- Open)**

Brendon Lewis v. Northwest Orthopaedic Specialists, PS, ET AL
        Attorney Tom Golden (representing Plaintiff - Closed)

Leah Franck v. International Royal Palm Resort
        Attorney Joseph Graves (Representing Plaintiff **– Open)**

Truong v. Waste Services
        Attorney Juan Ruiz (Representing Plaintiff – Closed)

Chew v. Shute, MD
        Attorney Keith Puya (Representing Defendant – Closed)

Schultz v. Venice Hospital
        Attorney Scott Albee (Representing Defendant – Settled)

Campbell v. Citrus Memorial Hospital
        Attorney Tom Schieffelin (Representing Defendant – Settled)

Chad Evans v. Community Medical Associates
        Attorney Joseph Effinger (Representing Defendant **– Open)**

Markson v. The Ritz Hotel
        Attorney Brad Salter (Representing Plaintiff – Settled)

Hall v. Ortega, MD
        Attorney Kent & Wittekind (Representing Defendant – Settled)

Glenn Miller & Tina Miller v. Krishna Chamhitt & Fedex Ground Package System
        Attorney Michael LeRoy (Representing Defendant – Settled)

Gibbs v. DRC/Holiday Inn
        Attorney Goldberg Segalla (Representing Defendant – Settled)

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS

**MARK CHEATWOOD and**
**CARYL CHEATWOOD**                                    **PLAINTIFFS**

**v.**                          **CASE NO. 2:19-CV-02088-PKH**

**FORT SMITH HMA, LLC,**
**COMMUNITY HEALTH SYSTEMS;**
**BAPTIST HEALTH FKA SPARKS**
**REGIONAL MEDICAL CENTER;**
**Dr. DANIEL MWANZA;**
**DR. MICHELLE HORAN;**
**UNKNOWN MEDICAL DOCTORS 1 THROUGH 10; and**
**UNKNOWN HOSPITAL STAFF 1 THROUGH 10**          **DEFENDANTS**

### EXPERT REPORT OF BRYAN SIMMONS, M.D.

Comes Defendant, Michelle Horan, M.D., by and through her attorneys, Wright, Lindsey & Jennings, LLP and for her Expert Report for Bryan Simmons, M.D., states as follows:

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Dr. Horan hereby discloses the following testifying expert, along with his written report as required by the Court's Second Amended Final Scheduling Order of April 9, 2020:

### Bryan Simmons, M.D.

My name is Bryan Paul Simmons, M.D. I have been retained by the attorneys for Michelle Horan, M.D. in the above-referenced action to respond to certain claims and assertions of Mark and Caryl Cheatwood. I have been asked to provide my opinions as an expert in infectious diseases based on my education, training, and experience. All of my opinions are held to a reasonable degree of medical certainty or probability.

## I.    INTRODUCTION

I am Fellowship trained in Infectious Diseases and Board certified in Internal Medicine and Infectious Diseases. My curriculum vitae is attached as Exhibit A. I have licenses to practice medicine in Tennessee and Arkansas. My hospital appointments include having been the Medical Director of Infection Prevention for 36 years with Methodist Le Bonheur Healthcare in Memphis, Tennessee.

---

**EXHIBIT D**

I am being compensated for my time at the following rates:
- Review of materials/writing reports     $400/hr
- Deposition attendance     $400/hr
- Trial Testimony     $4000/day or part of a day

I have testified in prior court proceedings.  A list of the cases in which I have given deposition or trial testimony is attached as Exhibit B.

My opinions in this matter are based on my education, training, and experience in infectious diseases and care and treatment of catastrophic, open fractures. I have reviewed the following documents and materials in order to formulate my opinions in this case:
- Complaint
- Records received from Plaintiff
- Air Evac Medical and Billing Records
- Encompass Fort Smith Medical and Billing Records
- Fort Smith EMS Medical and Billing Records
- Jack C. Montgomery VA Medical Records
- Oklahoma Spine & Brain Medical and Billing Records
- Orthopedic & Trauma Service of Oklahoma Medical and Billing Records
- Sequoyah Memorial Hospital Medical and Billing Records
- Sparks Regional Medical Center Medical and Radiology Records
- Tulsa Spine & Specialty Medical Records
- UAMS Medical, Radiology, and Billing Records
- Deposition of Mark Cheatwood
- Deposition and Exhibits of Caryl Cheatwood
- Deposition and Exhibits of Dr. Daniel Mwanza
- Deposition and Exhibits of Dr. Michelle Horan

## II.   DISCUSSION AND OPINIONS

Mr. Cheatwood presented to the emergency department at Sparks Regional Medical Center in Fort Smith, Arkansas on July 10, 2017.  Mr. Cheatwood had fallen approximately 30 feet from a crane he was operating to the ground below consisting of wastewater.  He presented to the emergency department and was assessed by Dr. Horan at 8:38 a.m.  He was assessed with a closed burst fracture of lumbar vertebra, open bimalleolar fracture of the left ankle, fracture and dislocation of right ankle, closed Colles' fracture of left radius (forearm) and closed fracture of body of sternum. CT scans of the abdomen, chest, cervical and lumbar spine and X-rays of the ankles and left forearm were ordered and obtained. The fracture of left leg was so severe that he lost blood flow from his posterior tibial artery in the lower leg resulting in significant decreased perfusion.  Dr. Horan ordered orthopedic and neurosurgery consults and ordered IV Ancef (antibiotic). Dr. John Harp, orthopedic surgeon,

answered the consult and scheduled Mr. Cheatwood for orthopedic surgery consisting of an irrigation and debridement (I&D) and external fixation of the open fracture of left leg to begin at 12:30 p.m. An I&D is a cleaning of the open wound and is to be done under general anesthesia.    As such, Mr. Cheatwood was admitted to the medical/surgical unit at 11:28 a.m. by the attending, Dr. Daniel Mwanza, and at 11:55 a.m. was moved to preop where he was prepared for surgery.  With this, Dr. Horan acted within the standard of care to immediately order the administration of Ancef and to promptly consult the orthopedic surgeon for surgery consisting of irrigation and debridement and fixation of the open wound fracture of the left leg.   Likewise, with a traumatic injury to the leg that Mr. Cheatwood experienced, it is within the standard of care to reserve cleaning the open wound until the patient is in surgery and under general anesthesia, which Dr. Horan appropriately did.

Pursuant to the medical records, the I&D and external fixation of the left leg were postponed by the neurosurgeon, Dr. Arthur Johnson due to the unstable lumbar fracture and apparent inability to approach the Lumbar (neurosurgery) anteriorly. Dr. Johnson likewise made the decision to transfer Mr. Cheatwood to a tertiary facility for surgery on his back.   Mr. Cheatwood was transferred by air medical transport at approximately 3:04 p.m. arriving at UAMS in Little Rock at approximately 4:28 p.m.

While at UAMS, Mr. Cheatwood underwent four I&D procedures of the left ankle, but no immediate attempts to treat the arterial interruption to re-establish blood flow were made.  Mr. Cheatwood was administered Zosyn (antibiotic) during his stay at UAMS.  However, necrosis of the lower left extremity was not discovered until July 24, when cultures were first obtained.  In fact, Zosyn was discontinued on July 17 and it is understood Zosyn was restarted on or around July 23rd before a fourth left ankle debridement on July 24th and the below knee amputation on July 26th.  Discontinuing the antibiotic is inconsistent with the treatment of a patient with an infection.

It is my opinion within a reasonable degree of medical probability that the necrosis which led to amputation was the direct result of a vascular compromise that, in addition to depriving the limb of its necessary oxygen supply, also disrupted the circulatory pathway necessary for the antibiotic to reach the limb and be effective. Moreover, the vascular compromise was the result of an arterial interruption that was ultimately not treated at UAMS. In fact, pursuant to UAMS medical records, Dr. Garrison noted the amputation was necessary due to the "nature of his trauma" as he did not observe any vascularity in the distal tibia, which caused ischemic necrosis.

I am familiar with the standard of care applicable to physicians in the emergency department settings in localities similar to that of Sparks Regional Medical Center in Fort Smith, Arkansas. I am also familiar with the standard of care of such physicians in those settings who are faced with the task of appropriately

treating patients with open ankle fractures.

In sum, I believe that no act or omission of Dr. Horan was below the standard of care or proximately caused injury, specifically the below knee amputation. I hold all of my opinions to a reasonable degree of medical certainty or probability.

## III.   CONCLUSION

My investigation in this matter continues. I may review additional materials as they become available, and I may supplement or amend my opinions based on my research or any new information or documents. I also reserve the right to supplement or amend this report in response to any analysis of my report or opinions offered by or on behalf of Plaintiff.

Bryan Simmons, M.D.

# C U R R I C U L U M   V I T A E

## BRYAN PAUL SIMMONS

**BIRTHDATE**          October 21, 1949

**BIRTHPLACE**          Lexington, Kentucky

**MARITAL STATUS**          Married to Barbara

**CHILDREN**          Rebecca and Ryan

**HOME ADDRESS**          798 River Park Dr.
Memphis, Tennessee 38103-0858

**EDUCATION**          Millington Central High School
Millington, Tennessee
Graduated May, 1968.

Duke University, Durham, North Carolina
1968-1972, B.S. Mathematics,
Magna Cum Laude
Degree granted May, 1972.

Vanderbilt University Medical School,
Nashville, Tennessee
1972-1976, M.D.
Degree granted May, 1976.

**HONORS**          Public Health Service Commendation Medal 1982 for sustained high quality work performance. "This award requires a level of proficiency and dedication distinctly greater than that expected of the average commissioned officer, keeping in mind that a commission presupposes high standards of performance."

Living Award 2019--Inspiration in Faith and Health.  Presented to an individual which has made an extraordinary humanitarian contribution to/through Methodist Le Bonheur Healthcare - - The recipient will have distinguished him/herself by leadership and commitment to the Faith and Health Mission of Methodist Le Bonheur Healthcare.

Bryan Paul Simmons
Page 2

**PERSONAL**    A cross-country, ocean-to-ocean, self-contained bicycle trip which covered 3,400 miles in 33 days, 1972.

**ACCOMPLISHMENTS**  Walking Pilgrimage on the Camino de Santiago de Compostela, covering 482 miles (775 Kilometers) in 35 days of walking, from St Jean Pied de Port France to Santiago Spain, 2016.

**INTERNSHIP**   Internal Medicine, Pennsylvania State University Hershey, Pennsylvania, 1976-1977.

**RESIDENCY**   Internal Medicine, Pennsylvania State University Hershey, Pennsylvania, 1976-1979.

**FELLOWSHIP**   Infectious Diseases, Emory University School of Medicine, Atlanta, Georgia, 1982-1984.

**MILITARY SERVICE**  Epidemic Intelligence Service Officer,  Hospital Infectious Branch, Bacterial  Diseases Division, Bureau of Epidemiology, Centers for Disease Control, Atlanta, Georgia, 1979-1981. Rank, Lieutenant Commander.

        Guidelines Activity, Hospital Infections Branch, Bacterial Disease Division, Bureau of Epidemiology, Centers for Disease Control, Atlanta, Georgia, 1980 -1981.

        Chief, Guidelines Activity, Hospital Infections Program, Center for Infectious Diseases, Centers for Disease Control, Atlanta, Georgia, 1981-1982.

**BOARD CERTIFICATION** Diplomate, National Board of Medical Examiners, 1977.

        Diplomate, American Board of Internal Medicine, Internal Medicine, 1979.

        Diplomate, American Board of Internal Medicine, Infectious Diseases, 1984.

**MEDICAL LICENSURE** Tennessee, M.D. License No.15503, Serial No. 16063, May 13, 1984.

        Arkansas, M.D. License No.E-0615, September 8, 1995

Bryan Paul Simmons
Page 3

## SOCIETY MEMBERSHIP

Member, Society for Healthcare Epidemiology of America (SHEA) 1984 – present; National Governing Board  Councilor (1986-1988); Member Severity of Illness Working Group (1987-1988); Chairman, National Nominations Committee, 1988; Member, Education Committee, 1989-1991; Chairman, Quality Management Committee, 1991-1994; Member, SHEA Committee for Revision of the JCAHO Manual on Infection Control, 1991; Vice President SHEA 1993; President Elect 1994; President 1995; Member, Annual Meeting Planning Committee for 1995 Meeting, 1993-1995; Chairman, Project to Monitor Indicators Committee, 1994 and member 1994-present; Leader of delegation to **White House** to meet with Carol Rasco, Assistant to the President for Domestic Policy, July 14, 1995, and April 19, 1996; Fellow, SHEA 2004.  Patient Safety and Quality Improvement Committee 2006 – 2007.

Member, Epidemic Intelligence Service Alumni Association.

Member, Association of Practitioners of Infection Control (APIC), 1985-1989; Member, National Guidelines Committee,   1987-1988; Liaison, American Hospital Association, 1987; Member, APIC-SHEA AIDS Task Force, 1989.

Member, American Society for Microbiology.  Chair-elect, Division L (Nosocomial Infections) 1990; Chair, Division L 1991.

Fellow, American College of Physicians (FACP), 1988.

Member, American Medical Association, 1986-2016.

Member, Infectious Diseases Society of America; Fellow, IDSA, 1990; Member, Clinical Affairs Committee, 1994-1995.

Member, Memphis and Shelby County Medical Society 1986-2016; Representative to Shelby County Advisory Committee on AIDS, 1989.  Elected, Board of Directors 2002-2005.

Member, Tennessee Medical Association 1986-2016; Member, TMA Infectious Diseases Committee, 1993-1994.

Founding Member, Infectious Diseases Society of Tennessee, 1990; Constitution and Bylaws Committee, 1990; Secretary/Treasurer 1990-1993.

Duke Club of Memphis, President, 1989-1995. Board of Directors, 1989-94.

Co-Chair, Subcommittee on Mandatory Reporting of Healthcare Acquired Infections, State of Tennessee, 2005-2006.

Bryan Paul Simmons
Page 4

## HOSPITAL APPOINTMENTS

Medical Director of Infection Prevention, Methodist Le Bonheur Healthcare, Memphis, Tennessee, 1984-2020.

Faculty, Internal Medicine Residency Program, Methodist Le Bonheur Healthcare, Memphis, Tennessee 1984-2003.

Infection Prevention Committee, 1984-present. Chairman, 2001-2020.

Senior Leadership Council, 1990-2020.

Continuous Quality Improvement Council, 1991-1998.

Physician Computer Automation Committee, 1992, Chairman.

Clinical Research Steering Committee, 1995-1997.

Medical Operations Council, 2005.

Antimicrobial Stewardship Committee, Member 2010-2016.

Medical Executive Committee, Methodist Le Bonheur Healthcare, 2014-2016.

Department of Internal Medicine, Methodist Le Bonheur Healthcare, Vice Chair, 2014 – Chair 2015-2017.

## PRACTICE EXPERIENCE

Private practice, Infectious Diseases, Methodist Le Bonheur Healthcare, Memphis, Tennessee, July 1984 to 2016 and Crittenden Memorial Hospital, West Memphis, Arkansas, 1995-1999.

Clinician Consultant, Shelby County Health Department, Tuberculosis control and elimination department, 2016 - 2018.

Volunteer Medical Staff, Church Health Center; July 2019-2020.

## UNIVERSITY APPOINTMENTS

Clinical Instructor, University of Tennessee School of Medicine, Memphis, Tennessee, 1985-1989; Clinical Assistant Professor of Medicine, 1989-1993; Clinical Associate Professor of Medicine, 1993-2003. Clinical Professor of Medicine, July 2003-present.

Recombinant DNA Biosafety Committee, University of Tennessee, 1989-1994.

Committee for Protocol for Exposure to Blood-Borne Pathogens, University of Tennessee, 1991-1993.

Adjunct Associate Professor, Department of Biostatistics and Epidemiology, 1991-1993; Associate Professor, Department of Preventive Medicine, Division of Biostatistics and Epidemiology, University of Tennessee College of Medicine, 1993-present.

## OTHER APPOINTMENTS

Medical Director, Quality Management (Infection Prevention, Quality Assurance and Risk Management), Methodist Health Systems (13-hospital system in Tennessee, and Mississippi), 1984 -1998.

Participant, Symposium on Chemical Germicides in the Health Care Field: Current Status, Evaluation of Efficacy and Research Needs; Official Representative, Association of Practitioners of Infection Control, 1987.

Consultant, Joint Commission on Accreditation of Healthcare Organizations, working group concerning risk and severity adjustments in quality assurance, 1987.

Shelby County Advisory Committee on AIDS, official representative, Memphis and Shelby County Medical Society, 1988-1989.

Member, Workgroup to Derive Medical Review Criteria, Agency for Health Care Policy and Research, U.S. Public Health Service, 1992-1994.

Examiner, President's Quality Award, 1995, Arlington, Virginia.

Member, Executive Committee, Project to Monitor Indicators, a joint project of the Society for Healthcare Epidemiology of America and the Joint Commission on Accreditation of Healthcare Organizations (JCAHO), 1995-2004.

Consultant, Institute for Healthcare Improvement, Preventing Errors in Clinical Medicine, October, 1995, Boston, Massachusetts.

Member, Surgical Procedure and Complications Clinical Advisory Panel, Joint Commission on Accreditation of Healthcare Organizations, 1999.

Member, Joint Commission on Accreditation of Healthcare Organizations, Division of Research, Infection Control Expert Panel, convened in Chicago, February 4, 2003.

Bryan Paul Simmons
Page 6

## EDITORIAL APPOINTMENTS

Section Co-Editor for section "Beyond Infection Control" for journal "Infection Control and Hospital Epidemiology," 1992-2001.

Editorial Board, "Medical Audit News" (Published in London, UK), 1991-1995.

## INVITED LECTURES

1.   Clinical Microbiology Reviews (Mayo Medical Laboratories /Duckworth Pathology Group, Inc.) September 1985.  "Human T-Cell Lymphotropic Virus III (HTLV-III), Antibody Testing and Infection Control."

2.   Smokey Mountains Infectious Diseases Conference, November, 1985.  "Acquired Immune Deficiency Syndrome" and "Lyme Disease."

3.   Advances in Infectious Diseases III, Baptist Hospital, Memphis, Tennessee, October 1985, "Newly Described Infectious Diseases."

4.   Symposium on "The Art and Practice of Hospital Epidemiology", Houston, Texas, April 11, 1985, "Surgical Wound Infections."

5.   Grand Rounds, Hershey Medical Center, Pennsylvania State University, February 13, 1986, "Hospital-acquired Infections:  New Perspectives for Investigation and Control -- A SENIC View."

6.   Grand Rounds, Neurology, University of Tennessee Medical School, Memphis, Tennessee, June 11, 1986.  "Tuberculous Meningitis."

7.   Infectious Diseases, 1986, Baptist Hospital, Memphis, Tennessee, October 31, 1986.  "Urinary Tract Infections" and "Meningitis."

8.   Symposium, Society of Hospital Epidemiologists of America, November, 1986, Nashville, Tennessee.  "Hospital Infection Control Consortium: An Experiment for the '80's."

9.   Grand Rounds, Medicine, University of Tennessee Medical School, Memphis, Tennessee, December 4, 1987.  "Infections in Neutropenic Patients."

10.  AIDS, Practical Applications for Nurses and Social Workers, sponsored by National Institutes of Health, April, 1988.  "Transmission and Infection Precautions."

11.  Grand Rounds, Medicine, University of Nebraska Medical School/Bishop Clarkson Memorial Hospital, Omaha, Nebraska, August, 1988.  "Selected Aspects of Nosocomial   Infections."

Bryan Paul Simmons
Page 7

12.     The Fundamentals of Surveillance, Prevention, and Control of Nosocomial Infections, sponsored by the Association of Practitioners of Infection Control, Chicago, Illinois, April 3, 1989. "Principles of Epidemiology" and "Basic Statistics/Data Presentation."

13.     Grand Rounds, Medicine, University of Tennessee Medical School, Chattanooga, Tennessee, May 4, 1989.  "New Trends in Nosocomial Infections."

14.     Annual Convention, Tennessee Pharmacists Association, Memphis, Tennessee, June, 1989. "Antibiotics in the Home Health Environment".

15.     An Update on Infectious Diseases for the Primary Care Physician, University of Tennessee, Chattanooga, October 5-6, 1989.  "Staphylococcal Infections" and "Infections in the Elderly."

16.     Moderator and Organizer, Symposium on Rapid and Molecular Diagnostic Techniques in Hospital Epidemiology, American Society of Microbiology Annual Meeting, Anaheim, California, May 14, 1990.

17.     Lessons from the Past...Challenges of the Future!  1990 Nebraska Infection Control Network Educational Conference, Omaha, Nebraska, June, 1990.  "Quality Assurance" and "Infection Control in Home Health Care."

18.     Visiting Professor Conference, Bethany Medical Center, Kansas City, KS, October 19, 1990. "Antibiotics, a Look at the New and Re-Look at the Old," "Case Presentations," and "When to Use Which Antibiotic."

19.     Sixth Annual Smokey Mountains Infectious Disease Conference, Gatlinburg, TN, May, 1991. "Commonly Used Parenteral Antibiotics" and "Viral Hepatitis."

20.     Training course in hospital epidemiology cosponsored by American Hospital Association, the Society of Hospital Epidemiology of America (SHEA), and Centers for Disease Control (CDC), May 16-19, 1991, Chicago, Illinois.  "Role of the Hospital Epidemiologist in Quality Improvement," and "The Continuous Improvement (Total Quality) Model for Solving Problems."

21.     Innovations for Infection Control Practices, Teleconference Network of Texas, October, 1991. "The Continuous Improvement Model for Problem Solving."

22.     Moderator, "Problematic Nosocomial Infections: Epidemiology and Control" and "Quantitative Cultures in Hospital-Acquired Infections" (seminar), American Society for Microbiology Annual Meeting, New Orleans, Louisiana, May 27 and 29, 1992.

23.     Third Brazilian Congress on Prevention and Control of Hospital Infections, November 1992, Brazilian, Brazil.  "Role of the Hospital Epidemiologist in Quality Improvement" (my talk and slides were presented by Dr. William Martone because of visa difficulties).

24.     Grand Rounds, Medicine, University of Tennessee Medical School, Memphis, Tennessee, November 11, 1992.  "Infections in Intensive Care Units".

25.     Moderator, "Meet the Consultant:  Meeting the QA Challenge" and "Symposium III:  Evolving Hospital Epidemiology:  Issues and Controversies," Annual Meeting of the Society for Hospital Epidemiology of America, Chicago, April 18 and 19, 1993.

26.     The Critical Care Medicine Visiting Professor Lecture Series, "Infections in the Intensive Care Unit," and "What's New in Nosocomial Infections", The Center for Critical Care, St. Francis Medical Center, Pittsburgh, PA, December 7-8, 1993.

27.     Hospital Quality Management Course.  "Organizing for Quality", "Application of Epidemiology to Quality Improvement", "Critical Pathways", "QM in Various Hospital Departments", and "Overview of QM in the U.S." Saint Mary's Hospital, Hong Kong, November 23-25, 1994.

28.     Multi-specialty Conference.  "Emerging Infections" and "Quinolones vs Beta Lactams for Serious Infections."  Mauna Lani, Hawaii, February 13-15, 1995.

29.     Measuring Performance and Implementing Improvement:  A Practical Approach.  Moderator and Panel Discussant for the section on "Outcomes."  Chicago, April 27, 1995.

30.     Managed Care in Infectious Diseases.  "Infection Control" and Moderator for "Developing Model Contracts:  Infection Control/Quality Assurance."  Chicago, June 9-10, 1995.

31.     5th Training Course in Infection Control, 1995.  "Infection Control and AIDS," "Universal Precautions and CDC's Update on Isolation Precautions," "Nosocomial Pneumonia," "Special Organisms," "Nosocomial Bacteremia and Central Line Infections," "Guidelines for Prevention of Nosocomial Bacteremia," "The Role of the Hospital Epidemiologist," and "Outbreak Investigation."  Hong Kong, August 21-24, 1995.

32.     Quality Excellence, Greater Memphis Award for Quality.  "Achieving Joint Commission Accreditation Using Baldrige Criteria (Healthcare)," Memphis, April 30, 1996.

33.     Association of Practitioners of Infection Control, Annual Meeting.  "One Day Wearing a Beeper". Atlanta, Georgia, June 5, 1996.

34.     Infection Control Course, 1996.  "Infection Control and AIDS," Special Causes of Infection," Nosocomial Pneumonia," "Nosocomial Pneumonia and Central Line Infections," "CQI in Action," and "The Role of the Hospital Epidemiologist and Current Issues in Infection Control."  Hong Kong, July 8-13, 1996.

35.     Improving Health Care Through Clinical Epidemiology and Quality Improvement.  "Interactive Story Board:  Using CQI and Epidemiology to Understand C-Section Rates in a Southern

Bryan Paul Simmons
Page 9

Hospital", "Outcomes Measurement and Report Cards", and "Measuring Appropriateness of Care." Washington, DC November 23-24, 1996, and Marina Del Rey, California, February 7-8, 1998.

36.   Infectious Diseases Society of America, Annual Meeting.  Symposium: Measuring Clinical Performance and Influencing Physician Behavior. "Infectious Diseases Indicators: Lessons For Outcome Measurements." San Francisco, September 15, 1997.

37.   Association of Operating Room Nurses (AORN).  Third Annual Conference on Infectious Diseases.  "Day With A Beeper."  Atlanta, Georgia, October 29, 1997.

38.   Tennessee Internal Medicine Scientific Meeting. "Physician Profiling."  Gatlinburg, Tennessee, November 14, 1997.

39.   Second Panamerican Congress on Nosocomial Infections, SHEA Course: Improving Healthcare Through Epidemiology and Quality Improvement. "Risk Factors for Nosocomial Pneumonia," "Approach to Quality Improvement," and "Institutional Report Cards and Performance Outcome Indicators:  Where Do We Go From Here?"  Mar del Plata, Argentina, April 17-19, 1998.

40.   Grand Rounds. Vancomycin Resistant Enterococcus.  Family Medicine Residency  Program, University of Tennessee, Jackson, Tennessee, August 3, 1999

41.   First International Congress of the Asia Pacific Society of Infection Control (APSIC).  "Changing Targets for Surveillance in Nosocomial Infections," "Vancomycin Resistant Enterococci and Infection Control," "The Use of Oral Third Generation Cephalosporins for Clinical Management" (satellite symposium), and "Infection Control and Cost Saving." Hong Kong, China, August 9-11, 1999.

42.   7th Western Pacific Congress of Chemotherapy and Infectious Diseases.  "Enterococci— An Emerging Pathogen?" and "New Perspectives in Surgical Site Infections." Hong Kong, December 11-14, 2000.

43    2nd International Congress of the Asia Pacific Society of Infection Control.  "Economics of Infection Control," and "Epidemiology and Nosocomial Infection." Singapore, March 14-17, 2004.

44.   6th International Congress of the Asia Pacific Society of Infection Control, "Key Changes in isolation through the years", "Accreditation and infection control - - Challenge and benefit". Chairperson: "Moving sharps safety agenda forward".   Shanghai, China, April 10-13, 2013

45.   Preventive Medicine Monthly Conference, University of Tennessee Medical School.  "Key Changes in isolation through the years."  Memphis, Tennessee, September 19, 2013.

Bryan Paul Simmons
Page 10

## ABSTRACTS PUBLISHED

1.  Simmons B, Bryant J, Neiman K, Spencer L. The effect of a program to increase handwashing on endemic nosocomial infections.  APIC National Convention, Las Vegas, Nevada, 1986.

2.  Trusler M, Simmons B.  Multi hospital neurosurgical wound infections.  APIC National Convention, Las Vegas, Nevada, 1986.

3.  Gelfand MS, Simmons BP, Craft RB, Grogan JR.  Clinical study of intravenous and oral ciprofloxacin in complicated bacterial infections.  Ciprofloxacin symposium, Naples, Florida, 1989.

4.  Simmons BP, Gelfand MS.  Enterobacter sakazakii bacteremia from contaminated infant formula. ASM Annual Meeting, New Orleans, Louisiana, 1989, L-17.

5.  Yangco BG, Gelfand MS, Kenyan VS, Craft RB, Simmons BP, Toney JF, Bogel J, Chmel H. Cefepime in the treatment of infections in hospitalized patients.  ASM Annual Meeting, New Orleans, Louisiana, 1989, A-18.

6.  Gelfand MS, Simmons BS, Craft RB, et al. Cefamandole versus Cefonicid prophylaxis in elective cardiovascular surgery -- a randomized double-blind study.  Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), Houston, 1989, Abstract 401.

7.  Gelfand MS, Aldridge KE, Simmons BP, Barg NL. Ciprofloxacin- resistant methicillin-resistant Staphylococcus aureus:  an outbreak in a community hospital.  ICAAC, Houston, 1989, Abstract 1256.

8.  Yancgo BG, Gelfand MS, Kenyon VS, Craft RB, Toney JF, Simmons BP, Chmel H.  Cefepime versus Ceftazidime treatment of infections in hospitalized patients.  ASM Annual Meeting, Anaheim, California, 1990, A-95.

9.  Kritchevsky SB, Simmons BP.  Using quality indicator data:  example of primary cesarean section rates.  Third Decennial International Conference on Nosocomial Infection, Atlanta, GA, 1990, A12.

10.  Simmons BP, Kritchevsky SB, Nance D. Obstetrical indicators for a multi-hospital system: finding problems and solutions.  Third Decennial International Conference on Nosocomial Infection, Atlanta, GA, 1990, A13.

11.  Simmons BP, Kritchevsky SB, Bassett S.  Proper treatment of bacteremias, a prospective quality indicator study.  Third Decennial International Conference on Nosocomial Infection, Atlanta, GA, 1990, A14.

12.    Gelfand MS, Simmons BP, Craft RB, Savarese J.  A randomized study of two low dose regimens of cefpirome (HR810) in the treatment of complicated urinary tract infections.  International Congress for Infectious Diseases, Montreal, Canada, 1990, G193.

13.    Gelfand MS, Simmons BP, Craft RB, Amarshi N,  Maladorno D, Casey P, Pizzuti D.  Intravenous fleroxacin once daily therapy of miscellaneous serious bacterial infections.  International Congress for Infectious Diseases, Montreal, Canada, 1990, G194.

14.    Simmons BP, Gelfand MS, Grogan J, Winter D, Amarshi N.  Cefotaxime twice daily versus ceftriaxone once daily:  a randomized, controlled study in serious infections.  17th International Congress of Chemotherapy, Berlin, Germany, 1991, abstract 515, Southern Society for Clinical Investigation, New Orleans, LA, 1992, published Clin Research 1991;39:808A, and American Society for Microbiology Annual Meeting 1992, New Orleans, Louisiana, Abstract A125.

15.    Gelfand MS, Simmons BP, Threlkeld MG, Winters DB, Grogan JT, Amarshi N, Elsabawy MA.  Randomized double-blind study of teichoplanin and vancomycin in gram-positive bacteremia and endocarditis.  Southern Society for Clinical Investigation, New Orleans, LA, 1992, published Clin Research  1991;39:809A.

16.    Varner F, Simmons B, Fowler L, Arheart C. Hepatitis B vaccination:  the effect of informed refusal, intradermal and intramuscular options on program success.  The Second Annual Meeting of the Society for Hospital Epidemiology of America, Baltimore, MD, 1992, Abstract 21.

17.    Craft R, Cefepime Multicenter Study Group (Simmons BP, et. al).  Multicenter study of cefepime in the treatment of infections of urinary tract, lower respiratory tract, and skin and skin structures.  American Society for Microbiology Annual Meeting, 1992, New Orleans, Louisiana, Abstract A 127.

18.    Kritchevsky S, Simmons B, Bassett S.  Hospital epidemiology and the assessment of clinical practice variation: Primary cesarean section rates.  Society for Hospital Epidemiology of America Annual (SHEA) meeting, 1993, Chicago, Ill, Abstract M2.

19.    Simmons BP, Gelfand MS, Gray D, Greene W, Chow S.  Emperic use of Amphotericin B and Fluconazole for nosocomial fevers of unknown origin not responding to antibacterial antibiotics. The Annual Meeting of the Infectious Diseases Society of America (IDSA), 1993, New Orleans, LA, Abstract 145.

20.    Gelfand MS, Sloas D, Simmons BP, Craft RB, Grogan J, Campbell J.  Ampicillin/sulbactam versus cefazolin: A prospective, randomized, double-blind single dose prophylaxis study of percutaneous endoscopic gastrostomy-associated infections. Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA, 1993, Abstract.

21.    Rex J, et.al.  Fluconazole versus Amphotericin B for treatment of non-neutropenic patients with candidemia:  results of a multicenter trial.  Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), New Orleans, LA, 1993, Abstract 805.

22.    Danzig LE, Bennett SN, Bannerman T, Simmons B, Herwaldt LA, Hancock G, Miller JM, Jarvis WR.  Nosocomial methicillin-resistant Staphylococcus aureus (MRSA) infections:  Why infection control efforts may fail.  Society for Healthcare Epidemiology of America Annual (SHEA) meeting, 1994, New Orleans, LA, Abstract L2 (late breaker).

23.    Fraser VJ, L'ecuyer PB, Woeltje KF, Seiler S, Simmons BP.  Evaluation of infection control practices in a multi-hospital system.  Society for Healthcare Epidemiology of America Annual (SHEA) meeting, 1996, Washington D.C., Abstract 54.

24.    Braun BI, Newcomb CS, Needles CA, Kritchevsky SB, Simmons BP. Comparing hospital performance indicators: a multi-hospital study.  American Public Health Assn., 124th Annual Meeting, November, 1996, New York, NY.

25.    Simmons BP, Melton K, Cresswell C, Blythe J, Stover D. Relationship of ventilator associated pneumonia (VAP) with specific respiratory therapy practices.  Society for Healthcare Epidemiology of America Annual (SHEA) meeting, 1999, San        Francisco, CA, Abstract S2.

26.    Kritchevsky S, Simmons B, Braun B, Steele L, Solomon S, Richards C, Wong E.  Patient and process factors and primary central line associated bloodstream infections (BSI) rates worldwide: the EPIC study.  Society for Healthcare Epidemiology of America Annual (SHEA) meeting, 2001, Toronto, Ontario, Abstract 102.

27.    Simmons B, Kritchevsky S, Bruan B, Solomon S, Steele L, Richards C, Somes G, Wong E.  Risk factors for central line associated BSI in 50 ICUs worldwide:  the EPIC study. Society for Healthcare Epidemiology of America Annual (SHEA) meeting, 2001, Toronto, Ontario, Abstract 103.

28.    Braun B, Kritchevsky S, Simmons B, Wong E, Steele L, Solomon S, Richards C.  The effect of organizational factors on blood stream infection rates in the EPIC study. Society for Healthcare Epidemiology of America Annual (SHEA) meeting, 2001, Toronto, Ontario, Abstract 104.

29.    McDonald LC, Carrico R, Simmons B, Richards C, Braun B, Steele L, Solomon S, Wong E, Kritchesvky S.  The role of single positive blood cultures in the surveillance of bloodstream infections caused by common skin contaminants: An analysis of EPIC data. Society for Healthcare Epidemiology of America Annual (SHEA) meeting, 2001, Toronto, Ontario, Abstract 105.

30.    Simmons BP. Economics of infections control.  2nd International Congress of the Asia Pacific Society of infection control 2004, Singapore, Abstract 16.

31.     Kritchevsky S, Braun B, Burke J, Solomon S, Simmons B, Reith M, Richards C, Wong E, for the TRAPE Investigators. The accuracy of prophylactic antibiotic administration and surgical incision

times in the medical record: the trial to reduce antimicrobial prophylaxis errors.  Society for Healthcare Epidemiology of America Annual (SHEA) meeting 2004, Philadelphia, Pennsylvania, Abstract 224.

32.   Braun BI, Kritchevsky SB, Bush AJ, Solomon S, Simmons B, Reith MA, Richards CL, Burke J, Wong E. Use of antimicroibals in cardiovascular, hysterectomy and orthopedic surgeries among hospitals in the TRAPE study.  SHEA Annual Meeting 2004, Philadelphia, PA, Abstract 321.

33.    Kritchevsky SB, Braun BI, Burke J, Simmons B, et. al.  The performance of surgical antimicrobial prophylaxis: baseline results from the trial to reduce antimicrobial prophylaxis errors (TRAPE) study.  SHEA Annual Meeting 2005, Los Angeles, California, Abstract 41.

34.   Braun BI, Kritcheksky SB, Bozikis M, Kusek L, Burke J, Solomon S, Simmons B, et. al. Responsibility for surgical antimicrobial prophylaxis among and within hospitals: variations in practice for hospitals in the trial to reduce surgical prophylaxis errors (TRAPE) study. SHEA Annual Meeting 2005, Los Angeles California, Abstract 277.

35.   Kainer MA, Brinsko V, Mayernick G, Simmons B. Mandatory public reporting of hospital acquired infections: recommendations of the Tennessee study group to the Tennessee Legislature. SHEA Annual Meeting 2006, Chicago IL, Abstract 202.

36.   Kainer MA, Devasia RA, Jones TF, Simmons B, et al. Emergence of linezolid-resistant enterococcus: antibiotic pressure and patient-to-patient transmission. SHEA Annual Meeting 2006, Chicago, IL, Abstract 265.

37.   Kritchevsky SB, Braun B, Bush AJ, Simmons BP, et al.  Improving surgical antimicrobial prophylaxis: results from the trial to reduce antimicrobial prophylaxis errors (TRAPE) study. SHEA Annual Meeting 2006, Chicago, IL, Abstract 313.

38.   Simmons BP, Kritchevsky S, Braun B, et al.  Reduction in duration of antibiotic prophylaxis across surgical types in the Trial to Reduce Antimicrobial Prophylaxis Errors (TRAPE) study.  46th Interscience Conference on Antimicrobial Agents and Chemotherapy (ICAAC), 2006, San Francisco, Abstract K-1406.

39.   Steinberg JP, Braun BI, Simmons BP, et. al. Timing of antimicrobial prophylaxis and the risk of surgical site infections:  result from the Trial to Reduce Antimicrobial Prophylaxis Errors (TRAPE). SHEA Annual Meeting 2007, Baltimore, MD, Abstract 13.

## PUBLICATIONS, BOOKS

1.   Garner JS, Simmons BP.  Isolation Precautions.  In: Hospital Infections, 2nd Edition.  Bennett JV, Brachman PS (eds.) Little, Brown and Company, Boston/Toronto, 1986.

2.   Simmons BP, Kritchevsky S, Hoover R.  Case study 5: Quality improvement applied to the timing of administration of preoperative antibiotic prophylaxis.  In:  How to Achieve Quality and

Accreditation in an Infection Control Program; 2nd edition.  Joint Commission on Accreditation Healthcare Organizations, Oakbrook Terrace, Illinois, 1992.

3.    Schoenbaum SC, Sundwall DN,...Simmons BP... Using clinical practice guidelines to evaluate the quality of care, volume 1 issues and volume 2 methods.  Agency for Health Care Policy and Research (AHCPR Pub. No 95-0045 and No. 95-0046), Silver Springs, Maryland, 1995.

4.    Simmons BP, Gelfand MS.  Uncommon causes of nosocomial infections.  <u>In</u>:  Hospital epidemiology and infection control.  Mayhall G (ed).  Williams and Wilkins, Baltimore, MD, 1995; and second edition 1999; and third edition (in press).

5.    Fisher DC, Simmons BP.  The Baldrige Workbook for Healthcare.  Quality Resources, New York, NY, 1996.

6.    Simmons BP, Kritchevsky SB. Epidemiologic approaches to quality assessment.  <u>In</u>: A practical handbook for hospital epidemiologists. Herwaldt L, Decker M (eds). Slack, Thorofare, N.J, 1997.

7.    Gross P, Simmons BP. Choosing and Implementing Guidelines. <u>In</u>: Infection Control Reference Service.  Abrutyn E, Goldmann D, Scheckler W, (eds).  W.B. Saunders Company, Philadelphia, PA, 1997 and 2nd edition, 2001.

8.    Simmons BP.  The Hospital Epidemiologist.  <u>In</u>: Hospital Infections, fourth edition.  Bennett JV, Brachman PS (eds.) Lippincott-Raven, Philadelphia, PA, 1998.

9.    Roth VR, Simmons BP. The Hospital Epidemiologist. <u>In</u>: Bennett & Brachman's Hospital Infections, 1st edition. Jarvis WR, (eds). Wolters Kluwer/Lippencott Williams & Wilkins 2013.

## PUBLICATIONS, JOURNALS

1.    Simmons BP, Aber RC.  Mycoplasma pneumoniae pneumonia:  Symptoms mimicking pulmonary embolism with infarction. *JAMA* 1979;241:1268-9.

2.    Gordon RA, Simmons BP, Appelbaum PC, Aber RC.  Intra-abdominal abscess and fungemia caused by Candida krusei.  *Arch Intern Med* 1980;140:1239-40.

3.    Simmons BP, Hooten TM, Mallison GF.  Guidelines for hospital environmental control, Part I. Infect Control 1981;2 (2):131-46.  *Am J Infect Control* 1983;11:97, National Technical Information Service (NTIS), 1981, Centers for Disease Control, 1981.

4.    Simmons BP, Hooten TM, Wong ES.  Guidelines for prevention of intravascular infections.  *Infect Control* 1982;3 (1): 61-72, *Hospital Infect Control* 1982;9:(suppl)28J-28T, *Am J Infect Control* 1983;11:183, NITA J 1982;5:40-50, National Technical Information Service (NTIS), 1982. Centers for Disease Control, 1982.

5.      Simmons BP, Hooton TM, Mallison GF. Guidelines for hospital environmental control, Part II. Infect Control 1982;3 (1) :54-60, *Hospital Infect Control* 1982;9 (suppl) 28C-28I, *Am J Infect Control* 1983;11:97, National Technical Information Service (NTIS) 1982.  Center for Disease Control, 1982.

6.      Simmons BP.  Guideline for prevention of surgical wound infections.  Infect Control 1982;3(2)Suppl:188-96, *Am J Infect Control*, 1982;11:133, Infect in Surg, National Technical Information Service (NTIS), 1982.

7.      Simmons BP, Wong ES.  Guideline for prevention of nosocomial pneumonia.  Infect Control 1982;3:327-33, *Am J Infect Control*, 1983;11:230, National Technical Information Service (NTIS), 1982.

8.      Simmons BP, Johnson G, Aber RC.  Sphenoid sinus fungal ball in an immunocompetent host. *South Med J* 1982;75:762-4.

9.      Stamm AM, Dismukes WE, Simmons BP, et al.  Listeriosis in renal transplant recipients:  report of an outbreak and review of the literature. *Rev Infect Dis* 1982;4:665-82.

10.     Simmons BP. CDC reclassifies guidelines for implantable items. Infect Control 1982;3:13-4. *AORN J* 1982;34:1011-14.

11.     Garner J, Simmons BP.  Guidelines for isolation precautions in hospitals, 3rd edition, 1983. Centers for Disease Control. *Infect Control* 1983;4:245-325, National Technical Information Service (NTIS), 1983, U.S. Government Printing Office, 1983.

12.     Williams W, Simmons BP (contributor).  Guideline for infection control in hospital personnel. *Infect Control* 1983;4:326-49.  National Technical Information Service (NTIS), 1983.  U.S. Government Printing Office, 1983.

13.     Simmons BP.  Alternative to IV filter usage (letter). *Infect Control* 1985;6:342.

14.     Haley RW, Garner JS, Simmons BP.  A new approach to the isolation of hospitalized patient with infections diseases: alternative systems.  J Hosp Infect 1985;6:128-39.

15.     Simmons BP, Munn C, Gelfand MS. Toxic shock in a hospital employee due to methicillin-resistant Staphylococcus aureus. *Infection Control* 1986;7.

16.     Simmons BP, Gelfand MS.  Herpes simplex virus. *Infect Control* 1986;7:380-3.

17.     Ahern TS, Gelfand MS, Simmons BP.  Rocky Mountain Spotted Fever and Sensory Neuropathy. *J Tenn Med Assoc*, 1986;79:753-4.

18.     Gross PA, Beyt BE, Decker MD, Garibaldi RA, Heirholzer WJ, Jarvis WR, Larson E, Simmons B, Scheckler WE, Harkovey LM.  Description of Case-Mix Adjusters by the Severity of Illness

Working Group of the Society of Hospital Epidemiologists of America (SHEA). *Infect Control* 1988;9:309-16.

19. Simmons BP, Gelfand M. Sulcralfate for Stress Ulcer Syndrome (letter). *J. Intensive Care Med* 1988;3:233.

20. Simmons BP, Hughey JR. Ehrlichia in Tennessee. *Southern Med J* 1989;82:669.

21. Gelfand MS, Simmons BP, Mehra N. Atypical lymphocytosis related to tularemia. *Tenn Med J* 1989;82:417-8.

22. Gelfand MS, Hodgkiss T, Simmons BP. Multiple hepatic abscesses caused by Streptococcus milleri in association with an intrauterine device. *Rev Infect Dis* 1989;11:983-7.

23. Simmons BP, Gelfand MS, Haas M, Metts L, Ferguson J. Enterobacter sakazakii infections in neonates associated with intrinsic contamination of a powdered infant formula. *Infect Control Hosp Epidemiol* 1989;10:398-401.

24. Gelfand MS, Simmons BS. Nocardia in AIDS. *Infect Dis Newsletter* 1989;8:62-3.

25. Gelfand MS, Simmons BP, Craft RB, Grogan JT. Brief report: Clinical study of intravenous and oral ciprofloxacin in complicated bacterial infections. *Am J Med* 1989;87 (suppl 5A): 5A-235S-237S.

26. Gordon SM, Culver DH, Simmons BP, Jarvis WR. Risk factors for wound infections after total knee arthroplasty. *Am J Epidemiology* 1990;131:905-16.

27. Gelfand MS, Simmons BP, Schoettle P, Harrington OB, Martin F, Owen EW, Craft RB, Amarshi N. Cefamandole versus Cefonicid prophylaxis in cardiovascular surgery: a prospective study. *Ann Thoracic Surg* 1990;49:435-9.

28. Simmons B, Trusler M, Roccaforte J, Smith P, Scott R. Infection control for home health. *Infect Control Hosp Epidemiol* 1990;11:362-70.

29. Simmons B, Bryant J, Neiman K, Spencer L, Arheart K. The role of handwashing in prevention of endemic intensive care unit infections. *Infect Control Hosp Epidemiol* 1990;11:589-94.

30. Gelfand MS, Bakhtian BJ, Simmons BP. Spinal sepsis due to Streptococcus milleri: two cases and review. *Rev Infect Dis* 1991;13:559-63.

31. Kritchevsky SB, Simmons BP. Continuous quality improvement: concepts and applications for physician care. *JAMA* 1991;266:1817-23.

32. Lamothe M, Simmons B, Gelfand M, Schoettle P, Owen E. Listeria monocytogenes causing endovascular infection. *South Med J* 1992;85:193-5.

33.    Massanari RM, Simmons BP. SHEA's initiative for confronting the cost-quality conundrum. *Infect Control Hosp Epidemiol* 1992;13:354-56.

34.    Simmons BP, Gelfand MS, Roberts GD. Nocardia otitidiscaviarum (caviae) infection in a heart transplant patient presented as having a thigh abscess (madura thigh*.) J Heart Lung Transplant* 1992;11:824-6.

35.    Gelfand MS, Simmons BP, Craft RB, Grogan J, Amarshi N.  A sequential study of intravenous and oral fleroxacin in the treatment of complicated urinary tract infection.  *Am J Med* 1993;94 (suppl 3A):126S-130S.

36.    Simmons BP, Kritchevsky SB.  The Agency for Health Care Policy and Research.  *Infect Control Hosp Epidemiol* 1993;279-81.

37.    Kritchevsky SB, Simmons BP.  Guide to the development of key process indicators. *Medical Audit News* 1993;3:100-101.

38.    Kritchevsky SB, Simmons BP.  Variation in medical practice: Implications for the hospital epidemiologist.  *Infect Control Hosp Epidemiol* 1994;15:116-119.

39.    Poretz D, Snead H, Morales J, Mauceri A, Brennan R, Von Behren L, Carrizosa J, Kunkel M, Angel J, Williams D, Gelfand M, Simmons B.  Treatment of serious infections with cefotaxime utilizing an outpatient drug delivery device:  global analysis of a large-scale, multicenter trial.  *Am J Med* 1994;97 (suppl 2A):34-42.

40.    Poretz D, Snead H, Morales J, Maurceri A, Kunkel M, Von Behren L, Brennan R, Gelfand M, Simmons B, Williams D, Angel J.  Treatment of skin and soft-tissue infections utilizing an outpatient parenteral drug delivery device:  a multicenter trial.  *Am J Med* 1994;97 (suppl 2A):23-27.

41.    Angel J, Snead H, Morales J, Mauceri A, Brennan R, Poretz D, Behren L, Carrizosa J, Kunkel M, Gelfand M, Simmons B, Williams D.  Outpatient antibiotic therapy for elderly patients.  *Am J Med* 1994;97 (suppl 2A):43-49.

42.    Rex JH, Bennett JE, Sugar AM, Pappas PG, van der Horst C, Edwards JE, Washburn RG, Scheld WM, Karchmer AW, Dine AP, Levenstein MJ, Webb CD, Neu HC, Stern JJ, Tuazon CU, Rubin RH, Simmons BP, et al.  A randomized trial comparing fluconazole with Amphotericin B for the treatment of candidemia in patients without neutropenia.  N *Engl J Med* 1994;331:1325-30.

43.    Kritchevsky SB, Simmons BP.  Toward better antibiotic use in hospitals (editorial).  *Infect Control Hosp Epidemiol* 1994;15:688-90.

44.    Simmons BP, Schyve PM.  SHEA and JCAHO: partners in science (editorial).  *Infect Control Hosp Epidemiol* 1995;16:5-6.

Bryan Paul Simmons
Page 18

45.   Kritchevsky SB, Simmons BP, Braun BI.  The project to monitor indicators:  a collaborative effort between the Joint Commission on Accreditation of Healthcare Organizations and the Society for Healthcare Epidemiology of America.  *Infect Control Hosp Epidemiol* 1995;16:33-35.

46.   Rex JH, Pfaller MA, Barry AL, Nelson PW, Webb CD, for the NIAID Mycoses Study Group and the Candidemia Study Group (includes Simmons BP).  Antifungal susceptibility testing of isolates from a randomized multicenter trial of fluconazole versus Amphotericin B as treatment for nonneutropenic patients with candidemia.  *Antimicrob Agents Chemother* 1995;39:40-44.

47.   Simmons BP, Kritchevsky SB.  Epidemiologic approaches to quality assessment.  *Infect Control Hosp Epidemiol* 1995:16:101-104.

48.   Kritchevsky SB, Simmons BP.  The tools of quality improvement: CQI versus Epidemiology (editorial). *Infect Control Hosp Epidemiol* 1995;16:499-502.

49.   Simmons BP, Gelfand MS, Grogan J, Craft B.  Cefotaxime twice daily versus ceftriaxone once daily:  A randomized controlled study in patients with serious infections.  *Diagn Microbiol Infect Dis* 1995;22:155-7.

50.   Rex JH, Bennett JE, Sugar AM, et al.  (Simmons BP as part of the Candidemia Study Group).  Intravascular catheter exchange and duration of candidemia.  *Clin Infect Dis* 1995;21:994-6.

51.   Schyve PM, Simmons BP.  A collaborative project to study hospital performance measures.  *JAMA* 1995;274:1497.

52.   Simmons BP, Parry MF, Williams M, Weinstein R.  The new era of hospital epidemiology:  What you need to succeed.  *Clin Infect Dis* 1996;22:550-3.

53.   Simmons BP.  Dreaming of the future: bar codes and quality improvement.  *Clinical Performance and Quality Health Care.* 1996;4:118-9.

54.   Tice AD, Slama TG, Berman S, Braun P, Burke JP, Cherney A, Gross PA, Harris P, Reid-Hatton M, Hoffman R, Joseph P, Lawton S, Massanari RM, Miller ZI, Osheroff WJ, Poretz D, Shalowitz M, Simmons B, Turner JP, Wade B, Nolet BR.  Managed care and the infectious diseases specialist.  *Clin Infect Dis 1996;23:341-68.*

55.   Simmons BP, Gelfand MS, Kritchevsky SB, Greene W, Chow S.  Emperic use of amphotericin B and fluconazole for nosocomial fever of unknown origin not responding to antibacterial antibiotics.  *Inf Dis Clin Practice* 1997;6:177-81.

56.   Kritchevsky SB, Braun BI, Gross PA, Newcomb CS, Keller CA, Simmons BP.  Definition and adjustment of cesarean section rates and assessments of hospital performance.  *International J for Quality in Health Care* 1999;11:283-91.

57.   Gross PA, Braun BI, Kritchesvky SB, Simmons BP.  Comparison of clinical indicators for performance measurement of health care quality: a cautionary rate.  *British J Clin Governance* 2000;5:202-211.

58.   Kritchevsky SB, Braun BI, Wong ES, Solomon SL, Steele L, Richards C, Simmons BP, et al. Impact of hospital care on incidence of bloodstream infection.  The evaluation of processes and indicators in infection control study.  *Emerg Infect Dis* 2001;7:193-196.

59.   Jones TF, Feler CA, Simmons BP, Melton K, Craig AS, Moore WL, Smith MD, Schaffner W. Neurologic complications including paralysis after a medication error involving implanted intrathecal catheters.  *Am J Med* 2002;112:21-361.

60.   Rex JH, Pappas PG, Karchmer AW, Sobel J, Edwards JE, Hadley S, Brass C, Vazquez JA, Chapman SW, Horowitz HW, Zervos M, McKinsey D, Lee J, Babinchak T, Bradsher RW, Cleary JD, Cohen DM, Danziger L, Goldman M, Goodman J, Hilton E, Hyslop NE, Kett DH, Lutz J, Rubin RH, Scheld WM, Schuster M, Simmons B, et. al.  A randomized and blinded multicenter trial of high-dose fluconazole plus placebo versus fluconazoleplus amphotericin B as therapy for candidemia and its consequences in nonneutropenic subjects.  *Clin Infect Dis* 2003;36:1221-1228.

61.   Braun BI, Kritchevsky SB, Wong ES, Solomon SL, Steele L, Richards C, Simmons BP. Preventing central venous catheter-associated primary bloodstream infections: characteristic of practices among hospitals participating in the Evaluation of Processes and Indicators in Infection Control (EPIC) study.  *Infect Control Hosp Epidemiol* 2003; 24:887-9.

62.   Braun BI, Kritchevsky SB, Kusek L, Wong E, Solomon S, Steele L, Richards CL, Gaynes RP, Simmons B.  Comparing Bloodstream Infection Rates: The Effect of Indicator Specifications in the Evaluation of Processes and Indicators in Infection Control (EPIC) Study.  *Infect Control Hosp Epidemiol* 2006; 27:14-22.

63.   Kainer MA, Devasia RA, Jones TF, Simmons BP, Melton K, Chow S, Broyles J, Moore KL, Craig AS, Schaffner W.  Response to emerging infection leading to outbreak of linezolid-resistant enterococci.  *Emerg Infect Dis (serial on the internet) 2007 Jul*. Available from http:www.CDC.gov/EID/content/13/7/1024.htm

64.   Kritchevsky SB, Braun BI, Kusek L, Wong ES, Solomon SL, Parry MF, Richards CL, Simmons B, et al. The impact of hospital practice on central venous catheter-associated bloodstream infection rates at the patient and unit level: A multicenter study. *Am J Med Qual* 2008, 23:24-38.

65.   Kritchevsky SB, Braun BI, Bush AJ, Bozikis MR, Kusek L, Burke JP, Wong ES, Jernigan J, Davis CC, and Simmons B. The effect of a quality improvement collaborative to improve antimicrobial prophylaxis in surgical patients, a randomized trail. *Ann Intern Med* 2008; 149: 472-480.

66.   Kritchevsky SB, Braun BI, Simmons B. Do quality improvement collaborative improve antimicrobial prophylaxis in surgical patients? (a letter) *Ann Intern Med* 2009; 150:358-9.

67.  Steinberg JP, Braun BI, Hellinger WC, Kusek L, Bozikis MR, Bush AJ, Dellinger EP, Burke JP, Simmons B, Kritchevsky SB. The timing of antimicrobial prophylaxis and the risk of surgical site infections: Results from the Trial to Reduce Antimicrobial Prophylaxis Errors (TRAPE). *Ann Surg* 2009;250:10-16. (see editorial page 17-18)

68.  Simmons B, Braun BI, Steinberg JP, Kritchevsky SB.  History of SHEA-sponsored research: Time to pass the torch. *Infect Control Hosp Epidemiol* 2011;32:163-165.

69.  Simmons BP, Larson EL. Multiple drug resistant organisms in healthcare: the failure of contact precautions. *J Infect Prevention* 2015;16:178-81

## CLINICAL STUDIES

1.  Phase II study of BMY-28142 (Cefepime) - A fourth generation cephalosporin in the treatment of UTI's, lower respiratory and soft tissue infections.  (47 patients) 1987-88.

2.  Intravenous Ciprofloxacin therapy of serious aerobic gram-negative infections.  (60 patients) 1987-88.

3.  Antibiotic prophylaxis in cardiac surgery Cefamandole verses Cefonicid (400 patients).  1987-89.

4.  Cefpirome (HR-810) therapy of UTIs 1988-present.

5.  Cefepime verses Ceftazidime therapy of soft tissue infections.  1988-89.

6.  Intravenous Fleroxacin therapy of bacterial infections.  1988-89.

7.  Cefotaxime verses Ceftriaxone therapy of serious bacterial infections.  1989-92.

8.  Antibiotic prophylaxis in orthopedic surgery:  Cefazolin verses Cefuroxime.  1989.

9.  Teichoplanin verses Vancomycin in gram-positive bacteremia. 1989-93.
    Cefotaxime in the treatment of outpatient infections.  1989-91.

10.  Fluconazole versus Amphotericin B for candidemia.  1989-93.

11.  Cefepime versus Azlocillin and Gentamicin for biliary tract sepsis.  1989-90.

12.  Fleroxacin for the treatment of complicated urinary tract infections.  1989-91.

13.  Unasyn versus Cefazolin prophylaxis for P.E.G. placement infections.  1990-93.

14.  Cefepime versus Ceftazidime for the treatment of hospitalized patients with septicemia.  1991-1994.

Bryan Paul Simmons
Page 21

15. Teichoplanin versus Ceftriaxone for the treatment of skin and soft tissue infections.  1992-1994. .

16. Trental and Amphotericin B nephrotoxicity study.  1992-93.E-5 monoclonal antibodies in septic shock. HA-1A (Centoxin) in septic shock. 1993

17. Fluconazole versus Placebo in asymptomatic candiduria.

18. Imipenem versus Meropenem in nosocomial pneumonia.

19. Piperacillin/tazobactam versus Imipenem in abdominal infections.  1993

20. Fluconazole versus Amphotericin B and fluconazole for candidemia.  1995

21. Synercid plus azthreonam versus vancomycin plus azthreonam in the treatment of gram-positive nosocomial pneumonia.

22. Synercid versus standard therapy in the treatment of complicated gram-positive skin and skin structure infections.

23. A randomized, double blinded, placebo-controlled trial of the presumptive use of fluconazole in febrile intensive-care unit patients at risk for fungal infections.

24. Trovafloxacin (CP-99,219) Study of Nosocomial Pneumonia.

25. Trovafloxacin (CP-99,219) Study of Uncomplicated Skin and Soft Tissue Infections.

26. Trovafloxacin (CP-99,219) Study of Complicated Skin and Soft Tissue. Ampicillin/Sulbactam Treatment of Community Acquired Pneumonia.

27. Azithromycin for Treatment of Community Acquired Pneumonia.

28. Co-investigator, 10% effort-donated.   Evaluation of Processes and Indicators for Infection Control (EPIC).  Joint project of Society for Healthcare Epidemiology of America (SHEA), the Joint Commission on Accreditation of Healthcare Organizations (JCAHO), and the Centers for Disease Control (CDC).

29. Co-investigator, 10% effort-donated.  Trial to Reduce Antimicrobial Prophylaxis Errors (TRAPE), funded for $1,741,982.00 by the Agency for Healthcare Research and Quality (AHRQ).

*cv-simmons-03/18/2020*

Legal cases Dr. Simmons has testified as an expert at depositions and or trial

**7/8/2016 – Depo**
*Duke v Bear*
O'Brian, Brown & Toner
Louisville, KY

**1/26/2017 – Trial**
*Auguster v Dirghangi*
*Darrel Baker, Att*
*Baker & Whitt, PLLC*
*Memphis, TN 38138*

**2/16/2017-Depo**
*Guffey v Regency*
*James Estes, Att*
Cox, Cox & Estes,PLLC
Fayetteville, AR

**2/27/2017-Depo**
*Driscoll v Wright*
Sturghill, Turner
333 West Vine St
Lexington, KY 40507

**5/30/2017  -Depo**
*Toth  v White River*
*Ken Cook, Att*
Mitchell & Williams
425 West Capitol Ave, #1800
Little Rock, AR 72201-3525

**7/27/2017 - Depo**
*Sutton v Gentle*
Mike Murphy
Osburn, Hine & Yates
3071 Lexington Avenue
Cape Girardeau, MO 63701

**8/1/2017- Depo**
*Vaughn v Blackett*
*Darrell Baker, Att*
*Baker & Whitt, PLLC*
*6800 Poplar*
*Memphis, TN 38138*

**8/4/2017 – Depo**
*Wathen v Dr. Ray*
Tera Rehmel, Att
Phillips, Parker, Osberson, Arnett
716 West Main St, Suite 300
Louisville, KY

**3/22/2018 – Depo**
*Tallman v Mehmood*
James Grohmann, Att
OBT
401 South 4th St.
Louisville, KY 40202

**6/26/2018 – Depo**
*McAlister v lawless*
Mark McLaughlin
Beyton, McLaughlin, O'Hara, Bolin
Tampa Fla

**7/18/2018 – Depo**
*Terry v St Vincent*
Munson, Romlett, Moore and Boone
400 W Capitol, #1900
Little Rock, AR 72201

**5/16/2019 – Depo**
*Moore v Smith Plastic*
Smyth, Whitley
Charleston, SC 29492